KLESTADT & WINTERS, LLP
Sean C. Southard
Fred Stevens
Proposed Counsel to the Official
Committee of Unsecured Creditors
570 Seventh Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re: : Chapter 11
 :
M. SLAVIN & SONS, LTD., : Case No. 11-10589 (REG)
 :
                      Debtor. :
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
 ) ss.:
COUNTY OF NEW YORK )

Renea Gargiulo, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

2. On the 2nd day of March, 2011, I served copies of:

- Limited Objection Of The Official Committee Of Unsecured Creditors To Debtor's Emergency Motion In Support Of The Entry Of An Interim Order Authorizing The Use Of Cash Collateral By The Debtor And Scheduling A Final Hearing.

by FedEx and first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of FedEx and the United States Postal Service within New York State as outlined on the attached service list.

                                                        */s/Renea Gargiulo*
                                                        Renea Gargiulo

Sworn to and subscribed before me this
2nd day of March, 2011

*/s/Carrie Victoria Hardman*
Notary Public

**SERVICE LIST**

**Via FedEx**

Honorable Robert E. Gerber
United States Bankruptcy Cour
Southern District of New York
One Bowling Green
New York, New York 10004

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Elisabetta Gasparini

Paul, Hastings, Jonofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205
Attn: Harvey A. Strickon

SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Attn: Gerard R. Luckman, Esq.

**First-Class Mail**

David M. Mannion, Esq.
Blakeley & Blakeley LLP
100 Park Avenue, Suite 1600
New York, New York 10017

DiConza Traurig Magaliff LLP
630 Third Avenue, 7th Floor
New York, New York 10017
Attn: Gerard DiConza
Attn: Lance A. Schildkraut

SulmeyerKupetz, APC
333 South Hope Street, 35th Floor
Los Angeles, CA 90071
Attn:  Victor A. Sahn
Attn:  Dean G. Rallis, Jr.

Michael Tsang, Esq.
The Tsang Law Firm, P.C.
14 Wall Street, 22nd Floor
New York, New York 10005

Louis F. Burke P.C.
460 Park Avenue, 21st Floor
New York, New York 10022
Attn:  Leslie Wybiral, Esq.