# United States Bankruptcy Court
## Southern District of New York

In re **M. Slavin & Sons, Ltd.**
Debtor(s)

Case No. **11-10589**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **M. Slavin & Sons, Ltd.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 3, 2011
Date

Gerard R. Luckman, Esq.
Signature of Attorney or Litigant
Counsel for **M. Slavin & Sons, Ltd.**
SilvermanAcampora, LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753
516.479.6300 Fax:516.479.6301
efilings@spallp.com