# United States Bankruptcy Court
## Southern District of New York

In re   **M. Slavin & Sons, Ltd.**

Debtor

Case No.   **11-10589**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Barry Slavin**<br>**22 Pine Oak Drive**<br>**Roslyn, NY 11576** | | | **33.333%** |
| **Herbert Slavin**<br>**1416 Bay Boulevard**<br>**Atlantic Beach, NY 11509** | | | **33.333%** |
| **Stanley Slavin**<br>**417 Links Drive**<br>**Roslyn, NY 11576** | | | **33.333%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 3, 2011**

Signature _____
**Herbert Slavin**
**Secretary**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders