SILVERMANACAMPORA LLP
Proposed Attorneys for M. Slavin & Sons, Ltd.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Gerard R. Luckman
Robert Nosek
Katina Brountzas

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                              Chapter 11

M. SLAVIN & SONS, LTD.,                 Case No. 11-10589 (REG)

                      Debtor.
---------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF MARCH 4, 2011 HEARINGS

**PLEASE TAKE NOTICE** that, the Hearings (defined below) have all been adjourned to **March 15, 2011, at 9:45 a.m.** before the Honorable Robert E. Gerber, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Courtroom 621, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that hearings with respect to the following Motions previously scheduled for March 4, 2011 at 8:00 a.m. before the Honorable Robert E. Gerber, (the "Hearings"):

- *Initial Case Conference*

- *Final Hearing on Motion for Use of Cash Collateral*

- *Debtor's Final Hearing Seeking Authorization for Payment of Pre-Petition Accrued Employee Wages, Salaries, Expenses and related Taxes and Payment of Employee Benefits and Authorizing and Directing Banks to Honor Employee Wage, Salary and Expense Reimbursement Checks.*

Dated: Jericho, New York
       March 3, 2011

                                              S<small>ILVERMAN</small>A<small>CAMPORA</small> **LLP**
                                              Proposed Counsel to M. Slavin & Sons, Ltd.

                                              By: *s/ Gerard R. Luckman*
                                                  Gerard R. Luckman

KB/867354.1/059611