UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

M. SLAVIN & SONS, LTD.,

                           Debtor.

------------------------------------------------------------x

Chapter 11
Case No. 11-10589 (REG)

**ORDER PURSUANT TO BANKRUPTCY RULE 1007
FOR AN EXTENSION OF TIME TO FILE SCHEDULES OF
ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS**

Upon the motion (the "**Motion**") of M. Slavin & Sons, Ltd., the above-captioned debtor and debtor in possession (the "**Debtor**"), by its proposed counsel, SilvermanAcampora LLP, seeking entry of an order, pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, providing for an extension of time to file schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "**Schedules**"), all as more fully described in the Motion; and upon consideration of the Motion, and all pleadings related thereto; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§157 and 1334; and due and proper notice of the Motion having been provided, and additional notice being neither necessary nor required; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor's estate and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the time by which the Debtor shall file the Schedules is extended, *nunc pro tunc* to February 28, 2011, by 15 additional days to March 15, 2011; and it is further

**ORDERED**, that the entry of this Order is without prejudice to the Debtor's right to apply to this Court, upon appropriate notice, for further extension(s) of its time to file the Schedules.

Dated:  New York, New York
**March 4, 2011**

*s/ Robert E. Gerber*
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE
