B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re **M. Slavin & Sons, Ltd.**
Debtor(s)

Case No. **11-10589**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| True North Salmon<br>PO Box 991<br>Calais, ME 04619 | True North Salmon<br>PO Box 991<br>Calais, ME 04619 | Trade Debt | Disputed | 1,635,542.66 |
| J.P.'s Shellfish<br>PO Box 666<br>Eliot, ME 03903 | J.P.'s Shellfish<br>PO Box 666<br>Eliot, ME 03903 | Trade Debt | | 728,139.84 |
| Calkins & Burke Limited<br>Dept. Ch 16440<br>Palatine, IL 60055 | Calkins & Burke Limited<br>Dept. Ch 16440<br>Palatine, IL 60055 | Trade Debt | | 532,199.66 |
| Ariel Seafoods Inc.<br>PO Box 5401<br>Destin, FL 32540 | Ariel Seafoods Inc.<br>PO Box 5401<br>Destin, FL 32540 | Trade Debt | | 300,000.00 |
| Sea Merchants<br>55 Vansco Road<br>Toronto, Ontario, M8Z5Z8<br>Canada | Sea Merchants<br>55 Vansco Road<br>Toronto, Ontario, M8Z5Z8<br>Canada | Trade Debt | | 261,431.71 |
| Fulton Fish Market Welfare & Pension<br>90 John Street Suite 303<br>New York, NY 10013 | Fulton Fish Market Welfare & Pension<br>90 John Street Suite 303<br>New York, NY 10013 | | | 247,575.00 |
| True Nature Seafood<br>9155 S. Dadeland Blvd.<br>Suite 1008<br>Miami, FL 33156 | True Nature Seafood<br>9155 S. Dadeland Blvd.<br>Suite 1008<br>Miami, FL 33156 | Trade Debt | | 243,897.61 |
| Sousa Seafood<br>8 Seafood Way<br>Unit 9-12<br>Boston, MA 02210 | Sousa Seafood<br>8 Seafood Way<br>Unit 9-12<br>Boston, MA 02210 | Trade Debt | | 239,370.24 |
| Sogelco International Inc.<br>715 Square Victoria, 4th Floor<br>Montreal H2Y 2H7 Quebec<br>Canada | Sogelco International Inc.<br>715 Square Victoria, 4th Floor<br>Montreal H2Y 2H7 Quebec<br>Canada | Trade Debt | | 199,262.00 |
| Marcum LLP<br>10 Melville Park Road<br>Melville, NY 11747-3146 | Marcum LLP<br>10 Melville Park Road<br>Melville, NY 11747-3146 | Trade Debt | Disputed | 189,500.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Expack Seafood Inc. 1 Woodbridge Road Suite 915 Woodbridge, NJ 07095 | Expack Seafood Inc. 1 Woodbridge Center Suite 915 Woodbridge, NJ 07095 | Trade Debt | | 171,906.08 |
| Contessa Premium Foods PO Box 1950 San Pedro, CA 90733 | Contessa Premium Foods PO Box 1950 San Pedro, CA 90733 | Trade Debt | | 168,961.75 |
| Garfunkel Wild, P.C. 111 Great Neck Road 6th Floor Great Neck, NY 11021 | Garfunkel Wild, P.C. 111 Great Neck Road 6th Floor Great Neck, NY 11021 | Trade Debt | Disputed | 151,253.78 |
| Intersea Fisheries Ltd. 777 Terrace Avenue Suite 509 Hasbrouck Heights, NJ 07604 | Intersea Fisheries Ltd. 777 Terrace Avenue Suite 509 Hasbrouck Heights, NJ 07604 | Trade Debt | | 147,087.63 |
| New Fulton Fish Market 800 Food Center Drive Unit 65B Bronx, NY 10474 | New Fulton Fish Market 800 Food Center Drive Unit 65B Bronx, NY 10474 | Forebearence Agreement | | 140,991.00 |
| Sea-Trek Enterprises Inc. PO Box 59 East Greenwich, RI 02818 | Sea-Trek Enterprises Inc. PO Box 59 East Greenwich, RI 02818 | Trade Debt | | 135,884.85 |
| Lewis Mills & Co. Inc. PO Box 544 Paramus, NJ 07653 | Lewis Mills & Co. Inc. PO Box 544 Paramus, NJ 07653 | Trade Debt | | 133,919.97 |
| Slade Gorton & Co. PO Box 845177 Boston, MA 02284 | Slade Gorton & Co. PO Box 845177 Boston, MA 02284 | Trade Debt | | 126,677.43 |
| Coast Seafood USA 470 Atlantic Avenue 4th Floor Boston, MA 02210 | Coast Seafood USA 470 Atlantic Avenue 4th Floor Boston, MA 02210 | Trade Debt | | 124,779.34 |
| Fleet Fisheries Inc 20 Blackmer Street New Bedford, MA 02744 | Fleet Fisheries Inc 20 Blackmer Street New Bedford, MA 02744 | Trade Debt | | 124,662.40 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **M. Slavin & Sons, Ltd.**          Case No. **11-10589**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 14, 2011**      Signature **/s/ Herbert Slavin**
**Herbert Slavin**
**Secretary**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.