# SILVERMAN ACAMPORA LLP

ATTORNEYS
100 JERICHO QUADRANGLE
SUITE 300
JERICHO, NY  11753
TELEPHONE 516-479-6300

Invoice submitted to:

Fed ID # 11-3489052

M. Slavin & Sons, Ltd.
Attn: Mitchell Slavin
800 Food Center Drive
Bronx, NY  10474

Invoice Date:    May 25, 2011
059611    059611  M. Slavin & Sons, Ltd.
            File # 059611

Invoice #    81332

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Asset Analysis** | | | | |
| 02/23/11 | RDN | Telephone call with Burton Weston regarding state court litigation against Grace Fives Steakhouse | 0.20 | 79.00 |
| 02/24/11 | GRL | Telephone call from Mitch Slavin regarding sale of VA equipment | 0.20 | 105.00 |
| 03/01/11 | GRL | Review correspondence from Mitchell regarding truck leases | 0.10 | 52.50 |
| 03/01/11 | GRL | Review correspondence from Kenneth P. Silverman regarding same | 0.10 | 52.50 |
| 03/02/11 | GRL | Telephone call from Mitch Slavin regarding truck leases | 0.20 | 105.00 |
| 03/02/11 | GRL | Review correspondence from Trini Atanasio regarding Fleming Auto Lease | 0.10 | 52.50 |
| 03/02/11 | GRL | Review correspondence from Trini Atanasio regarding Auto leases | 0.10 | 52.50 |
| 03/02/11 | GRL | Draft correspondence to Trini Atanasio responding to same | 0.10 | 52.50 |
| 03/02/11 | GRL | Conference with Robert D. Nosek regarding negotiating of leases | 0.10 | 52.50 |
| 03/02/11 | GRL | Review correspondence from Trini Atanasio regarding insurance issues | 0.10 | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | Invoice # 81332 | Page | 2 |
|---|---|---|---|---|
| 03/02/11 | GRL | Draft correspondence to Trini Atanasio responding to same | 0.10 | 52.50 |
| 03/02/11 | GRL | Review correspondence from Mitchell Slavin regarding lease amendment | 0.20 | 105.00 |
| 03/02/11 | GRL | Draft correspondence to Trini Antanasio regarding auto lease | 0.10 | 52.50 |
| 03/03/11 | GRL | Review correspondence from Mitch Slavin regarding truck lease | 0.10 | 52.50 |
| 03/03/11 | GRL | Telephone call from Mitch Slavin regarding documents received, call with Mitch Slavin regarding lease rejection | 0.50 | 262.50 |
| 03/04/11 | GRL | Telephone call from Sid Platzer regarding lease termination | 0.20 | 105.00 |
| 03/08/11 | GRL | Review correspondence from Trini Atanasia regarding VA lease | 0.10 | 52.50 |
| 03/08/11 | GRL | Review VA lease | 0.80 | 420.00 |
| 03/09/11 | GRL | Review correspondence from Robert D. Nosek to Sid Platzer regarding settlement | 0.10 | 52.50 |
| 03/18/11 | KPS | Telephone call from Richard Maltz regarding marketing and sale of Brooklyn property | 0.20 | 125.00 |
| 03/18/11 | RDN | Correspond with John Lavin regarding Virginia leases, Amex frozen money, and related issues | 0.30 | 118.50 |
| 04/06/11 | GRL | Draft correspondence to Katina Brountzas regarding Point Judith information | 0.10 | 52.50 |
| 04/06/11 | GRL | Telephone call from Jerry Dicon regarding licensing issues | 0.10 | 52.50 |
| 04/06/11 | GRL | Review correspondence from Walter Jones regarding Point Judith description | 0.10 | 52.50 |
| 04/06/11 | GRL | Draft correspondence to R. Maltz regarding same | 0.10 | 52.50 |
| 04/06/11 | GRL | Review correspondence from Cindy Slavin regarding assets in VA | 0.10 | 52.50 |
| 04/06/11 | GRL | Review Point Judith property information | 0.10 | 52.50 |
| 04/12/11 | KB | Review emails to and from Andres Nunez, Robert D. Nosek  and Gerard R. Luckman  regarding Brooklyn Properties | 0.20 | 65.00 |
| 04/13/11 | AN | Review email correspondence from Richard Maltz regarding Brooklyn Properties and access to premises | 0.10 | 17.50 |
| 04/13/11 | AN | Draft email correspondence to Robert D. Nosek regarding contact for access to Brooklyn Properties | 0.10 | 17.50 |
| 04/13/11 | AN | Draft email correspondence to Richard Maltz regarding contact for access to Brooklyn Properties | 0.10 | 17.50 |
| 04/13/11 | AN | Review file for telephone number for Mitchell Slavin; | 0.20 | 35.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 3 |
|---|---|---|---|---|---|
| | | telephone call to Mitchell Slavin regarding access for Richard Maltz to Brooklyn Properties | | | |
| 04/13/11 | AN | Draft email correspondence to Robert D. Nosek regarding access for Richard Maltz to Brooklyn Property | 0.10 | | 17.50 |
| 04/13/11 | AN | Finalize letter to Chambers enclosing Bar Date Motion | 0.10 | | 17.50 |
| 04/13/11 | AN | Review email correspondence from Gerard R. Luckman regarding South Street Properties and access for Richard Maltz for same | 0.10 | | 17.50 |
| 04/13/11 | AN | Telephone call to Mitchell Slavin regarding access to South Street Properties; draft email correspondence to Richard Maltz regarding same | 0.20 | | 35.00 |
| 04/13/11 | AN | Telephone call from Mitchell Slavin regarding access for Richard Maltz to South Street Property; draft email correspondence to Gerard R. Luckman regarding same | 0.20 | | 35.00 |
| 04/13/11 | AN | Review email correspondence from Gerard R. Luckman regarding access to South Street Properties; telephone call to Mitchell Slavin regarding same | 0.20 | | 35.00 |
| 04/21/11 | GRL | Review correspondence from Debra Donovan regarding VA assets | 0.10 | | 52.50 |
| 04/25/11 | KPS | Conference with Robert D. Nosek regarding preparation and filing Chapter 11 petition for Point Judith | 0.20 | | 125.00 |
| 04/25/11 | KPS | Telephone call to Richard Maltz regarding sale of Unit 37 and Brooklyn property; Virginia auction; sale of Point Judith | 0.20 | | 125.00 |
| 04/25/11 | KPS | Conference with Gerard R. Luckman regarding CoMetrix list of conference call agenda | 0.20 | | 125.00 |
| 04/26/11 | GRL | Review Point Judith lease | 0.80 | | 420.00 |
| | | **Subtotal** **Asset Analysis** | 7.70 | | $3,527.50 |

**Asset Sale**

| 02/16/11 | RDN | Correspond with John Lavin regarding selling non-essential personal property | 0.20 | | 79.00 |
|---|---|---|---|---|---|
| 03/02/11 | GRL | Telephone call from General Capital Partners regarding potential deal | 0.20 | | 105.00 |
| 03/02/11 | GRL | Review correspondence from Gary Herwitz regarding Point Judith property | 0.10 | | 52.50 |
| 03/04/11 | KPS | Telephone call from David Maltz regarding sale of Brooklyn property | 0.20 | | 125.00 |
| 03/04/11 | KPS | Telephone call from David Maltz regarding potential | 0.20 | | 125.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 4 |
|---|---|---|---|---|---|
| | | sale of Staten Island property | | | |
| 03/07/11 | GRL | Review correspondence from Robert D. Nosek regarding  sale of Brooklyn property | 0.10 | | 52.50 |
| 03/07/11 | GRL | Draft correspondence to Robert D. Nosek responding to same | 0.10 | | 52.50 |
| 03/07/11 | RDN | Correspond with Kelly Griffith regarding recommendation for Virginia auctioneer to sell equipment and review website of recommendation | 0.20 | | 79.00 |
| 03/15/11 | GRL | Telephone call to David Maltz regarding sale of Unit 37 | 0.30 | | 157.50 |
| 03/22/11 | KPS | Telephone call to Richard Maltz regarding preparation for marketing and sale of real property | 0.20 | | 125.00 |
| 03/23/11 | GRL | Telephone call from Richard Maltz regarding sale of assets | 0.20 | | 105.00 |
| 03/24/11 | GRL | Review correspondence from Richard Maltz regarding listing of Brooklyn properties | 0.10 | | 52.50 |
| 03/29/11 | GRL | Review correspondence from Richard Maltz regarding sale of unit 37 | 0.10 | | 52.50 |
| 03/30/11 | GRL | Draft correspondence to Mitchell Slavin responding to sale of company in bankruptcy | 0.10 | | 52.50 |
| 03/30/11 | GRL | Review correspondence from Mitch Slavin regarding sale of company | 0.10 | | 52.50 |
| 03/30/11 | GRL | Review correspondence from Mitchell Slavin regarding sale of company in bankruptcy | 0.10 | | 52.50 |
| 03/30/11 | GRL | Review correspondence from Richard Maltz regarding CBRE signs and listings | 0.10 | | 52.50 |
| 03/30/11 | GRL | Draft correspondence to Richard Maltz regarding same | 0.10 | | 52.50 |
| 03/31/11 | GRL | Draft correspondence to Mitch Slavin regarding sale of unit 37 | 0.10 | | 52.50 |
| 03/31/11 | GRL | Review correspondence from Gary Herwitz to David Maltz regarding sale of Unit 37 | 0.10 | | 52.50 |
| 03/31/11 | GRL | Review correspondence from Richard Maltz to Gary Herwitz regarding sale | 0.10 | | 52.50 |
| 03/31/11 | GRL | Review correspondence from Gary Herwitz regarding Point Judith sale | 0.10 | | 52.50 |
| 03/31/11 | GRL | Review correspondence from Mitch Slavin regarding sale of unit 37 | 0.10 | | 52.50 |
| 03/31/11 | GRL | Review correspondence from Richard Maltz regarding property listing | 0.10 | | 52.50 |
| 04/04/11 | GRL | Draft correspondence to Robert D. Nosek regarding Point Judith documents | 0.10 | | 52.50 |
| 04/04/11 | GRL | Review correspondence from Mitch Slavin regarding | 0.10 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 5 |
|--------|------------|------|------|------|------|
| | | Point Judith documents | | | |
| 04/04/11 | GRL | Draft correspondence to Mitch Slavin regarding Point Judith documents | 0.10 | | 52.50 |
| 04/04/11 | GRL | Draft correspondence to Mitchell Slavin regarding Point Judith documents | 0.10 | | 52.50 |
| 04/04/11 | GRL | Review correspondence from David Majeika regarding information on Point Judith operations | 0.10 | | 52.50 |
| 04/04/11 | GRL | Review correspondence from Andres Nunez regarding Point Judith documents | 0.10 | | 52.50 |
| 04/06/11 | GRL | Conference with Kenneth P. Silverman regarding Point Judith lease and sublease | 0.30 | | 157.50 |
| 04/08/11 | KPS | Telephone call from David Maltz regarding marketing and sale of real property | 0.20 | | 125.00 |
| 04/09/11 | GRL | Review correspondence from Elisabetta Gasparini regarding Maltz retention | 0.10 | | 52.50 |
| 04/09/11 | GRL | Review correspondence from R. Maltz regarding Point Judith | 0.10 | | 52.50 |
| 04/09/11 | GRL | Review correspondence from Mitchell Slavin regarding same | 0.10 | | 52.50 |
| 04/09/11 | GRL | Review correspondence from Mitchell Slavin regarding Brooklyn payments | 0.10 | | 52.50 |
| 04/11/11 | RDN | Draft motion to sell Brooklyn properties | 3.50 | | 1,382.50 |
| 04/11/11 | RDN | Correspond with Andres Nunez regarding property sale information for Maltz | 0.20 | | 79.00 |
| 04/11/11 | RDN | Correspond with Richard Maltz regarding marketing efforts for sale of Brooklyn properties | 0.20 | | 79.00 |
| 04/11/11 | RDN | Correspond with Richard Maltz and David Maltz regarding offering Brooklyn properties in bulk and by lots | 0.20 | | 79.00 |
| 04/12/11 | KPS | Telephone call from David Maltz regarding sale of Brooklyn property; Point Judith property;  Unit 37 at Hunts Point | 0.20 | | 125.00 |
| 04/12/11 | RDN | Revise motion to sell Brooklyn properties | 0.50 | | 197.50 |
| 04/12/11 | RDN | Correspond with Andres Nunez and RIchard Maltz regarding Brooklyn properties | 0.20 | | 79.00 |
| 04/13/11 | GRL | Review correspondence from David Maltz regarding sale of unit at Hunts Point | 0.10 | | 52.50 |
| 04/13/11 | GRL | Draft correspondence to Gary Herwitz regarding sale of unite at Hunts Point | 0.10 | | 52.50 |
| 04/13/11 | GRL | Review correspondence from Gary Herwitz regarding unit to be sold | 0.10 | | 52.50 |
| 04/13/11 | GRL | Draft correspondence to Gary Herwitz responding to same | 0.10 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 6 |
|---|---|---|---|---|---|
| 04/13/11 | GRL | Review correspondence from R. Maltz regarding sale of a unit | 0.10 | | 52.50 |
| 04/13/11 | GRL | Draft correspondence to Gary Herwitz regarding sale of one unit at co-op | 0.10 | | 52.50 |
| 04/13/11 | RDN | Correspond with Andres Nunez, Gary Herwitz, Mitchell Slavin, and Richard Maltz regarding access to Brooklyn (for sale) and South Street (for Capital One collateral purposes) real estate | 0.30 | | 118.50 |
| 04/13/11 | RDN | Telephone call with Mitchell Slavin regarding Maltz access to South Street properties | 0.10 | | 39.50 |
| 04/13/11 | RDN | Review advertising plan from Maltz for sale of Brooklyn real properties | 0.20 | | 79.00 |
| 04/18/11 | GRL | Telephone call from Kenneth P. Silverman regarding auction sale | 0.10 | | 52.50 |
| 04/18/11 | GRL | Telephone call from John Roberts regarding sale of Coop units | 0.20 | | 105.00 |
| 04/18/11 | KPS | Conference with David Maltz regarding sale of Brooklyn, Hunt's Point and Point Judith | 0.40 | | 250.00 |
| 04/18/11 | KPS | Conference with Gerard R. Luckman regarding sale and marketing of Hunt's Point, Point Judith; Brooklyn property; Point Judith sale of leasehold interest and valuation | 0.20 | | 125.00 |
| 04/19/11 | GRL | Conference with Robert D. Nosek regarding sale motion | 0.20 | | 105.00 |
| 04/19/11 | RDN | Begin drafting terms and conditions of sale for Fish Market units | 0.40 | | 158.00 |
| 04/19/11 | RDN | Detailed revisions to motion to sell property to include sale of Fish Market units | 1.50 | | 592.50 |
| 04/20/11 | GRL | Draft correspondence to Debra Donovan responding to VA assets | 0.10 | | 52.50 |
| 04/20/11 | GRL | Review correspondence from Debra Donovan regarding VA assets | 0.10 | | 52.50 |
| 04/20/11 | GRL | Review correspondence from Mitchell Slavin regarding VA assets | 0.10 | | 52.50 |
| 04/20/11 | GRL | Conference with Katina Brountzas regarding Maltz retention and sale | 0.20 | | 105.00 |
| 04/20/11 | RDN | Draft terms and conditions for sale of Brooklyn properties | 1.00 | | 395.00 |
| 04/20/11 | RDN | Continue drafting terms and conditions for sale of Fish Market units | 1.50 | | 592.50 |
| 04/20/11 | RDN | Correspond with Richard Maltz regarding terms and conditions of sale for Unit 37 | 0.20 | | 79.00 |
| 04/20/11 | RDN | Further revisions to sale motion for Brooklyn | 1.00 | | 395.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 7 |
|---|---|---|---|---|---|
| | | properties and Unit 37 shares | | | |
| 04/21/11 | GRL | Review correspondence from Debra Donovan regarding obtaining access to Virginia | 0.10 | | 52.50 |
| 04/21/11 | GRL | Review correspondence from Mitchell Slavin regarding same | 0.10 | | 52.50 |
| 04/22/11 | GRL | Review correspondence from Debra Donovan regarding keys needed | 0.10 | | 52.50 |
| 04/25/11 | GRL | Conference with Kenneth P. Silverman regarding conference call and auction sale | 0.30 | | 157.50 |
| 04/25/11 | GRL | Telephone call to Richard Maltz regarding auction sale | 0.10 | | 52.50 |
| 04/26/11 | GRL | Conference with Robert D. Nosek regarding VA assets and lease | 0.20 | | 105.00 |
| 04/26/11 | KPS | Telephone call to Richard Maltz and David Maltz regarding inspection, marketing and sale of Virginia machinery and equipment and related issues | 0.20 | | 125.00 |
| 04/26/11 | KPS | Telephone call to Richard Maltz regarding sale of Unite 37; Virginia auction and sale of Brooklyn property | 0.20 | | 125.00 |
| 04/26/11 | KPS | Telephone call from Richard Maltz regarding sale of Virginia machinery or equipment | 0.20 | | 125.00 |
| 04/26/11 | TMM | Document and legal research in connection with motion to sell de minimis assets | 1.50 | | 247.50 |
| 04/26/11 | TMM | Begin drafting motion to approve sale procedures for De Minimis assets | 2.00 | | 330.00 |
| 04/27/11 | KPS | Conference with Peter Marullo regarding review of title report and judgment and lien search for Brooklyn property | 0.20 | | 125.00 |
| 04/27/11 | TMM | Draft motion to approve sale procedures for De Minimis assets | 1.10 | | 181.50 |
| 04/27/11 | TMM | Review docket in connection with motion to approve procedures for sale of De Minimis assets | 0.30 | | 49.50 |
| 04/27/11 | TMM | Review and revise motion to approve procedures to sell de minimis assets | 3.00 | | 495.00 |
| 04/27/11 | TMM | Draft order to approve procedures for sale of De Minimis assets (.5); review and revise proposed order (.6) | 1.10 | | 181.50 |
| 04/27/11 | TMM | Prepare memo to Robert D. Nosek regarding motion to approve sale procedures for De Minimis assets | 0.20 | | 33.00 |
| 04/29/11 | GRL | Conference call with John Roberts regarding Business Inegrity Commission | 0.30 | | 157.50 |
| 04/29/11 | GRL | Conference with Robert D. Nosek regarding same and sales process | 0.20 | | 105.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 8 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 04/29/11 | KPS | Conference with Gerard R. Luckman regarding sale of Brooklyn, Unit 37 and Point Judith | 0.20 | 125.00 |
| 04/29/11 | RDN | Telephone conference with John Roberts for the Fish Market co-op and Gerard R. Luckman regarding ability to sub-divide unit 37 for sale purposes | 0.30 | 118.50 |
| 04/29/11 | RDN | Telephone call with Richard Maltz regarding unit 37 at the Fish Market and ability to sub divide unit | 0.20 | 79.00 |
| 04/29/11 | RDN | Conference with Gerard R. Luckman regarding ability to sub-divide unit 37 for sale purposes | 0.20 | 79.00 |
| | | **Subtotal**        **Asset Sale** | 30.50 | $11,387.50 |

**Case Administration**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 02/14/11 | GRL | Review revised 1007 affidavit | 0.30 | 157.50 |
| 02/14/11 | GRL | Review of first day motion, affidavit, petition, multiple conferences with Robert D. Nosek and Andres Nunez regarding same | 2.70 | 1,417.50 |
| 02/14/11 | GRL | Telephone call from Katina Brountzas regarding first day orders | 0.20 | 105.00 |
| 02/14/11 | GRL | Review correspondence from United States Trustee regarding drafts of documents | 0.10 | 52.50 |
| 02/14/11 | GRL | Telephone call to Gary Herwitz regarding revised affidavit | 0.20 | 105.00 |
| 02/14/11 | GRL | Review correspondence from Robert D. Nosek to Gary Herwitz regarding Brooklyn payments | 0.10 | 52.50 |
| 02/14/11 | GRL | Review correspondence from Gary Herwitz regarding same | 0.10 | 52.50 |
| 02/14/11 | GRL | Review correspondence from Elisabetta regarding United States Trustee office regarding filing | 0.10 | 52.50 |
| 02/14/11 | GRL | Review correspondence from John Lavin regarding DIP accounts | 0.10 | 52.50 |
| 02/14/11 | GRL | Draft correspondence to John Lavin responding to same | 0.10 | 52.50 |
| 02/14/11 | GRL | Review correspondence from John Lavin regarding additional information needed | 0.10 | 52.50 |
| 02/14/11 | GRL | Review correspondence from Robert D. Nosek to John Lavin regarding insurance payment | 0.10 | 52.50 |
| 02/14/11 | GRL | Review correspondence from John Lavin regarding payroll in Virginia | 0.10 | 52.50 |
| 02/14/11 | GRL | Review correspondence from Robert D. Nosek regarding same | 0.10 | 52.50 |
| 02/14/11 | GRL | Draft correspondence to Robert D. Nosek regarding payroll payroll in Virginia | 0.10 | 52.50 |
| 02/14/11 | GRL | Review correspondence from John Lavin regarding | 0.10 | 52.50 |

059611    M. Slavin & Sons, Ltd.                                          Invoice # 81332         Page      9

amounts owed

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/14/11 | GRL | Telephone call from United States Trustee regarding comments to form of order | 0.40 | 210.00 |
| 02/14/11 | GRL | Conference with Robert D. Nosek regarding filing | 0.20 | 105.00 |
| 02/14/11 | GRL | Conference with Kenneth P. Silverman regarding same | 0.20 | 105.00 |
| 02/14/11 | GRL | Telephone call from Katina Brountzas regarding pending motions | 0.20 | 105.00 |
| 02/14/11 | GRL | Review correspondence from Elisabetta Gasparini regarding budget and 1007 | 0.10 | 52.50 |
| 02/14/11 | GRL | Review correspondence from Kenneth P. Silverman regarding first day orders | 0.10 | 52.50 |
| 02/14/11 | KPS | Conference with Gerard R. Luckman regarding status of preparation and filing of bankruptcy petition | 0.40 | 250.00 |
| 02/14/11 | CG | Electronically file Affidavit of Herb Slavin Under Local Rule 1007-2 | 0.10 | 9.50 |
| 02/14/11 | RDN | Draft Notice of Hearing on First Day Motions | 0.40 | 158.00 |
| 02/14/11 | RDN | Correspond with John Lavin regarding payroll process | 0.20 | 79.00 |
| 02/14/11 | RDN | Prepare for and attend meeting with Herbert Slavin and John Lavin, with partial attendance by Cindy Slavin and Barry Slavin, regarding review and execution of chapter 11 petition and schedules | 3.50 | 1,382.50 |
| 02/14/11 | RDN | Detailed revisions to motion to approve payment of pre-petition wages and employee benefits (1.0); finalize same (.3) | 1.30 | 513.50 |
| 02/14/11 | RDN | Detailed revisions to Herbert Slavin 1007-2 affidavit to add support for first day motions (1.1); review comments from Gary Herwitz and John Lavin (.3); final revisions to same (.4) | 1.80 | 711.00 |
| 02/14/11 | RDN | Conference with Gerard R. Luckman regarding parties to serve with first day motions | 0.30 | 118.50 |
| 02/14/11 | RDN | Review draft and finalize motion to continue use of cash management system | 0.50 | 197.50 |
| 02/14/11 | RDN | Review correspondence from Gary Herwitz and John Lavin regarding possibility opening new DIP accounts rather than using Capital One accounts | 0.20 | 79.00 |
| 02/14/11 | RDN | Correspond with John Lavin regarding additional information for first day motions | 0.30 | 118.50 |
| 02/14/11 | RDN | Correspond with Elisabetta Gasparini regarding filing issues | 0.20 | 79.00 |
| 02/14/11 | RDN | Review comments from Gary Herwitz to Herbert Slavin 1007-2 affidavit | 0.20 | 79.00 |

059611    M. Slavin & Sons, Ltd.                                    Invoice # 81332        Page    10

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/14/11 | AN | Review email correspondence from Gerard R. Luckman enclosing Notice of Levy, correspondence regarding cancellation of insurance and Summons for Unlawful Detainer with Joint Affidavit of Account (.1); review enclosed documents (.2); revise petition schedule e for Notice of Levy (.1); revise petition Statement of Financial Affairs for Summons (.1) | 0.50 | 87.50 |
| 02/14/11 | AN | Review Open Item Reports for market and wholesale divisions | 1.00 | 175.00 |
| 02/14/11 | AN | Revise petition schedule F for updated amounts | 1.00 | 175.00 |
| 02/14/11 | AN | Confer with Gerard R. Luckman regarding top 30 unsecured creditors | 0.10 | 17.50 |
| 02/14/11 | AN | Draft email correspondence to Gerard R. Luckman enclosing list of 30 largest unsecured creditors | 0.20 | 35.00 |
| 02/14/11 | AN | Confer with Gerard R. Luckman regarding telephone and fax numbers for 30 largest unsecured creditors | 0.10 | 17.50 |
| 02/14/11 | AN | Further revise petition schedules for updated debt amounts and creditor addresses | 3.00 | 525.00 |
| 02/14/11 | AN | Confer with Gerard R. Luckman regarding filing of petition (.2); prepare pdf of petition and file (.3) | 0.50 | 87.50 |
| 02/14/11 | AN | Prepare list of 30 largest unsecured creditors | 0.40 | 70.00 |
| 02/14/11 | AN | Review several emails from John Lavin and Robert D. Nosek in connection with cash collateral motion (.30); confer with Robert D. Nosek regarding revisions to petition schedules and revise schedules for same (.5) | 0.80 | 140.00 |
| 02/14/11 | AJ | Internet research for contact information for 30 largest creditors in preparation of filing | 0.80 | 60.00 |
| 02/14/11 | KB | Call to Leslye V. Katz to rectify proposed orders (.2); call to Gerard R. Luckman to discuss status of motions (.2); call with Robert D. Nosek regarding same (.2) | 0.60 | 195.00 |
| 02/15/11 | RJF | Conference with Gerard R. Luckman regarding J. Gerber procedural order | 0.30 | 157.50 |
| 02/15/11 | GRL | Telephone call from Dexter Gilles regarding judge assignment | 0.10 | 52.50 |
| 02/15/11 | GRL | Finalize documents, prep for hearing, multiple conferences with Robert D. Nosek and Katina Brountzas regarding documents | 3.20 | 1,680.00 |
| 02/15/11 | GRL | Telephone call from Gary Herwitz regarding hearings | 0.20 | 105.00 |
| 02/15/11 | GRL | Telephone call from Kenneth P. Silverman regarding case status, hearing | 0.10 | 52.50 |
| 02/15/11 | GRL | Telephone call from Sherri Slavin regarding case files | 0.10 | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 11 |
|---|---|---|---|---|---|
| 02/15/11 | RDN | Correspond and telephone call with John Lavin regarding paying vendors post-petition | 0.30 | | 118.50 |
| 02/15/11 | RDN | Telephone call with and email to chambers regarding submitting wage motion employee chart | 0.20 | | 79.00 |
| 02/15/11 | RDN | Review and finalize revisions to Notice of First Day Motions Hearing ` | 0.30 | | 118.50 |
| 02/15/11 | RDN | Telephone call with Elisabetta Gasparaini regarding top thirty creditors and related first day issues | 0.20 | | 79.00 |
| 02/15/11 | RDN | Review correspondence from Elisabetta Gasparini regarding 341 meeting | 0.10 | | 39.50 |
| 02/15/11 | RDN | Finalize cash management motion | 0.40 | | 158.00 |
| 02/15/11 | RDN | Finalize wages motion | 0.40 | | 158.00 |
| 02/15/11 | RDN | Correspond with John Lavin regarding bank accounts | 0.20 | | 79.00 |
| 02/15/11 | RDN | Conferences with Andres Nunez and Leslye V. Katz regarding contact information for top thirty creditors (.3); correspond with Elisabetta Gasparini regarding same (.1) | 0.40 | | 158.00 |
| 02/15/11 | RDN | Telephone call with Elisabetta Gasparini regarding wage motion chart | 0.20 | | 79.00 |
| 02/15/11 | RDN | Correspond with Walter Jones and John Lavin regarding wage motion chart | 0.20 | | 79.00 |
| 02/15/11 | RDN | Telephone call with Robert Bogosian regarding creditor committee and status of case | 0.30 | | 118.50 |
| 02/15/11 | RDN | Conference with Andres Nunez regarding additional information for top 30 creditors and finalizing top 20 list | 0.20 | | 79.00 |
| 02/15/11 | RDN | Correspond with Timothy Ahearn regarding vendor sales and post-petition business | 0.20 | | 79.00 |
| 02/15/11 | RDN | Conferences with Gerard R. Luckman and Kenneth P. Silverman regarding first day hearing issues | 0.30 | | 118.50 |
| 02/15/11 | AN | Telephone calls to 20 largest unsecured creditors regarding hearing on First Day Motions and service of same (2.0); fax Notice of Hearing to same (.5) | 2.50 | | 437.50 |
| 02/15/11 | AN | Draft chart for contact information for 30 largest unsecured creditors | 0.50 | | 87.50 |
| 02/15/11 | AN | Draft email correspondence to Gerard R. Luckman and Robert D. Nosek enclosing contact information for 30 largest unsecured creditors | 0.20 | | 35.00 |
| 02/15/11 | AN | Confer with Katina Brountzas regarding Order Scheduling Case Conference and service of same | 0.20 | | 35.00 |
| 02/15/11 | AN | Draft email correspondence to 10 of 20 Largest Unsecured Creditors enclosing Notice of Hearing on | 0.30 | | 52.50 |

059611    M. Slavin & Sons, Ltd.                                    Invoice # 81332        Page    12

First Day Motions and Motions

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/15/11 | AN | Draft Affidavit of Service of Notice of Hearing on First Day Motions and Motions | 0.30 | 52.50 |
| 02/15/11 | AN | Confer with Gerard R. Luckman regarding Hearing on First Day Motions and Service of Notice and Motions | 0.30 | 52.50 |
| 02/15/11 | AN | Confer with Robert D. Nosek regarding service of Notice of Hearing on First Day Motions to 20 Largest Unsecured Creditors | 0.30 | 52.50 |
| 02/15/11 | AN | Review email correspondence from Elisabetta Gasparini regarding 30 Largest spread sheet; draft email correspondence to Robert D. Nosek regarding spread sheet for 30 Largest and updates | 0.30 | 52.50 |
| 02/15/11 | KB | Review and further revise motion to approve pre-petition wages (.3); Review and further revise proposed order to approve pre-petition wages (.3); Review and further revise motion approving Debtor;s Cash Management system  (.3); review and further revise proposed Order approving Debtor's Cash Management Systems (.3); draft initial case conference order (.3) | 1.50 | 487.50 |
| 02/15/11 | TMM | Confer with Katina Brountzas regarding preparation and filing of first day motions | 0.10 | 16.50 |
| 02/16/11 | GRL | Telephone call from Mitch Slavin regarding letter to creditors | 0.10 | 52.50 |
| 02/16/11 | GRL | Conference with Robert D. Nosek regarding correspondence with creditor | 0.10 | 52.50 |
| 02/16/11 | GRL | Review correspondence from Robert D. Nosek to John Lavin regarding same | 0.10 | 52.50 |
| 02/16/11 | GRL | Telephone call from Mitch Slavin regarding letter to vendors | 0.10 | 52.50 |
| 02/16/11 | GRL | Conference with Robert D. Nosek regarding same | 0.20 | 105.00 |
| 02/16/11 | GRL | Review correspondence from Robert D. Nosek to John Lavin regarding lease requests | 0.20 | 105.00 |
| 02/16/11 | GRL | Telephone call from insurance carrier regarding insurance payment | 0.20 | 105.00 |
| 02/16/11 | GRL | Review correspondence from insurance broker regarding insurance renewal | 0.10 | 52.50 |
| 02/16/11 | GRL | Telephone call from United States Trustee regarding top 20 creditors | 0.10 | 52.50 |
| 02/16/11 | GRL | Conference with Kenneth P. Silverman regarding same | 0.10 | 52.50 |
| 02/16/11 | RDN | Telephone call with Alan Marrus regarding financial advisor roll | 0.20 | 79.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 13 |
|---|---|---|---|---|---|

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 02/16/11 | RDN | Correspond with Gary Herwitz, John Lavin, and Walter Jones regarding conference call to finalize schedules | 0.30 | 118.50 |
| 02/16/11 | RDN | Telephone calls with Barry Slavin regarding letter to vendors regarding ability to sell post-petition | 0.20 | 79.00 |
| 02/16/11 | RDN | Conference with Gerard R. Luckman regarding ability of Debtor to sell post-petition (.2); review and revise letter regarding same (.2) | 0.40 | 158.00 |
| 02/16/11 | RDN | Correspond with John Lavin regarding response of Debtor to vendors seeking payment of pre-petition amounts (.2); draft response for Debtor's personnel to use in responding to those questions (.2) | 0.40 | 158.00 |
| 02/16/11 | RDN | Conferences with Andres Nunez regarding finalizing amended top twenty creditors list | 0.30 | 118.50 |
| 02/16/11 | AN | Review email correspondence from John Lavin regarding pre-petition accounts payable | 0.10 | 17.50 |
| 02/16/11 | AN | Review email correspondence from Paul Esposito regarding service to Fulton Fish Market Pension and Welfare Funds for employee benefits | 0.10 | 17.50 |
| 02/16/11 | AN | Review email correspondence from Barry Markham regarding 20 largest unsecured creditors; draft email correspondence to Barry Markham regarding same | 0.20 | 35.00 |
| 02/16/11 | AN | Review email correspondence from Robert D. Nosek regarding List of Creditors Holding 20 Largest Unsecured Claims; draft email correspondence to Robert D. Nosek enclosing same | 0.20 | 35.00 |
| 02/16/11 | AN | Confer with Katina Brountzas regarding preparation of Master Service List | 0.20 | 35.00 |
| 02/16/11 | AN | Review email correspondence from Gerard R. Luckman regarding 20 largest unsecured creditors; draft email correspondence to David Manion regarding enclosing list of 20 largest | 0.20 | 35.00 |
| 02/16/11 | AN | Draft Affidavit of Service of First Day Orders for 20 largest unsecured creditors | 0.40 | 70.00 |
| 02/16/11 | AN | Confer with Adam L. Rosen regarding List of Creditors Holding 20 Largest Unsecured Claims; draft email correspondence to Adam L. Rosen enclosing same | 0.30 | 52.50 |
| 02/16/11 | AN | Prepare for ECF List of 20 Largest Unsecured Creditors | 0.20 | 35.00 |
| 02/16/11 | KB | Work with and assist Andres Nunez and Gina Maria Damoulis regarding creditor matrix maintenance and best case | 1.80 | 585.00 |
| 02/17/11 | GRL | Review correspondence from Harvey Strickon regarding not honoring checks | 0.10 | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 14 |
|--------|------------|-------------------------------------------------------------------|-------|------|--------|
| 02/17/11 | GRL | Draft correspondence to Harvey Strickon responding to same | 0.10 | | 52.50 |
| 02/17/11 | KPS | Conference with Gerard R. Luckman regarding preparation of further orders involving utility payments; rejection of leases and related issues | 0.20 | | 125.00 |
| 02/17/11 | KPS | Telephone call from Tracy Klestadt regarding formation of creditors committee | 0.20 | | 125.00 |
| 02/17/11 | RDN | Correspond with John Lavin regarding information to complete schedules | 0.30 | | 118.50 |
| 02/17/11 | RDN | Correspond with Mitchell Slavin regarding AA Trucking lease issues | 0.30 | | 118.50 |
| 02/17/11 | RDN | Further review of schedules and statement of financial affairs for missing information from Debtor | 0.40 | | 158.00 |
| 02/17/11 | RDN | Review correspondence from Jill Leiman regarding additional information | 0.10 | | 39.50 |
| 02/17/11 | RDN | Telephone call with John Lavin regarding open issues in completing schedules | 0.30 | | 118.50 |
| 02/17/11 | RDN | Review correspondence from Harvey Strickon regarding Capital One return of pre-petition checks | 0.10 | | 39.50 |
| 02/17/11 | AN | Confer with Robert D. Nosek regarding Debtor's interest in real property in preparation of David Maltz and Co Retention Application | 0.30 | | 52.50 |
| 02/17/11 | AN | Confer with Katina Brountzas regarding case management and and First Day Orders | 0.80 | | 140.00 |
| 02/17/11 | AN | Confer with Robert D. Nosek regarding information for amendments to petition schedules and filing of Notice of First Day Orders and service of same (.30); make revisions to petition schedules to add additional creditors (.5) | 0.80 | | 140.00 |
| 02/17/11 | KB | Confer with Andres Nunez regarding case management and and First Day Orders | 0.80 | | 260.00 |
| 02/17/11 | TMM | Review Chapter 7 bankruptcy case in connection with potential conflicts | 0.30 | | 49.50 |
| 02/17/11 | TMM | Review documents in connection with drafting utilities motion | 0.50 | | 82.50 |
| 02/17/11 | TMM | Draft motion to authorize payment of utilities | 1.80 | | 297.00 |
| 02/18/11 | GRL | Telephone call from Mitch Slavin regarding trucking company set off | 0.20 | | 105.00 |
| 02/18/11 | GRL | Review correspondence from Cometrix regarding February sales | 0.10 | | 52.50 |
| 02/18/11 | GRL | Review correspondence from Gary Herwitz regarding draft memo to client | 0.20 | | 105.00 |
| 02/18/11 | GRL | Telephone call from Sean Southard regarding case | 0.10 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. details | | Invoice # 81332 | Page | 15 |
|--------|-----------|---|---|---|---|

| Date | Init. | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 02/18/11 | GRL | Review correspondence from Katina Brountzas regarding 341 meeting | 0.10 | | 52.50 |
| 02/18/11 | GRL | Review correspondence from Robert D. Nosek regarding truck company issue | 0.10 | | 52.50 |
| 02/18/11 | GRL | Draft correspondence to Robert D. Nosek responding to same | 0.10 | | 52.50 |
| 02/18/11 | RDN | Review correspondence from John Lavin regarding Sogelco letter for reclamation | 0.30 | | 118.50 |
| 02/18/11 | RDN | Telephone call with Herb Slavin and John Lavin regarding Florida truck shipments of fish | 0.30 | | 118.50 |
| 02/18/11 | RDN | Telephone call with John Lavin regarding additional creditors to add to matrix | 0.30 | | 118.50 |
| 02/18/11 | RDN | Correspond with John Lavin regarding Point Judith operations funding | 0.20 | | 79.00 |
| 02/18/11 | RDN | Review correspondence and spreadsheet from John Lavin regarding insurance programs (.2); conference with Katina Brountzas regarding utilizing information to complete motion to continue insurance (.3) | 0.50 | | 197.50 |
| 02/18/11 | RDN | Correspond with John Lavin and review spreadsheet regarding pre-petition checks cashed by Signature bank (.3); conference with Gerard R. Luckman regarding same (.1) | 0.40 | | 158.00 |
| 02/18/11 | RDN | Conference with Gerard R. Luckman regarding Florida trucking company not willing to ship new fish unless paid prior balance | 0.20 | | 79.00 |
| 02/18/11 | RDN | Review amended top twenty creditors list and discuss with Andres Nunez | 0.20 | | 79.00 |
| 02/18/11 | AN | Telephone call from Jill Lieman at Great Oceans's LLC regarding case information (.1); confer with Gerard R. Luckman regarding same (.1); draft email correspondence to Jill Lieman regarding same (.2) | 0.40 | | 70.00 |
| 02/18/11 | AN | Draft chart for contact information for Notice of Appearance, 30 Largest Unsecured Creditors, Secured lenders, Attorneys and Debtor | 0.50 | | 87.50 |
| 02/18/11 | AN | Confer with Robert D. Nosek regarding amendments to List of 20 Largest Unsecured Creditors; revise List of 20 Largest Unsecured Creditors | 0.30 | | 52.50 |
| 02/18/11 | AN | Draft email correspondence to Robert D. Nosek enclosing amended 20 Largest Unsecured Creditors | 0.10 | | 17.50 |
| 02/18/11 | ALR | Office conference with Robert D. Nosek regarding strategy regarding administrative claims (.30) | 0.30 | | 157.50 |
| 02/18/11 | KB | Review bankruptcy deadline dates and meet with Andres Nunez regarding same | 0.50 | | 162.50 |

059611    M. Slavin & Sons, Ltd.                                    Invoice # 81332        Page    16

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 02/18/11 | TMM | Revise motion to approve payment of utilities | 1.00 | 165.00 |
| 02/18/11 | TMM | Revise order approving motion to authorize payment of utilities | 0.60 | 99.00 |
| 02/18/11 | TMM | Further review documents in connection with preparation of utilities motion | 0.70 | 115.50 |
| 02/18/11 | TMM | Draft proposed order approving motion to authorize payment of utilities | 0.70 | 115.50 |
| 02/19/11 | GRL | Review correspondence from Andres Nunez regarding scheduling case events | 0.20 | 105.00 |
| 02/19/11 | AN | Update firm calendar and send calendar entries regarding section 341 meeting and initial case conference, deadline to file schedules, and deadline to file motion to extend time to assume or reject non residential leases | 0.30 | 52.50 |
| 02/20/11 | GRL | Review correspondence from Katina Brountzas regarding corporate resolutions | 0.20 | 105.00 |
| 02/20/11 | GRL | Review correspondence from Katina Brountzas regarding draft utility motion | 0.30 | 157.50 |
| 02/20/11 | AN | Confer with Katina Brountzas regarding scheduling of deadlines to file Plan and Disclosure Statement, Notice of Removal of Pending Litigation, Initial Debtor Interview and retention of Cometrics | 0.80 | 140.00 |
| 02/20/11 | AN | Update calendar for Initial Debtor Interview, Deadline for filing Plan and Disclosure Statement and Notice of Removal of Pending Litigation | 0.30 | 52.50 |
| 02/20/11 | KB | Review and summarize Case Management Order | 0.70 | 227.50 |
| 02/20/11 | KB | Review and further revise the Debtor's Motion to provide adequate assurance for utility services and review and revise proposed order regarding same (2.0); review service date deadlines and email summarizing motion and to Gerard R. Luckman, Andres Nunez an d Robert D. Nosek  regarding same (1.0) | 3.00 | 975.00 |
| 02/20/11 | KB | Review and revise corporate documents and email regarding same | 0.50 | 162.50 |
| 02/21/11 | GRL | Telephone call from Mitch Slavin regarding Chapter 11 filing | 0.20 | 105.00 |
| 02/21/11 | GRL | Telephone call from Mitch Slavin regarding trucker holding goods pending payment | 0.10 | 52.50 |
| 02/22/11 | GRL | Conference with Robert D. Nosek regarding revisions to motions | 0.30 | 157.50 |
| 02/22/11 | GRL | Telephone call from Wayne Jeffries regarding Chapter 11 filing | 0.10 | 52.50 |
| 02/22/11 | GRL | Review correspondence from creditor regarding | 0.10 | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 17 |
|--------|------------------------|---|-----------------|------|----|
| | | check not honored | | | |
| 02/22/11 | GRL | Review correspondence from Andres Nunez to John Lavin regarding creditor addresses | 0.10 | | 52.50 |
| 02/22/11 | GRL | Review correspondence from Elisabetta Gasparini regarding creditor matrix | 0.10 | | 52.50 |
| 02/22/11 | RDN | Review correspondence and account ledger from John Lavin regarding 90 day pre-petition payments | 0.20 | | 79.00 |
| 02/22/11 | RDN | Review and revise corporate ownership certificate | 0.30 | | 118.50 |
| 02/22/11 | RDN | Conference with Katina Brountzas regarding status of motions remaining to draft, including utilities, insurance, and retentions | 0.20 | | 79.00 |
| 02/22/11 | RDN | Conferences with Katina Brountzas regarding corporate resolution and certificate of corporate ownership | 0.20 | | 79.00 |
| 02/22/11 | RDN | Conference with Andres Nunez regarding additional information for completing Statement of Financial Affairs | 0.20 | | 79.00 |
| 02/22/11 | RDN | Review draft certificate of resolution for filing (.1); conference with Katina Brountzas regarding same (.2) | 0.30 | | 118.50 |
| 02/22/11 | RDN | Conference with Katina Brountzas regarding preparing motion to continue insurance programs | 0.20 | | 79.00 |
| 02/22/11 | RDN | Conference with Andres Nunez regarding finalizing creditors schedules | 0.20 | | 79.00 |
| 02/22/11 | RDN | Review changes to top twenty creditors | 0.20 | | 79.00 |
| 02/22/11 | AN | Review email correspondence from Gerard R. Luckman regarding Notice of Commencement (.1); review PACER docket for Notice of Commencement (.1);  draft email correspondence to Todd Pollack enclosing Notice of Commencement (.1) | 0.30 | | 52.50 |
| 02/22/11 | AN | Review file and PACER docket for documents filed (.2); scan and pdf filed documents (.2); draft email correspondence to Todd Pollack enclosing same (.1) | 0.50 | | 87.50 |
| 02/22/11 | AN | Review email enclosing all 90 day payments in preparation of Statement of Financial Affairs (.1); review 90 day accounts payable and print (.2); revise Statement of Financial Affairs for same (.1) | 0.40 | | 70.00 |
| 02/22/11 | AN | Review Operating Guidelines for Debtors in Possession and correspondence in connection with same | 0.10 | | 17.50 |
| 02/22/11 | AN | Draft letter to Herbert Slavin enclosing Operating Guidelines for Debtors in Possession and sample Monthly Operating Report | 0.20 | | 35.00 |
| 02/22/11 | AN | Finalize letter to Herbert Slavin enclosing Operating | 0.10 | | 17.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 18 |
|--------|------|------|------|------|------|

|  |  | Guidelines for Debtors in Possession and sample Monthly Operating Report | | |
|--------|------|------|------|------|
| 02/22/11 | AN | Review email correspondence from Robert D. Nosek regarding 2016(b) statement and Statement of Financial Affairs (.1); make revisions to Statement of Financial Affairs and 2016 (b) Statement (.1) | 0.20 | 35.00 |
| 02/22/11 | AN | Prepare list of creditors without addresses (.3); draft email correspondence to John Lavin enclosing same (.1) | 0.40 | 70.00 |
| 02/22/11 | AN | Review email correspondence from Robert D. Nosek regarding Amended List of 20 Largest Unsecured Creditors; scan and pdf amended list and draft email correspondence to Robert D. Nosek enclosing Amended List | 0.30 | 52.50 |
| 02/22/11 | AN | Review email correspondence from Robert D. Nosek regarding Virginia Sales and Use Tax debt; revise petition schedule to add creditor | 0.30 | 52.50 |
| 02/22/11 | KB | Revisions to Corporate documents | 0.30 | 97.50 |
| 02/22/11 | TMM | Further revisions to motion and proposed order to authorize payment of utilities | 0.40 | 66.00 |
| 02/23/11 | GRL | Conference with Robert D. Nosek regarding corporate resolution | 0.30 | 157.50 |
| 02/23/11 | GRL | Review correspondence from Elisabetta Gasparini regarding top 20 list | 0.10 | 52.50 |
| 02/23/11 | GRL | Review correspondence from Robert D. Nosek regarding call to Marcum | 0.10 | 52.50 |
| 02/23/11 | GRL | Review correspondence from Robert D. Nosek to Elizabetta Gasparini regarding same | 0.10 | 52.50 |
| 02/23/11 | GRL | Review correspondence from Andres Nunez to Robert D. Nosek regarding information needed for schedules | 0.10 | 52.50 |
| 02/23/11 | GRL | Review correspondence from Robert D. Nosek to John Lavin regarding information needed | 0.20 | 105.00 |
| 02/23/11 | GRL | Telephone call from Mitch Slavin regarding organizational meeting and calls from creditors | 0.20 | 105.00 |
| 02/23/11 | GRL | Review correspondence from Barry Slavin regarding maintaining customer relations | 0.10 | 52.50 |
| 02/23/11 | EMF | Confer with Robert D. Nosek regarding proper form of minutes or certification of Board Meeting authorizing filing of chapter 11 | 0.20 | 105.00 |
| 02/23/11 | RDN | Telephone call with Sydney Platzer regarding AA Trucking agreement and possible resolution | 0.30 | 118.50 |
| 02/23/11 | RDN | Telephone call with Herbert Slavin regarding Point Judith operations and payment of Rhode Island | 0.30 | 118.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 19 |
|---|---|---|---|---|---|
| | | fishermen and shipping and ice | | | |
| 02/23/11 | RDN | Telephone calls with Elisabetta Gasparini regarding top twenty issues | 0.20 | | 79.00 |
| 02/23/11 | RDN | Telephone call from Robert Begosian regarding case issues and upcoming organizational meeting | 0.10 | | 39.50 |
| 02/23/11 | RDN | Correspond with Gerard R. Luckman regarding Mitchell Slavin correspondence on letter to vendors | 0.20 | | 79.00 |
| 02/23/11 | RDN | Conference with Andres Nunez regarding list of open issues for completion of schedules and statement of financial affairs (.2); correspondence to John Lavin regarding same (.1) | 0.30 | | 118.50 |
| 02/23/11 | AN | Review email correspondence from Robert D. Nosek regarding amendment to creditor for amended 20 largest unsecured creditors (.1); revise 20 largest for same (.1); update master service list for change of creditor address (.1); draft email correspondence to Robert D. Nosek enclosing revised 20 largest (.1) | 0.40 | | 70.00 |
| 02/23/11 | AN | Scan and ECF Notice of Final Hearing on Debtor's Motion for Use of Cash Collateral | 0.10 | | 17.50 |
| 02/23/11 | AN | Scan and ECF Affidavit of Service of First Day Motions | 0.10 | | 17.50 |
| 02/23/11 | AN | Confer with Gerard R. Luckman regarding Notice of Commencement of Case; draft email correspondence to Mitchell Slavin enclosing same | 0.20 | | 35.00 |
| 02/23/11 | AN | Review file and petition schedules for information need to complete schedules (.3); draft email correspondence to Robert D. Nosek regarding same (.2) | 0.50 | | 87.50 |
| 02/23/11 | AN | Revise petition schedules for addresses and pending litigations | 0.30 | | 52.50 |
| 02/23/11 | KB | Review emails from Robert D. Nosek and Andres Nunez to Client with request of information | 0.20 | | 65.00 |
| 02/23/11 | KB | Draft Debtor's Motion seeking approval to pay debtor's insurance premiums(3.5), review cases within district with similarly situated circumstances(.5), review documents from client and work with Andres Nunez to prepare exhibit relating to the same (.5) further review and revise Motion to pay insurance premiums (1.5) | 6.00 | | 1,950.00 |
| 02/23/11 | KB | Draft proposed order for Debtor's motion seeking authorization to pay Insurance premiums | 1.50 | | 487.50 |
| 02/24/11 | GRL | Conference call with John Lavin and Gary Herwitz regarding schedules, flash report | 0.60 | | 315.00 |
| 02/24/11 | GRL | Conference with Robert D. Nosek regarding schedules | 0.20 | | 105.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 20 |
|---|---|---|---|---|---|
| 02/24/11 | GRL | Telephone call from Elizabetta Gasparini regarding retentions and committee formation | 0.10 | | 52.50 |
| 02/24/11 | GRL | Telephone call from Mitch Slavin regarding funding agreement | 0.10 | | 52.50 |
| 02/24/11 | RDN | Telephone call with John Lavin regarding missing information for finalizing schedules and statement of financial affairs | 0.40 | | 158.00 |
| 02/24/11 | RDN | Review correspondence regarding phone contracts to reject | 0.20 | | 79.00 |
| 02/24/11 | AN | Confer with Robert D. Nosek regarding commissions for broker (.2); confer with Gerard R. Luckman regarding same (.2) | 0.40 | | 70.00 |
| 02/24/11 | AN | Draft email correspondence to Kenneth P. Silverman regarding commission for David R Maltz and Co for sale of Debtor's real property | 0.20 | | 35.00 |
| 02/24/11 | AN | Review email correspondence from Kenneth P. Silverman regarding commissions for David Maltz and Co retention | 0.10 | | 17.50 |
| 02/24/11 | AN | Confer with Robert D. Nosek regarding 30 Largest Unsecured list (.1); draft email correspondence to John Lavin enclosing same (.1) | 0.20 | | 35.00 |
| 02/24/11 | AN | Review email correspondence from Robert D. Nosek enclosing chart of charitable contributions (.1); revise petition schedules for same (.2); draft email correspondence to John Lavin regarding addresses for entities receiving charitable contributions (.1) | 0.40 | | 70.00 |
| 02/24/11 | AN | Review email correspondence from Robert D. Nosek regarding contact information for Contessa Premium Foods and amount of claim for Intersea Fisheries; draft email correspondence to Robert D. Nosek regarding same | 0.20 | | 35.00 |
| 02/24/11 | BSS | Assist in drafting of the Corporate Resolution and Corporate Certificate | 0.30 | | 85.50 |
| 02/24/11 | KB | Further review and revise Motion to approve insurance payments in the ordinary course of business and proposed order including research of related caselaw | 2.00 | | 650.00 |
| 02/24/11 | KB | Meet and confer with Andres Nunez regarding case status and review creditor matrix | 0.30 | | 97.50 |
| 02/24/11 | TMM | Review documents, Bankruptcy Code and Bankruptcy Rules in connection with motion to extend time to file statements and schedules | 0.40 | | 66.00 |
| 02/24/11 | TMM | Draft motion to extend time to file statements and schedules | 1.30 | | 214.50 |
| 02/24/11 | TMM | Draft proposed order to extend Debtor's time to file | 0.30 | | 49.50 |

059611    M. Slavin & Sons, Ltd.                              Invoice # 81332          Page    21
                          statements and schedules

| 02/24/11 | TMM | Review and revise motion and order to extend time to file schedules and statements | 0.60 | 99.00 |
|----------|-----|-----|-----|-----|
| 02/25/11 | GRL | Prepare for and attend organizational meeting at United States Trustee office | 4.60 | 2,415.00 |
| 02/25/11 | GRL | Conference with Katina Brountzas and Robert D. Nosek regarding same | 0.20 | 105.00 |
| 02/25/11 | RDN | Correspond and telephone call with Elisabetta Gasparini regarding comments to motion to extend time for Debtor to file schedules | 0.30 | 118.50 |
| 02/25/11 | RDN | Correspond with Richard P Schweitzer and Craig M. Cibak, counsel to Fleming Trucks, regarding return of trucks and resolution of truck lease for Virginia operations | 0.30 | 118.50 |
| 02/25/11 | RDN | Draft list of service parties by e-mail | 0.20 | 79.00 |
| 02/25/11 | RDN | Review and revise motion to extend Debtor's time to file schedules (.6); draft notice of presentment of order (.2); revise and finalize documents for filing and service (.3) | 1.10 | 434.50 |
| 02/25/11 | RDN | Confer with Katina Brountzas regarding service list and electronic service list | 0.20 | 79.00 |
| 02/25/11 | RDN | Correspond with Katina Brountzas regarding motion to extend schedules and form of motions | 0.30 | 118.50 |
| 02/25/11 | RDN | Confer with Katina Brountzas regarding Notice of Presentment for Motion to Extend time to file Schedules | 0.20 | 79.00 |
| 02/25/11 | RDN | Conference with Gerard R. Luckman regarding committee formation and selection of Klestadt & Winters as counsel (.3); correspond with Fred Stevens regarding same (.1) | 0.40 | 158.00 |
| 02/25/11 | RDN | Conference with Terrence M. McKelvey regarding comments to motion to extend time to file schedules | 0.20 | 79.00 |
| 02/25/11 | RDN | Review correspondence from John Lavin regarding updated addresses for creditors (.1); confer with Andres Nunez regarding updating schedules | 0.20 | 79.00 |
| 02/25/11 | RDN | Telephone conference with Cindy Slavin and John Lavin regarding Amex holding Debtor's money, utilities issues, health care policy payments, and union dues | 0.60 | 237.00 |
| 02/25/11 | AN | Review Notice of 341(a) Meeting of Creditors | 0.10 | 17.50 |
| 02/25/11 | AN | Review email from Robert D. Nosek enclosing addresses for list of vendors in preparation of petition schedules (.1); review list of addresses and revise schedules in Best Case (.4) | 0.50 | 87.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 22 |
|---|---|---|---|---|---|

| Date | Code | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 02/25/11 | CAGR | E File Debtor's Motion Pursuant to Bankruptcy Rule 1007 for an Extension of Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs together with Proposed Order | 0.10 | | 9.50 |
| 02/25/11 | KB | Confer with Robert D. Nosek regarding service list and electronic service list (.2); confer with Andres Nunez regarding outstanding motions (.2); review several emails from Robert D. Nosek regarding motion to extend schedules and form of motions (.3); Confer with Robert D. Nosek regarding Notice of Presentment for Motion to Extend time to file Schedules (.2) confer with Gerard R. Luckman regarding status of pending motions (.2); confer with Gerard R. Luckman regarding committee appointment (.3); participate in conference call with S.Southard, counsel to the Committee with Gerard R. Luckman regarding document inspection and 503(b)(9) claims (.3); review docket for Filed Committee pleadings and NOA (.2) | 1.90 | | 617.50 |
| 02/25/11 | TMM | Revise motion to extend time to file schedules per Robert D. Nosek's comments | 0.50 | | 82.50 |
| 02/25/11 | TMM | Further revise motion to extend time to file Debtor's statements and schedules per Gerard R. Luckman's comments | 0.20 | | 33.00 |
| 02/28/11 | GRL | Review correspondence from Gary Herwitz regarding conference call | 0.10 | | 52.50 |
| 02/28/11 | GRL | Draft correspondence to Gary Herwitz regarding conference call | 0.10 | | 52.50 |
| 02/28/11 | GRL | Review correspondence from Yufete regarding sales figures | 0.10 | | 52.50 |
| 02/28/11 | GRL | Review correspondence from Gary Herwitz regarding agenda for a call | 0.10 | | 52.50 |
| 02/28/11 | GRL | Review correspondence from Robert D. Nosek responding to same | 0.10 | | 52.50 |
| 02/28/11 | GRL | Review correspondence from Gary Herwitz regarding committee list | 0.10 | | 52.50 |
| 02/28/11 | GRL | Review correspondence from Christiana Chu regarding title report | 0.10 | | 52.50 |
| 02/28/11 | GRL | Review correspondence from Sean Southard regarding meeting with management | 0.10 | | 52.50 |
| 02/28/11 | GRL | Review correspondence from Kenneth P. Silverman regarding calls with Cometrics | 0.10 | | 52.50 |
| 02/28/11 | GRL | Telephone call from Kenneth P. Silverman regarding same | 0.10 | | 52.50 |