| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 23 |
|---|---|---|---|---|---|
| 02/28/11 | GRL | Telephone call to Kenneth P. Silverman regarding conference call | 0.10 | | 52.50 |
| 02/28/11 | GRL | Review correspondence from Elisabetta Gasparini regarding docket items | 0.10 | | 52.50 |
| 02/28/11 | KPS | Telephone call from Gary Herwitz regarding case administration issues; retention of Cometrics; restructure of office management; Point Judith Single Member LLC; completion of balance of schedules; Jack Slavin resignation; South Street litigation and cash collateral hearing | 0.50 | | 312.50 |
| 02/28/11 | KPS | Memorandum to Gerard R. Luckman regarding Gary Herwitz conference call | 0.20 | | 125.00 |
| 02/28/11 | RDN | Confer with Katina Brountzas and Andres Nunez regarding motion to extend time to file schedules; amendments to motion and calendar updates for same | 0.20 | | 79.00 |
| 02/28/11 | RDN | Review file and draft email service list | 0.30 | | 118.50 |
| 02/28/11 | RDN | Correspond with Sean Southard regarding production of Capital One loan documents | 0.20 | | 79.00 |
| 02/28/11 | RDN | Confer with Gerard R. Luckman regarding production of Capital One loan documents | 0.20 | | 79.00 |
| 02/28/11 | RDN | Conference with Andres Nunez regarding creditors committee | 0.20 | | 79.00 |
| 02/28/11 | RDN | Review correspondence from Elisabetta Gasparini regarding missing filings | 0.10 | | 39.50 |
| 02/28/11 | RDN | Review file and loan documents produced by lender's counsel for turnover to creditors' committee | 0.30 | | 118.50 |
| 02/28/11 | AN | Prepare Working Group Contact List | 0.50 | | 87.50 |
| 02/28/11 | AN | Confer with Robert D. Nosek and Katina Brountzas regarding motion to extend time to file schedules; amendments to motion and calendar updates for same | 0.20 | | 35.00 |
| 02/28/11 | AN | Review Appointment of Official Creditors' Committee | 0.10 | | 17.50 |
| 02/28/11 | AN | Update Working Group List for Official Creditors' Committee | 0.20 | | 35.00 |
| 02/28/11 | AN | Review Notice of Appearance filed on behalf of New Fulton Fish Market Cooperative at Hunts Point, Inc | 0.10 | | 17.50 |
| 02/28/11 | AN | Review email correspondence from Robert D. Nosek regarding Official Committee of Unsecured Creditors (.1); review Working Group List for same (.1); confer with Katina Brountzas regarding counsel for Committee (.1); draft email correspondence to John Lavin and Gary Hurwitz enclosing information on Committee and Committees' counsel (.1) | 0.40 | | 70.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page 24 |
|---|---|---|---|---|
| 02/28/11 | AN | Update Working Group List for New Fulton Fish Market Cooperative at Hunts Point, Inc Notice of Appearance | 0.10 | 17.50 |
| 02/28/11 | KB | Confer with Andres Nunez/Robert D. Nosek regarding motion to extend time to file schedules; amendments to motion and calendar updates for same | 0.20 | 65.00 |
| 02/28/11 | KB | Review emails and NOA and prepare service list | 1.20 | No Charge |
| 02/28/11 | TMM | Review docket regarding current cases status | 0.30 | 49.50 |
| 03/01/11 | GRL | Review correspondence from Sean Southard regarding document demand | 0.10 | 52.50 |
| 03/01/11 | GRL | Telephone call to Robert D. Nosek regarding meeting with the committee | 0.10 | 52.50 |
| 03/01/11 | GRL | Conference with Kenneth P. Silverman regarding same | 0.10 | 52.50 |
| 03/01/11 | GRL | Telephone call from United States Trustee regarding IDI on 3/4/11 | 0.10 | 52.50 |
| 03/01/11 | GRL | Review correspondence from Mitchell Slavin regarding lease of vehicles | 0.10 | 52.50 |
| 03/01/11 | GRL | Review correspondence from Kenneth P. Silverman regarding same | 0.10 | 52.50 |
| 03/01/11 | GRL | Review correspondence from Robert D. Nosek to Mitchell Slavin regarding amounts owed Union Welfare Fund | 0.10 | 52.50 |
| 03/01/11 | GRL | Review correspondence from Robert D. Nosek regarding discrepancy in what is owed | 0.10 | 52.50 |
| 03/01/11 | GRL | Review correspondence from Kenneth P. Silverman regarding weekly status memo | 0.10 | 52.50 |
| 03/01/11 | GRL | Draft correspondence to Kenneth P. Silverman regarding same | 0.10 | 52.50 |
| 03/01/11 | GRL | Review correspondence from John Lavin regarding payments are current | 0.10 | 52.50 |
| 03/01/11 | RDN | Draft service list | 0.30 | 118.50 |
| 03/01/11 | RDN | Correspond with Thomas Szaniawski regarding document productions to the Committee | 0.20 | 79.00 |
| 03/01/11 | KB | Review reclamation claim received and confer with Robert D. Nosek  to discuss effectiveness of 503(b)(9) procedures | 0.20 | 65.00 |
| 03/01/11 | KB | Review and update Creditor Contact lists | 0.20 | 65.00 |
| 03/02/11 | GRL | Review correspondence from John Segretto regarding IDI | 0.10 | 52.50 |
| 03/02/11 | GRL | Draft correspondence to John Lavin regarding same | 0.10 | 52.50 |
| 03/02/11 | GRL | Review correspondence from General Capital | 0.20 | 105.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 25 |
|---|---|---|---|---|---|
| | | Partners regarding retention to sell business | | | |
| 03/02/11 | GRL | Review correspondence from Robert D. Nosek to Gary Herwitz regarding DIP accounts | 0.10 | | 52.50 |
| 03/02/11 | GRL | Review correspondence from Robert D. Nosek to Gary Herwitz regarding IDI and 341 meeting | 0.10 | | 52.50 |
| 03/02/11 | GRL | Review correspondence from Gary Herwitz to Robert D. Nosek regarding establishing accounts | 0.10 | | 52.50 |
| 03/02/11 | GRL | Review correspondence from Sean Southard regarding document request | 0.10 | | 52.50 |
| 03/02/11 | RDN | Draft correspondence to Gary Herwitz, John Lavin and Mitchell Slavin regarding preparation for initial debtor interview and cash collateral hearing | 0.30 | | 118.50 |
| 03/02/11 | RDN | Correspond with Gary Herwitz and John Lavin regarding switching DIP accounts to Chase and related issues | 0.30 | | 118.50 |
| 03/02/11 | RDN | telephone call with John Lavin regarding information for schedules and operating issues | 0.30 | | 118.50 |
| 03/02/11 | RDN | Review correspondence from Cindy Slavin Clayton regarding paying February 2011 forward on Union Fund | 0.10 | | 39.50 |
| 03/02/11 | RDN | Review and revise amended motion to extend time to file schedules | 0.40 | | 158.00 |
| 03/02/11 | RDN | Review correspondence from Mitchell Slavin and discuss AA Trucking with Gerard R. Luckman | 0.20 | | 79.00 |
| 03/02/11 | AN | Confer with Robert D. Nosek regarding leases and contracts received from Debtor; review file for same | 0.30 | | 52.50 |
| 03/02/11 | CDA | Preparation of Certificate of Service on behalf of RDN for Notice of Presentment, Debtor's Amended Motion Pursuant to Bankruptcy Rule 1007 for an Extension of Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and proposed Order upon 9 parties (.4). Electronic filing of said Notice of Presentment, Amended Motion, proposed Order and Certificate of Service (.2).  Copy proposed Order to disk to send to Court; preparation of draft of correspondence to Court enclosing courtesy copies to be hand-delivered on 3/3 (.2) | 0.80 | | 76.00 |
| 03/02/11 | KB | Review docket for Notice of appearances (.1); confer with Andres Nunez  regarding motion to extend time to file schedules (.1); review email from Cometrics regarding retention and confer with Robert D. Nosek on the same (.3); calls to and from the UST regarding the IDI (.4) | 0.90 | | 292.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 26 |
|--------|-------------|------|------|------|------|
| 03/03/11 | GRL | Telephone call from Mitch Slavin regarding restructuring options | 0.80 | | 420.00 |
| 03/03/11 | GRL | Review weekly memorandum report | 0.30 | | 157.50 |
| 03/03/11 | GRL | Conference call with CoMetrics and the Debtor, regarding  flash report and operations | 1.00 | | 525.00 |
| 03/03/11 | GRL | Review correspondence from Elisabetta Gasparini regarding open items from schedules | 0.10 | | 52.50 |
| 03/03/11 | GRL | Review correspondence from Robert D. Nosek responding to same | 0.10 | | 52.50 |
| 03/03/11 | GRL | Review correspondence from Sean Southard regarding bringing documents to his office | 0.10 | | 52.50 |
| 03/03/11 | GRL | Review correspondence from Robert D. Nosek regarding criminal matter for sale of protected species | 0.10 | | 52.50 |
| 03/03/11 | RDN | Telephone call regarding utilities issues with John Lavin including being advised that Debtor alerted all utilities of filing and setting up DIP accounts | 0.30 | | 118.50 |
| 03/03/11 | RDN | Conference call regarding preparation for initial debtor interview and related issues | 0.40 | | 158.00 |
| 03/03/11 | RDN | Correspond with Elisabetta Gasparini regarding missing first day filings and status of filing same | 0.20 | | 79.00 |
| 03/03/11 | RDN | Draft certification of resolution authorizing filing (.3); correspondence to John Lavin regarding same (.1) | 0.40 | | 158.00 |
| 03/03/11 | RDN | Correspondence to Elisabetta Gasparini regarding additional filings re: corporate ownership, equity security holders and corporate resolution | 0.10 | | 39.50 |
| 03/03/11 | RDN | Review and revise affidavit of service of motion to extend time to file schedules | 0.10 | | 39.50 |
| 03/03/11 | AN | Confer with Robert D. Nosek regarding filing of Corporate Ownership Statement, List of Equity Members and Corporate Resolution | 0.20 | | 35.00 |
| 03/03/11 | AN | Review email correspondence from Robert D. Nosek enclosing executed List of Equity Members and Corporate Resolution | 0.20 | | 35.00 |
| 03/03/11 | AN | Prepare and ECF Corporate Ownership Statement, List of Equity Members and Corporate Resolution | 0.30 | | 52.50 |
| 03/03/11 | AN | Draft email correspondence to Robert D. Nosek enclosing List of Equity Security Holders, Corporate Ownership Statement and Corporate Resolution | 0.20 | | 35.00 |
| 03/03/11 | AN | Draft letter to Chambers enclosing Notice of Adjournment of Hearings scheduled for 3/4/11 | 0.20 | | 35.00 |
| 03/03/11 | AN | Finalize letter to Chambers enclosing Notice of Adjournment of Hearings scheduled for 3/4/11 | 0.10 | | 17.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 27 |
|--------|------------------------|--------------------------------|------|------|------|
| 03/03/11 | AN | Review Due Diligence Information Document Request | 0.10 | | 17.50 |
| 03/03/11 | AN | Review file for documents in connection with Due Diligence Information Document Request | 1.00 | | 175.00 |
| 03/03/11 | AN | Review returned mail of section 341 meeting of creditors notice | 0.20 | | 35.00 |
| 03/03/11 | AN | Prepare and ECF Notice of Adjournment of Hearings scheduled for 3/4/11 to 3/15/11 | 0.20 | | 35.00 |
| 03/03/11 | AN | Confer with Robert D. Nosek regarding addresses for Herbert and Barry Slavin; draft email correspondence to Peter Marullo enclosing same | 0.20 | | 35.00 |
| 03/03/11 | KB | Confer with Gerard R. Luckman  and Robert D. Nosek  regarding adjournment of hearings (.2); confer with Court regarding same (.2); draft notice of adjournment (.2); further revise notice based on revisions proposed by Gerard R. Luckman (.1); direct filing of notice of adjournment and service (.1) | 0.80 | | 260.00 |
| 03/03/11 | KB | Participate in conference call to the UST regarding adjournment | 0.20 | | 65.00 |
| 03/03/11 | KB | Meet and confer with Gina Maria Damoulis regarding creditor matrix and preparation for distribution list | 0.50 | | 162.50 |
| 03/03/11 | KB | Conference with Gerard R. Luckman  regarding status and use of cash collateral | 0.50 | | 162.50 |
| 03/03/11 | KB | Further review corporate documents regarding the debtor case | 0.50 | | 162.50 |
| 03/03/11 | KB | Participate in conference call with principals of the debtor to discuss legal strategy | 0.80 | | 260.00 |
| 03/04/11 | GRL | Telephone call from Gary Herwitz regarding meeting with the Slavins and restructuring | 0.30 | | 157.50 |
| 03/04/11 | GRL | Review correspondence from Gary Herwitz regarding document request | 0.10 | | 52.50 |
| 03/04/11 | GRL | Review correspondence from Robert D. Nosek regarding call from General Capital regarding NDA | 0.10 | | 52.50 |
| 03/04/11 | GRL | Review correspondence from Yosefe regarding cash reconciliation | 0.10 | | 52.50 |
| 03/04/11 | GRL | Review correspondence from Gary Herwitz regarding same | 0.10 | | 52.50 |
| 03/04/11 | GRL | Review correspondence from Sean Southard regarding document request update | 0.10 | | 52.50 |
| 03/04/11 | GRL | Review correspondence from Robert D. Nosek to Sean Southard regarding document request | 0.10 | | 52.50 |
| 03/04/11 | GRL | Review correspondence from Robert D. Nosek to Gary Herwitz regarding same | 0.10 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 28 |
|--------|------------|-------------------------------------------------------|-------|------|--------|

| 03/04/11 | GRL | Review correspondence from Katina Brountzas to John Lavin regarding filing schedules | 0.10 | 52.50 |
| 03/04/11 | KPS | Conference with Gerard R. Luckman regarding case strategy and protocol issues | 0.20 | 125.00 |
| 03/04/11 | KB | Confer with Robert D. Nosek regarding case status (.3); draft email to Lavin regarding order extending time to file schedules (.2) | 0.50 | 162.50 |
| 03/04/11 | KB | Review order entered by court and circulate to Slavin attorney and schedule on firm calendar | 0.30 | 97.50 |
| 03/04/11 | KB | Review and assist with preparation of schedules | 1.50 | 487.50 |
| 03/07/11 | GRL | Telephone call to Robert D. Nosek regarding Crain's article | 0.10 | 52.50 |
| 03/07/11 | GRL | Review correspondence from Robert D. Nosek regarding same | 0.10 | 52.50 |
| 03/07/11 | RDN | Review correspondence from Gary Herwitz and Sean Southard regarding Committee financial advisors' access to Debtor's books and records | 0.20 | 79.00 |
| 03/07/11 | RDN | Telephone call with Trini regarding ConEd security deposits | 0.20 | 79.00 |
| 03/07/11 | RDN | Telephone call with Sean Southard regarding open issues, including retentions, and Debtor's production of documents and information to the Committee | 0.30 | 118.50 |
| 03/07/11 | RDN | Telephone call with Jill at Great Oceans regarding use of cash collateral and paying vendors (.2); correspondence to same regarding same (.1) | 0.20 | 79.00 |
| 03/07/11 | AN | Review United States Trustee Checklist for Debtor-In -Possession; scan same and draft email correspondence to John Lavin enclosing same | 0.20 | 35.00 |
| 03/07/11 | AN | Prepare Affidavit of Service for Notice of Adjournment | 0.25 | 43.75 |
| 03/07/11 | AN | Review Order Granting Motion to Extend Time to File Schedules; update firm calendar for same | 0.20 | 35.00 |
| 03/07/11 | AN | Draft letter to Chambers enclosing Affidavit of Service of Notice of Adjournment | 0.20 | 35.00 |
| 03/07/11 | AN | Finalize letter to Chambers enclosing Affidavit of Service of Notice of Adjournment | 0.10 | 17.50 |
| 03/07/11 | KB | Emails to and from United States Trustee regarding retention of SA | 0.40 | 130.00 |
| 03/08/11 | RDN | Telephone calls with John Lavin regarding schedules' information and related issues | 0.40 | 158.00 |
| 03/08/11 | RDN | Correspond with Gary Herwitz regarding Harlan Lazarus being counsel to insiders on Union Fund action, and requesting comments to CoMetrics' retention documents | 0.20 | 79.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 29 |
|---|---|---|---|---|---|
| 03/08/11 | RDN | Correspond with John Lavin regarding information for schedules | 0.20 | | 79.00 |
| 03/08/11 | RDN | Telephone calls to multiple departments at ConEdison regarding DIP accounts and security deposits (.4); correspond with John Lavin regarding same (.2); conference with Gerard R. Luckman regarding updating status of utilities issues (.1) | 0.70 | | 276.50 |
| 03/08/11 | AN | Review email correspondence from Robert D. Nosek enclosing Virginia Lease; print and update document request chart | 0.20 | | 35.00 |
| 03/08/11 | AN | Draft Notice of Presentment for Cometrics retention application | 0.30 | | 52.50 |
| 03/08/11 | AN | Draft Notice of Presentment for David R Maltz and Co retention application | 0.30 | | 52.50 |
| 03/08/11 | KB | Review and confer with Andres Nunez regarding schedules | 0.50 | | 162.50 |
| 03/08/11 | KB | Review and revise service list and assist with preparation of filing | 0.20 | | 65.00 |
| 03/08/11 | TMM | Review docket and emails regarding case status | 0.20 | | 33.00 |
| 03/09/11 | GRL | Review correspondence from Mitch Slavin regarding Comdata agreement | 0.10 | | 52.50 |
| 03/09/11 | GRL | Draft correspondence to Robert D. Nosek regarding utilities motion | 0.10 | | 52.50 |
| 03/09/11 | GRL | Review correspondence from Robert D. Nosek responding to utilities motion | 0.10 | | 52.50 |
| 03/09/11 | GRL | Review correspondence from Gary Herwitz regarding status | 0.20 | | 105.00 |
| 03/09/11 | GRL | Review correspondence from Mitchell Slavin regarding return of trucks | 0.10 | | 52.50 |
| 03/09/11 | RDN | Conference with Gerard R. Luckman regarding utilities issues | 0.20 | | 79.00 |
| 03/09/11 | RDN | Telephone calls with John Lavin regarding open issues, including status of schedules and retention issues | 0.30 | | 118.50 |
| 03/09/11 | RDN | Correspond with Gerard R. Luckman regarding utilities issues | 0.20 | | 79.00 |
| 03/09/11 | RDN | Review revised drafts of schedules and statement of financial affairs | 0.50 | | 197.50 |
| 03/09/11 | RDN | Conference with Kenneth P. Silverman regarding status of open issues, including CoMetrics' issues, motion practice, and related issues | 0.20 | | 79.00 |
| 03/09/11 | RDN | Review correspondence between Gary Herwitz and Gerard R. Luckman regarding Slavin questions and | 0.30 | | 118.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 30 |
|---|---|---|---|---|---|
| | | counsel responses concerning open case issues | | | |
| 03/09/11 | JSK | Review correspondence from Harlan Lazarus regarding loan documents; confer with Robert D. Nosek regarding same; Draft correspondence to Harlan | 0.20 | | 57.00 |
| 03/09/11 | AN | Telephone call to Clerk of the Court regarding Corporate Ownership Statement | 0.10 | | 17.50 |
| 03/09/11 | AN | Review email correspondence from Harlan M Lazarus regarding loan documents; draft email correspondence to Robert D. Nosek regarding same | 0.20 | | 35.00 |
| 03/09/11 | AN | Telephone call from Clerk of the Court regarding Corporate Ownership Statement | 0.10 | | 17.50 |
| 03/09/11 | AN | Draft email correspondence to Katina Brountzas enclosing Westlaw keycites | 0.10 | | 17.50 |
| 03/09/11 | AN | Confer with Robert D. Nosek regarding Debtor's Schedules and motion for claims bar date | 0.20 | | 35.00 |
| 03/09/11 | AN | PDF petition and schedules (.2); draft email correspondence to John Lavin at Cometrics enclosing same (.1) | 0.30 | | 52.50 |
| 03/09/11 | AN | Confer with Robert D. Nosek regarding claims bar date motion | 0.10 | | 17.50 |
| 03/09/11 | AN | Confer with Katina Brountzas regarding claims bar date motion | 0.10 | | 17.50 |
| 03/09/11 | AN | Research in Westlaw for case citations | 0.30 | | 52.50 |
| 03/09/11 | AN | Draft Notice of Hearing on Debtor's Application to Employ SilvermanAcampora LLP | 0.30 | | 52.50 |
| 03/10/11 | GRL | Telephone call from Mitchell Slavin regarding open issues | 0.10 | | 52.50 |
| 03/10/11 | GRL | Draft correspondence to Mitchell Slavin responding to same | 0.10 | | 52.50 |
| 03/10/11 | GRL | Review correspondence from Mitchell Slavin to Gary Herwitz regarding Stanley's attorney | 0.10 | | 52.50 |
| 03/10/11 | GRL | Review correspondence from Elisabetta Gasparini regarding call to discuss | 0.10 | | 52.50 |
| 03/10/11 | GRL | Review correspondence from Mitch Slavin regarding collections from customers | 0.10 | | 52.50 |
| 03/10/11 | GRL | Review correspondence from Robert D. Nosek to Mitchell regarding AA Trucking issues | 0.10 | | 52.50 |
| 03/10/11 | GRL | Review correspondence from Yofete regarding book balance | 0.10 | | 52.50 |
| 03/10/11 | RDN | Conferences with Gerard R. Luckman regarding status of open issues, including schedules finalization, Comdata, AA Trucking, and related | 0.30 | | 118.50 |

059611    M. Slavin & Sons, Ltd.                                    Invoice # 81332        Page    31
                                issues

| 03/10/11 | RDN | Review correspondence from Gerard R. Luckman and Mitchell Slavin regarding open issues, including Comdata, and payment of accounts, and AA Trucking | 0.30 | 118.50 |
|---|---|---|---|---|
| 03/10/11 | AN | Confer with Katina Brountzas regarding revisions to Notice of Presentment for David R Maltz and Co Inc retention application | 0.10 | 17.50 |
| 03/10/11 | AN | Revise Notice of Presentment of David R Maltz and Co Inc retention application | 0.10 | 17.50 |
| 03/10/11 | GMD | E-filed Notice of Presentment, proposed Order, Application and Affidavit of Richard B. Maltz authorizing retention of David R. Maltz & Co., Inc.; e-filed Affidavit of Service regarding same | 0.50 | 47.50 |
| 03/11/11 | RDN | Correspond with Gary Herwitz regarding additional information for schedules | 0.30 | 118.50 |
| 03/11/11 | RDN | Telephone calls with John Lavin regarding revised information for schedules and statement of financial affairs | 0.40 | 158.00 |
| 03/11/11 | RDN | Review revised information for schedules and statement of financial affairs from CoMetrics (.4); conference with Andres Nunez regarding revising same (.1) | 0.50 | 197.50 |
| 03/11/11 | RDN | Confer with Andres Nunez regarding amendments to petition schedules and Statement of Financial Affairs | 0.20 | 79.00 |
| 03/11/11 | AN | Finalize letter to Elisabetta Gasparini at United States Trustee enclosing David Maltz and Co Inc retention application | 0.10 | 17.50 |
| 03/11/11 | AN | Confer with Robert D. Nosek regarding changes to schedules and statement of financial affairs | 0.10 | 17.50 |
| 03/11/11 | AN | Confer with Robert D. Nosek regarding amendments to petition schedules and Statement of Financial Affairs | 0.20 | 35.00 |
| 03/11/11 | AN | Review email correspondence from John Lavin at Cometrics regarding amendments to petition schedules and Statement of Financial Affairs | 0.10 | 17.50 |
| 03/11/11 | AN | Confer with Katina Brountzas regarding upcoming deadlines | 0.20 | 35.00 |
| 03/11/11 | AN | Update firm calendar for upcoming deadlines | 0.20 | 35.00 |
| 03/11/11 | AN | Confer with Katina Brountzas regarding corporate entities owned by Debtor in preparation of petition schedules | 0.20 | 35.00 |
| 03/11/11 | AN | Review changes for petition schedules and Statement of Financial Affairs (.30); revise petition schedules and Statement of Financial Affairs (.5) | 0.80 | 140.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 32 |
|---|---|---|---|---|---|

| 03/11/11 | KB | Confer with Andres Nunez  and Robert D. Nosek regarding assets and schedule of liabilities | 0.30 | 97.50 |
|---|---|---|---|---|
| 03/11/11 | KB | Confer with Gerard R. Luckman  regarding case status (.1); call to court regarding status of calendar of matters for hearings on Tuesday (.2); call from Court regarding same and confer with Gerard R. Luckman (.3) | 0.60 | 195.00 |
| 03/11/11 | KB | Review objection of Committee and confer with Gerard R. Luckman  regarding Order for approval of Cash Collateral | 0.40 | 130.00 |
| 03/11/11 | KB | Review emails from United States Trustee regarding proposed order for SA retention (.1), further revise(1.), respond to UST (.1) and direct mailing (.1) | 0.40 | 130.00 |
| 03/12/11 | RDN | Review correspondence from Sean Southard regarding wage payments to employees (.1); review correspondence from Gary Herwitz regarding terminated employees and wage claim payments under the interim wage order (.1) | 0.20 | 79.00 |
| 03/12/11 | AN | Review current open item report in preparation for revisions to petition schedules | 0.60 | 105.00 |
| 03/12/11 | AN | Review vendor contact list for creditors to be added to petition (.5); revise petition schedules to add creditors (1.0) | 1.50 | 262.50 |
| 03/13/11 | AN | Revise petition schedule debt amounts from account payable open item report | 1.00 | 175.00 |
| 03/13/11 | AN | Remove creditors from draft petition schedules not listed on current account payable open item report | 0.50 | 87.50 |
| 03/13/11 | AN | Revise petition schedules for corporate ownership interest in entities and real property | 0.50 | 87.50 |
| 03/13/11 | AN | Review PACER Docket for motions scheduled for March 15, 2011 Hearings | 0.20 | 35.00 |
| 03/13/11 | AN | Draft Notice of Agenda for Hearings on March 15, 2011 | 0.30 | 52.50 |
| 03/14/11 | GRL | Review correspondence from Robert D. Nosek to CoMetrics regarding property ownership | 0.10 | 52.50 |
| 03/14/11 | GRL | Review correspondence from Gary Herwitz regarding same | 0.10 | 52.50 |
| 03/14/11 | GRL | Review correspondence from Elisabetta regarding form of wage order | 0.10 | 52.50 |
| 03/14/11 | GRL | Review correspondence from Elizabetta Gasparini regarding revised wage order | 0.10 | 52.50 |
| 03/14/11 | GRL | Review correspondence from Katina Brountzas regarding same | 0.10 | 52.50 |
| 03/14/11 | GRL | Review and revised wage order | 0.10 | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 33 |
|---|---|---|---|---|---|
| 03/14/11 | GRL | Telephone call from Sean Kirk regarding Comdata agreements | 0.10 | | 52.50 |
| 03/14/11 | GRL | Review correspondence from Sean Kirk regarding form of assumption agreement | 0.10 | | 52.50 |
| 03/14/11 | GRL | Draft correspondence to Katina Brountzas regarding same | 0.10 | | 52.50 |
| 03/14/11 | KPS | Conference with Gerard R. Luckman regarding preparation for section 341 meeting at Broad Street; production of documents | 0.20 | | 125.00 |
| 03/14/11 | RDN | Conferences with Andres Nunez regarding further revisions to schedules | 0.20 | | 79.00 |
| 03/14/11 | RDN | Correspond with Sean Southard regarding wage motion | 0.20 | | 79.00 |
| 03/14/11 | RDN | Telephone call with Jill at Great Oceans regarding use of cash collateral | 0.20 | | 79.00 |
| 03/14/11 | RDN | Telephone call with Gary Herwitz regarding co-op units forbearance agreement, and rent and maintenance payments, and additional information for schedules | 0.20 | | 79.00 |
| 03/14/11 | RDN | Review correspondence from Christina Chiu regarding additional information for schedules and statement of financial affairs | 0.50 | | 197.50 |
| 03/14/11 | RDN | Review correspondence from John Lavin and Andres Nunez regarding final information to complete schedules and statement of financial affairs | 0.50 | | 197.50 |
| 03/14/11 | RDN | Review correspondence from Gary Herwitz regarding additional information for schedules | 0.20 | | 79.00 |
| 03/14/11 | RDN | Review Gary Herwitz proposed changes to schedules | 0.30 | | 118.50 |
| 03/14/11 | AN | Draft email correspondence to Robert D. Nosek enclosing revised petition schedules | 0.10 | | 17.50 |
| 03/14/11 | AN | Confer with Katina Brountzas regarding Notice of Agenda for Hearings scheduled for 3/15/11 | 0.20 | | 35.00 |
| 03/14/11 | AN | Revise Notice of Agenda for Hearings scheduled for 3/15/11 | 0.20 | | 35.00 |
| 03/14/11 | AN | Confer with Robert D. Nosek regarding changes to petition schedules | 0.20 | | 35.00 |
| 03/14/11 | AN | Confer with Robert D. Nosek regarding Debtor's petition; draft email correspondence to John Lavin and Gary Herwitz enclosing draft petition | 0.20 | | 35.00 |
| 03/14/11 | AN | Further revise petition schedule F for creditor addresses | 0.40 | | 70.00 |
| 03/14/11 | AN | Draft email correspondence to Robert D. Nosek regarding addresses need to complete schedules | 0.20 | | 35.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 34 |
|---|---|---|---|---|---|
| 03/14/11 | AN | Review email correspondence from Robert D. Nosek enclosing revisions for petition schedules | 0.10 | | 17.50 |
| 03/14/11 | AN | Review revisions from Jordan Czeizler at Cometrics to Debtor's petition schedules | 0.20 | | 35.00 |
| 03/14/11 | AN | Revise Debtor's petition schedules | 0.50 | | 87.50 |
| 03/14/11 | AN | Confer with Robert D. Nosek regarding further revisions to petition schedules | 0.20 | | 35.00 |
| 03/14/11 | AN | Draft email correspondence to John Lavin enclosing revised petition and amended 20 largest | 0.20 | | 35.00 |
| 03/14/11 | AN | Review email correspondence from John Lavin enclosing revisions to Schedule B | 0.10 | | 17.50 |
| 03/14/11 | AN | Revise Schedule B of petition | 0.20 | | 35.00 |
| 03/14/11 | AN | Review email correspondence from John Lavin enclosing addresses for vendors | 0.10 | | 17.50 |
| 03/14/11 | AN | Revise Schedule F for addresses for creditors | 0.30 | | 52.50 |
| 03/14/11 | AN | Confer with Robert D. Nosek regarding United States Trustee Checklist; review file for same | 0.20 | | 35.00 |
| 03/14/11 | AN | Review email correspondence from John Lavin enclosing signature pages for petition and Statement of Financial Affairs | 0.10 | | 17.50 |
| 03/14/11 | AN | Review email correspondence from Christina Chiu enclosing revisions for Schedule G of Debtor's petition | 0.10 | | 17.50 |
| 03/14/11 | AN | Review list of Debtor's claims against customers (.1); revise petition for same (.2) | 0.30 | | 52.50 |
| 03/14/11 | AN | Review list of insider payments | 0.10 | | 17.50 |
| 03/14/11 | AN | Review email from John Lavin enclosing revisions for petition schedule B (.1); revise petition schedule B (.1) | 0.20 | | 35.00 |
| 03/14/11 | AN | Draft email correspondence to Robert D. Nosek regarding additional information for petition schedules | 0.10 | | 17.50 |
| 03/14/11 | AN | Review email correspondence from Christina Chui regarding revisions for petition schedule F ( .1); revise petition schedule F (.1) | 0.20 | | 35.00 |
| 03/14/11 | AN | Draft email correspondence to John Lavin enclosing United States Trustee Checklist and letter scheduling Initial Debtor Interview | 0.20 | | 35.00 |
| 03/14/11 | AN | Confer with Robert D. Nosek regarding signature pages for petition schedules (.1); draft email correspondence to John Lavin regarding signature pages for petition schedules and Statement of Financial Affairs (.15) | 0.30 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 35 |
|---|---|---|---|---|---|
| 03/14/11 | AN | Revise Schedule G of draft petition | 0.30 | | 52.50 |
| 03/14/11 | AN | Prepare email list for service of Notice of Agenda of Matters Scheduled for Hearing on Tuesday, March 15, 2011 at 9:45 am; draft email enclosing same | 0.30 | | 52.50 |
| 03/14/11 | KB | Review email from Strickland regarding hearing agenda (.1); review docket (.1); confer with Gerard R. Luckman  and Andres Nunez on agenda (.2); review response from Strickland on same (.2) | 0.30 | | 97.50 |
| 03/14/11 | KB | Confer with Court regarding hearing scheduled for March 15 | 0.20 | | 65.00 |
| 03/14/11 | KB | Email to Gerard R. Luckman  regarding call with Court | 0.10 | | 32.50 |
| 03/14/11 | GMD | E-filed Notice of Agenda for matters scheduled March 15, 2011 at 9:45 a.m. | 0.10 | | 9.50 |
| 03/15/11 | GRL | Review correspondence from Mitch Slavin regarding assumption of gas card agreement | 0.10 | | 52.50 |
| 03/15/11 | GRL | Review correspondence from Mitch Slavin regarding resignation of Jack | 0.10 | | 52.50 |
| 03/15/11 | GRL | Draft correspondence to Mitch Slavin responding to same | 0.10 | | 52.50 |
| 03/15/11 | GRL | Telephone call from Jerry DiConza regarding next payment | 0.10 | | 52.50 |
| 03/15/11 | RDN | Final review of schedules and statement of financial affairs before filing of same | 0.50 | | 197.50 |
| 03/15/11 | RDN | Review correspondence from Gary Herwitz regarding filed schedules and CoMetrics' retention pleadings | 0.10 | | 39.50 |
| 03/15/11 | AN | Draft email correspondence to Christina Chui regarding revisions for Schedule G | 0.20 | | 35.00 |
| 03/15/11 | AN | Revise Statement of Financial Affairs for lawsuits | 0.20 | | 35.00 |
| 03/15/11 | AN | Prepare and ECF Schedules, Amended 20 Largest and Creditor Matrix | 0.50 | | 87.50 |
| 03/15/11 | AN | Review returned mail of Notice of section 341 meeting | 0.20 | | 35.00 |
| 03/15/11 | AN | Review email correspondence from Gary Herwitz regarding filed petition schedules; draft email correspondence to Gary Herwitz enclosing same | 0.20 | | 35.00 |
| 03/16/11 | KPS | Conference with Robert D. Nosek regarding preparation for section 341 meeting of creditors | 0.20 | | 125.00 |
| 03/16/11 | RDN | Correspond with and telephone call with John Lavin regarding 341 meeting | 0.20 | | 79.00 |
| 03/17/11 | KPS | Telephone call from Herb Slavin regarding preparation for appearance of Section 341 meeting | 0.20 | | 125.00 |
| 03/17/11 | KPS | Conference with Robert D. Nosek regarding | 0.20 | | 125.00 |

059611   M.  Slavin & Sons, Ltd.                                Invoice # 81332        Page    36

|            |       |                                                                                                                              |        |          |
|------------|-------|------------------------------------------------------------------------------------------------------------------------------|--------|----------|
|            |       | preparation for Section 341 meeting and telephone call to Gary Herwitz regarding Herb Slavin's appearance at Section 341 meeting |        |          |
| 03/17/11   | KPS   | Conference with Robert D. Nosek regarding preparation and handling of Section 341 meeting                                     | 0.20   | 125.00   |
| 03/17/11   | KPS   | Telephone call from Elisabetta Gasparini regarding appearance at 341 meeting for Herb Slavin                                  | 0.20   | 125.00   |
| 03/17/11   | KPS   | Telephone call from Robert D. Nosek regarding aftermath of Section 341 meeting and production of documents and information concerning ownership of trusts and related issues | 0.20   | 125.00   |
| 03/17/11   | RDN   | Conference with Kenneth P. Silverman regarding 341 meeting, including telephone call with Gary Herwitz, regarding same (.1)   | 0.40   | 158.00   |
| 03/17/11   | RDN   | Prepare for and attend Debtor's 341 meeting of creditors                                                                      | 5.00   | 1,975.00 |
| 03/17/11   | RDN   | Review amended creditors' committee appointment notice                                                                        | 0.10   | 39.50    |
| 03/17/11   | AN    | Review file for documents in preparation of section 341 meeting                                                               | 0.50   | 87.50    |
| 03/17/11   | AN    | Review creditor matrix for removed creditors and creditors without addresses at time of filing                               | 0.40   | 70.00    |
| 03/17/11   | AN    | Telephone call to Clerk of the Court regarding amending Creditor Matrix for removed creditors and creditors without addresses | 0.10   | 17.50    |
| 03/17/11   | AN    | Confer with Katina Brountzas and Robert D. Nosek regarding revisions for Cometrics retention application                      | 0.20   | 35.00    |
| 03/17/11   | AN    | Revise Cometrics retention application, Declaration of Gary Herwitz and proposed order                                        | 0.20   | 35.00    |
| 03/17/11   | AN    | Draft email correspondence to Elisabetta Gasparini at United States Trustee Sean Southard and Notice of Appearance enclosing Amended 20 largest, creditor matrix and schedules | 0.30   | 52.50    |
| 03/17/11   | AN    | Draft email correspondence to John Lavin regarding potential amendments to schedules                                         | 0.20   | 35.00    |
| 03/18/11   | KPS   | Conference with Robert D. Nosek regarding production of documents and information at the request of the United States Trustee following the Section 341 meeting | 0.40   | 250.00   |
| 03/18/11   | RDN   | Conference with Kenneth P. Silverman regarding US Trustee request, and 341 meeting                                           | 0.30   | 118.50   |
| 03/18/11   | RDN   | Correspond with Jill at Great Oceans regarding interim cash collateral order                                                 | 0.20   | 79.00    |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 37 |
|--------|------------------------|---|---------|------|------|
| 03/18/11 | RDN | Conference with Kenneth P. Silverman regarding follow up to 341 meeting and additional document and information requests from Creditors' Committee counsel and US Trustee | 0.40 | | 158.00 |
| 03/18/11 | RDN | Search ACRIS for documents on Brooklyn property and South Street properties owned by 105 South Street Associates, and review documents found (.5); draft memorandum regarding ownership structure (.3) | 0.80 | | 316.00 |
| 03/18/11 | RDN | Review correspondence from Gary Herwitz regarding possible foreclosure against Point Judith, and discuss with Gerard R. Luckman | 0.20 | | 79.00 |
| 03/18/11 | RDN | Telephone call with John Lavin regarding monthly operating report, and related issues (.2); correspond with Gerard R. Luckman regarding same (.1) | 0.30 | | 118.50 |
| 03/18/11 | RDN | Begin assembling information to produce to Office of the United States Trustee and Creditors' Committee | 1.00 | | 395.00 |
| 03/18/11 | RDN | review correspondence from Elisabetta Gasparini regarding request for information and documents (.2); draft correspondence forwarding same to Slavin and CoMetrics to begin assembling information that counsel does not have (.2) | 0.40 | | 158.00 |
| 03/18/11 | RDN | review correspondence from Mitchell Slavin regarding Point Judith roof insurance claim issue | 0.10 | | 39.50 |
| 03/18/11 | AN | Review email correspondence from Robert D. Nosek regarding United States Trustee document request | 0.10 | | 17.50 |
| 03/19/11 | RDN | Detailed review of file and draft memorandum of tasks to complete, including rejection of agreements, approval of rebate program, and similar issues | 1.00 | | 395.00 |
| 03/19/11 | RDN | Correspond with Gerard R. Luckman and Mitchell Slavin regarding document and information productions | 0.30 | | 118.50 |
| 03/19/11 | RDN | Review correspondence between Sean Southard and Gary Herwitz regarding Committee financial advisor's access to Debtor's books and records | 0.20 | | 79.00 |
| 03/21/11 | GRL | Review correspondence from counsel to ComData regarding credit card processing | 0.10 | | 52.50 |
| 03/21/11 | GRL | Draft correspondence to Katina Brountzas regarding same | 0.10 | | 52.50 |
| 03/21/11 | GRL | Review correspondence from Gary Herwitz regarding Point Judith foreclosure | 0.10 | | 52.50 |
| 03/21/11 | GRL | Review correspondence from Sean Kirk regarding Comdata agreement | 0.10 | | 52.50 |
| 03/21/11 | GRL | Telephone call from Katina Brountzas regarding motion to assume Comdata agreement | 0.10 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | Invoice # 81332 | Page | 38 |
|---|---|---|---|---|
| 03/21/11 | GRL | Review correspondence from Gary Herwitz regarding Point Judith information | 0.10 | 52.50 |
| 03/21/11 | GRL | Telephone call from Gary Herwitz regarding same | 0.10 | 52.50 |
| 03/21/11 | GRL | Review correspondence from Robert D. Nosek regarding correspondence from John Lavin | 0.10 | 52.50 |
| 03/21/11 | GRL | Review correspondence regarding default letters on Point Judith | 0.10 | 52.50 |
| 03/21/11 | GRL | Review correspondence from Robert D. Nosek to John Lavin regarding items requested by the committee | 0.10 | 52.50 |
| 03/21/11 | GRL | Review correspondence from Sean Southard regarding access to the debtor | 0.10 | 52.50 |
| 03/21/11 | GRL | Draft correspondence to Sean Southard responding to same | 0.10 | 52.50 |
| 03/21/11 | KPS | Telephone call from Mitch Slavin regarding preparing outline for conference on case status and strategy | 0.20 | 125.00 |
| 03/21/11 | RDN | Correspond with Andres Nunez regarding status of document and information productions | 0.20 | 79.00 |
| 03/21/11 | RDN | Correspond with Andres Nunez regarding 2016 Statement and review same | 0.20 | 79.00 |
| 03/21/11 | RDN | Correspond with John Lavin regarding Rhode Island lender issues as potentially affecting the Debtor | 0.20 | 79.00 |
| 03/21/11 | RDN | Review correspondence from Sean Southard regarding additional document production | 0.10 | 39.50 |
| 03/21/11 | RDN | Telephone call with Ellen Rudin at CB Richard Ellis regarding need to reject pre-petition listing agreement | 0.20 | 79.00 |
| 03/21/11 | AN | Draft email to correspondence to Robert D. Nosek enclosing draft 2016(b) statement | 0.10 | 17.50 |
| 03/21/11 | AN | Review loan documents and organize file regarding same | 2.30 | 402.50 |
| 03/21/11 | AN | Review memo from Robert D. Nosek regarding items for case administration | 0.10 | 17.50 |
| 03/21/11 | AN | Update Working Group List for Amended Committee | 0.20 | 35.00 |
| 03/21/11 | AN | Review emails from Robert D. Nosek enclosing Capital One Loan Documents to be produced to United States Trustee | 0.20 | 35.00 |
| 03/21/11 | AN | Draft Rule 1009-(a) Affidavit for Amended Schedules | 0.20 | 35.00 |
| 03/21/11 | KB | Revisions to application to retain Cometrics pursuant to UST comments (.7); revisions to affidavit pursuant to UST comments (.7); revise proposed order (.2) | 1.60 | 520.00 |
| 03/21/11 | KB | Confer with Gerard R. Luckman regarding Cometrics retention (.2); further confer with Gerard | 0.40 | 130.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 39 |
|---|---|---|---|---|---|
| | | R. Luckman regarding motion to assume (.2) | | | |
| 03/21/11 | KB | Review documents received from Andres Nunez regarding Loan | 0.40 | | 130.00 |
| 03/21/11 | KB | Review email from Robert D. Nosek detailing remaining items for UST | 0.20 | | 65.00 |
| 03/21/11 | KB | Draft email to G.Herwitz regarding motion to retain Cometrics | 0.20 | | 65.00 |
| 03/22/11 | GRL | Conference call with Sean Southard regarding pending mailers | 0.80 | | 420.00 |
| 03/22/11 | GRL | Review schedule of checks cleared | 0.10 | | 52.50 |
| 03/22/11 | KPS | Conference with Gerard R. Luckman regarding preparation for conference with Mitchell Slavin | 0.20 | | 125.00 |
| 03/22/11 | KPS | Prepare for and attend teleconference call with Sean Southard, Gerard R. Luckman and Katina Brountzas regarding case status and direction | 1.00 | | 625.00 |
| 03/22/11 | KPS | Conference with Katina Brountzas regarding preparation of action plan | 0.20 | | 125.00 |
| 03/22/11 | KPS | Conference with Gerard R. Luckman regarding preparation for conference with Mitchell Slavin | 0.20 | | 125.00 |
| 03/22/11 | KPS | Telephone call to Mitchell Slavin regarding case status | 0.30 | | 187.50 |
| 03/22/11 | RDN | Telephone call with Gerard R. Luckman (.2) and correspond (.2) with Gerard R. Luckman, Andres Nunez, and John Lavin regarding customer rebate contracts and need to assume same | 0.40 | | 158.00 |
| 03/22/11 | RDN | Review correspondence from Gary Herwitz regarding responses to open information requests from the US Trustee | 0.20 | | 79.00 |
| 03/22/11 | AN | Confer with Katina Brountzas regarding Union Complaint and correspondence to Harlan Lazarus enclosing same | 0.10 | | 17.50 |
| 03/22/11 | AN | Confer with Katina Brountzas regarding amendments to petition schedules and revisions to Working Group List | 0.10 | | 17.50 |
| 03/22/11 | AN | Review email correspondence from Sean Southland regarding change of address for CleanFish (.1); revise 1009 Affidavit for same (.1) | 0.20 | | 35.00 |
| 03/22/11 | AN | Confer with Katina Brountzas regarding Robert D. Nosek memo regarding case administration | 0.30 | | 52.50 |
| 03/22/11 | AN | Review Union Complaint (.1); review and amend Statement of Financial Affairs for union complaint (.1); telephone call to Harlan Lazarus regarding Union Complaint (.1) | 0.30 | | 52.50 |
| 03/22/11 | AN | Draft letter to Harlan Lazarus enclosing union | 0.20 | | 35.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 40 |
|---|---|---|---|---|---|
| | | complaints | | | |
| 03/22/11 | AN | Finalize letter to Harlan Lazarus enclosing union complaints | 0.10 | | 17.50 |
| 03/22/11 | AN | Review PACER docket for Notice of Appearance | 0.10 | | 17.50 |
| 03/22/11 | AN | Review amended Notice of Appearance for JP Shellfish Inc; update working group list for same | 0.20 | | 35.00 |
| 03/22/11 | AN | Confer with Katina Brountzas regarding litigations being handled by Tom Torto (.1); telephone call with Katina Brountzas to Tom Torto regarding same | 0.20 | | 35.00 |
| 03/22/11 | AN | Confer with Katina Brountzas regarding revisions to 2016(b) | 0.20 | | 35.00 |
| 03/22/11 | AN | Review email correspondence from John Lavin regarding filed petition schedules; draft email correspondence to John Lavin enclosing filed petition schedules | 0.20 | | 35.00 |
| 03/22/11 | AN | Review email correspondence from Gerard R. Luckman regarding executory contracts; draft email correspondence to Gerard R. Luckman regarding same | 0.20 | | 35.00 |
| 03/22/11 | KB | Conference call with Committee Counsel, Gerard R. Luckman and Kenneth P. Silverman regarding status of case and document request | 0.50 | | 162.50 |
| 03/22/11 | KB | Confer with Andres Nunez regarding Robert D. Nosek memo regarding case administration | 0.30 | | 97.50 |
| 03/22/11 | KB | Review action plan by Robert D. Nosek (.2); confer with Gerard R. Luckman regarding same (.2) | 0.40 | | 130.00 |
| 03/22/11 | KB | Review Interim order approving cash collateral and email to Gerard R. Luckman | 0.20 | | 65.00 |
| 03/22/11 | KB | Confer with Gerard R. Luckman regarding email from Kenneth P. Silverman on case status information | 0.10 | | 32.50 |
| 03/22/11 | KB | Review documents relating to Maltz's retention and draft amended proposed order (.5); draft revised Notice of presentment of amended order retaining Maltz (.3) | 0.80 | | 260.00 |
| 03/22/11 | KB | Confer with Andres Nunez regarding litigations being handled by Tom Torto (.1); telephone call with Andres Nunez to Tom Torto regarding same | 0.20 | | 65.00 |
| 03/22/11 | KB | Confer with Andres Nunez regarding Union Complaint and correspondence to Harlan Lazarus enclosing same | 0.20 | | 65.00 |
| 03/22/11 | KB | Confer with Andres Nunez regarding amendments to petition schedules and revisions to Working Group List (.2); Confer with Andres Nunez regarding revisions to 2016(b) (.2) | 0.40 | | 130.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 41 |
|--------|------------|-----------------------------------------------------------------------------------------------------------------------------------------------|------|----------|

| 03/22/11 | KB | Review responses prepared by Cometrics in response to UST and compare with documents received | 0.40 | 130.00 |
| 03/23/11 | GRL | Draft correspondence to Gary Herwitz regarding correspondence | 0.10 | 52.50 |
| 03/23/11 | GRL | Review correspondence from Gary Herwitz regarding same | 0.10 | 52.50 |
| 03/23/11 | GRL | Conference with Kenneth P. Silverman regarding case status strategy DIP financing | 0.50 | 262.50 |
| 03/23/11 | GRL | Review correspondence from Gary Herwitz regarding broker agreement rejection | 0.10 | 52.50 |
| 03/23/11 | GRL | Review correspondence from John Lavin regarding insurance binders | 0.10 | 52.50 |
| 03/23/11 | GRL | Review correspondence from John Lavin regarding pending claims | 0.10 | 52.50 |
| 03/23/11 | GRL | Review correspondence from Katina Brountzas regarding information from Lavin | 0.10 | 52.50 |
| 03/23/11 | GRL | Review correspondence from Sean Southard regarding meeting with Mitchell Slavin | 0.10 | 52.50 |
| 03/23/11 | GRL | Review correspondence from Kenneth P. Silverman regarding scheduling conference call | 0.10 | 52.50 |
| 03/23/11 | GRL | Review correspondence from Sean Southard regarding conference call | 0.10 | 52.50 |
| 03/23/11 | GRL | Conference with Kenneth P. Silverman and Mitchell Slavin regarding operational issues | 1.10 | 577.50 |
| 03/23/11 | KPS | Conference with Katina Brountzas regarding case administration | 0.20 | 125.00 |
| 03/23/11 | KPS | Prepare for and conduct conference with Mitchell Slavin regarding cash collateral; sale of properties; DIP financing issues; new technology; continuation of CoMetrics as financial advisor; budget and cash flow issues | 3.00 | 1,875.00 |
| 03/23/11 | RDN | Review correspondence from Gary Herwitz, Gerard R. Luckman, and Andres Nunez regarding US Trustee document production | 0.20 | 79.00 |
| 03/23/11 | AN | Draft and ECF Affidavit of Service of Cometrics retention documents | 0.40 | 70.00 |
| 03/23/11 | AN | Confer with Katina Brountzas regarding Due Diligence request by Committee | 0.40 | 70.00 |
| 03/23/11 | AN | Draft Due Diligence Chart for SilvermanAcampora document request with Katina Brountzas | 0.40 | 70.00 |
| 03/23/11 | AN | Review email from Gerard R. Luckman and draft email to Gerard R. Luckman regarding non Debtor | 0.20 | 35.00 |

| 059611 | | M. Slavin & Sons, Ltd. | Invoice # 81332 | Page | 42 |
|---|---|---|---|---|---|
| | | entity loan documents | | | |
| 03/23/11 | KB | Review law in Second Circuit relating  Assumption of lease (.4); review documents received from Debtor and draft motion to assume lease of Comdata (1.4) | 1.80 | | 585.00 |
| 03/23/11 | KB | Review documents received from J.Lavin | 0.50 | | 162.50 |
| 03/24/11 | GRL | Review correspondence from John Lavin regarding rebate agreements | 0.10 | | 52.50 |
| 03/24/11 | GRL | Telephone call from Com Data (Sean Kirk) regarding assumption of agreement | 0.10 | | 52.50 |
| 03/24/11 | GRL | Review spreadsheet of insiders loans | 0.20 | | 105.00 |
| 03/24/11 | GRL | Review correspondence from John Lavin regarding copies of rebate agreements | 0.10 | | 52.50 |
| 03/24/11 | GRL | Conference with Kenneth P. Silverman regarding his meeting with Mitchell Slavin | 0.50 | | 262.50 |
| 03/24/11 | GRL | Draft correspondence responding to same | 0.10 | | 52.50 |
| 03/24/11 | GRL | Conference call with Sean Southard regarding case status | 0.50 | | 262.50 |
| 03/24/11 | GRL | Review correspondence from Sean Southard regarding conference call | 0.10 | | 52.50 |
| 03/24/11 | GRL | Conference with Kenneth P. Silverman regarding accounting issues | 0.10 | | 52.50 |
| 03/24/11 | GRL | Draft correspondence to John Lavin responding to same | 0.10 | | 52.50 |
| 03/24/11 | KPS | Conference with Gerard R. Luckman regarding implementation of business plan and related issues | 0.50 | | 312.50 |
| 03/24/11 | KPS | Telephone call to Sean Southard regarding cash collateral hearing; DIP financing; new technology; sale of real property and related issues | 0.50 | | 312.50 |
| 03/24/11 | KPS | Conference with Gerard R. Luckman regarding preparation of project list of activities | 0.30 | | 187.50 |
| 03/24/11 | RDN | Review correspondence from Gary Herwitz regarding production of documents and information to the Office of the United States Trustee | 0.10 | | 39.50 |
| 03/24/11 | RDN | Review correspondence from Andres Nunez and Harlan Lazarus regarding lawsuits against Stanley Slavin | 0.10 | | 39.50 |
| 03/24/11 | AN | Update firm calendar for upcoming deadlines for presentment of Cometrics application and United States Trustee document demand | 0.10 | | 17.50 |
| 03/24/11 | AN | Review Insurance Binder from Ganett Associates; update due diligence chart for same | 0.20 | | 35.00 |
| 03/24/11 | AN | Review list of pre-petition checks cleared post-petition; update due diligence chart for same | 0.20 | | 35.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 43 |
|--------|------------------------|---|---------|------|-----|
| 03/24/11 | AN | Review email correspondence from John Lavin regarding Schedule E tax debt | 0.10 | | 17.50 |
| 03/24/11 | AN | Telephone call from Harlan Lazurus regarding union pension fund action | 0.10 | | 17.50 |
| 03/24/11 | AN | Review email correspondence from Harlan Lazarus regarding union pension fund action; draft email correspondence to Robert D. Nosek regarding same | 0.20 | | 35.00 |
| 03/24/11 | AN | Draft email correspondence to Katina Brountzas regarding Rule 2016 (b) statement; review email correspondence from Katina Brountzas regarding same | 0.20 | | 35.00 |
| 03/25/11 | GRL | Review correspondence from Mitchell Slavin regarding corporate management | 0.10 | | 52.50 |
| 03/25/11 | GRL | Draft correspondence to Kenneth P. Silverman regarding same | 0.10 | | 52.50 |
| 03/25/11 | GRL | Review correspondence from Kenneth P. Silverman regarding structure of the company | 0.10 | | 52.50 |
| 03/25/11 | GRL | Conference with Katina Brountzas regarding obtaining documents for United States Trustee | 0.20 | | 105.00 |
| 03/25/11 | GRL | Review correspondence from Katina Brountzas regarding rebate request | 0.10 | | 52.50 |
| 03/25/11 | GRL | Review correspondence from Katina Brountzas regarding Comdata motion | 0.10 | | 52.50 |
| 03/25/11 | GRL | Review correspondence from Sean Kirk regarding same | 0.10 | | 52.50 |
| 03/25/11 | AN | Confer with Katina Brountzas regarding United States Trustee document demand; review and assemble documents for same | 1.00 | | 175.00 |
| 03/25/11 | BSS | Revise motion to assume comdata agreement; confer with Katina Brountzas regarding same | 0.20 | | 57.00 |
| 03/25/11 | KB | Email o J.Lavin regarding information to be provided to United States Trustee and Comdata Agreement (.2); email to Gerard R. Luckman regarding Rebate programs (.2) | 0.40 | | 130.00 |
| 03/25/11 | KB | Call with Comdata attorney | 0.20 | | 65.00 |
| 03/25/11 | KB | Telephone call to Lavin regarding Comdata | 0.10 | | 32.50 |
| 03/25/11 | KB | Confer with Gerard R. Luckman regarding outstanding documents requested by UST | 0.20 | | 65.00 |
| 03/25/11 | KB | Confer with Gerard R. Luckman regarding ComData Contract | 0.20 | | 65.00 |
| 03/25/11 | KB | Email to Andres Nunez regarding Documents to be provided to UST | 0.10 | | 32.50 |
| 03/25/11 | KB | Review all documents requests by the UST and | 2.50 | | 812.50 |

059611    M. Slavin & Sons, Ltd.                                      Invoice # 81332        Page    44

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | assemble and review documents to be provided in response | | |
| 03/25/11 | KB | Confer with J.Lavin regarding responses to UST | 0.30 | 97.50 |
| 03/25/11 | KB | Further revise comdata assumption (.2); email to Comdata counsel (.2); review response (.2) email to Gerard R. Luckman regarding same (.1) | 0.70 | 227.50 |
| 03/25/11 | KB | Further revise the Comdata agreement | 0.80 | 260.00 |
| 03/28/11 | GRL | Review correspondence from Robert D. Nosek regarding conference call | 0.10 | 52.50 |
| 03/28/11 | GRL | Review correspondence from Gary Herwitz regarding documents to be produced | 0.10 | 52.50 |
| 03/28/11 | GRL | Telephone call from Sean Southard regarding case issues | 0.30 | 157.50 |
| 03/28/11 | GRL | Review correspondence from Katina Brountzas to Elisabetta Gasparini regarding document production | 0.10 | 52.50 |
| 03/28/11 | GRL | Review correspondence from Elisabetta Gasparini regarding rescheduling 341 meeting | 0.10 | 52.50 |
| 03/28/11 | KPS | Conference with Gerard R. Luckman regarding status of production of documents for United States Trustee and related issues | 0.20 | 125.00 |
| 03/28/11 | KPS | Conference with Gerard R. Luckman and Robert D. Nosek regarding case status and production of documents; reclamation claims under 503(b) | 0.30 | 187.50 |
| 03/28/11 | KPS | Telephone call from Gerard R. Luckman regarding retention of collections firm; motion to expand Maltz' sale activities; DIP financing; restructure of company; retention of Cometrix | 0.80 | 500.00 |
| 03/28/11 | KPS | Telephone call from Gary Herwitz regarding case status; creditors' objection to CoMetrix retention; budget; DIP financing and related issues | 0.30 | 187.50 |
| 03/28/11 | RDN | Correspond with Gary Herwitz in follow up to telephone conference regarding status of document and information productions | 0.20 | 79.00 |
| 03/28/11 | RDN | Conference with Gerard R. Luckman regarding status of open case issues, including DIP financing, production of documents and information to the US Trustee and related issues | 0.20 | 79.00 |
| 03/28/11 | RDN | Correspond with Christina Chiu at CoMetrics regarding document and information production | 0.20 | 79.00 |
| 03/28/11 | RDN | Conferences with Katina Brountzas regarding document and information production to the US Trustee and Creditors' Committee | 0.20 | 79.00 |
| 03/28/11 | RDN | Conference with Katina Brountzas regarding letter to US Trustee responding to document and information | 0.50 | 197.50 |

059611    M. Slavin & Sons, Ltd.                                Invoice # 81332      Page    45

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| | | demands and review documents and information produced | | |
| 03/28/11 | RDN | Telephone conference with Gary Herwitz, John Lavin, and Cindy Slavin Clayton, and Katina Brountzas and Andres Nunez regarding status of document and information production and obtaining missing information | 1.00 | 395.00 |
| 03/28/11 | RDN | Review correspondence with Sean Southard, Elisabetta Gasparini, and Katina Brountzas regarding extending time to respond to document and information requests | 0.20 | 79.00 |
| 03/28/11 | RDN | Review file and list of case to do's regarding updated status of open issues, including status of document and information productions in advance of conference call with Debtor and CoMetrics | 0.50 | 197.50 |
| 03/28/11 | AN | Conference call with Robert D. Nosek Katina Brountzas Gary Herwitz, John Lavin and Cindy Slavin regarding United States Trustee document demand | 1.00 | 175.00 |
| 03/28/11 | AN | Review email correspondence from Elisabetta Gasparini at United States Trustee regarding United States Trustee document demand; update firm calendar for same | 0.20 | 35.00 |
| 03/28/11 | KB | Conference call with Robert D. Nosek, Andres Nunez, Gary Herwitz, John Lavin and Cindy Slavin regarding United States Trustee document demand | 1.00 | 325.00 |
| 03/28/11 | KB | Confer with Robert D. Nosek  regarding extension of time to respond to United States Trustee request (.2) call with United States Trustee regarding same (.2) call with Committee regarding same (.2) confer with Robert D. Nosek on extension (.1) email to all parties regarding extension and review responses (.4) | 1.10 | 357.50 |
| 03/28/11 | KB | Further review and revise letter in response to additional document requested by the UST (.5); review documents received including executory contracts and leases from RDN (.5) | 1.00 | 325.00 |
| 03/28/11 | KB | Review emails to and from Robert D. Nosek and Cometrics regarding conference call and responses ot UST | 0.30 | 97.50 |
| 03/29/11 | GRL | Review correspondence from Robert D. Nosek to Mitchell and Cindy regarding production of documents | 0.10 | 52.50 |
| 03/29/11 | GRL | Telephone call from Gary Herwitz regarding objection | 0.20 | 105.00 |
| 03/29/11 | GRL | Conference with Katina Brountzas regarding Comdata motion | 0.10 | 52.50 |