| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 46 |
|---|---|---|---|---|---|
| 03/29/11 | GRL | Conference with Katina Brountzas regarding customer practices motion | 0.10 | | 52.50 |
| 03/29/11 | GRL | Review correspondence (3 emails) from Trini Atanasia regarding insurance counsel's request | 0.20 | | 105.00 |
| 03/29/11 | RDN | Correspondence to Mitchell Slavin and Cindy Slavin Clayton, and review reply of Cindy Slavin Clayton, regarding release of South Street entities' corporate governance documents to the US Trustee and the Creditors' Committee | 0.20 | | 79.00 |
| 03/29/11 | RDN | Correspond with Gary Herwitz and Cindy Slavin Clayton regarding status of document and information productions | 0.30 | | 118.50 |
| 03/29/11 | RDN | Conferences with Gerard R. Luckman regarding status of document and information productions | 0.30 | | 118.50 |
| 03/29/11 | RDN | Detailed revisions to letter producing information and documents in response to US Trustee and Creditors' Committee requests | 1.50 | | 592.50 |
| 03/29/11 | RDN | Telephone call with John Lavin regarding status of document and information production and forms for monthly operating reports | 0.20 | | 79.00 |
| 03/29/11 | AN | Review email from Robert D. Nosek regarding sample Monthly Operating Report and United States Trustee checklist for Debtors in Possession | 0.10 | | 17.50 |
| 03/29/11 | AN | Telephone call from National Grid regarding Slavin Point Judith account | 0.10 | | 17.50 |
| 03/29/11 | AN | Draft email correspondence to Robert D. Nosek regarding call from National Grid in connection with Slavin Point Judith | 0.10 | | 17.50 |
| 03/29/11 | AN | Draft letter to Stanley Slavin enclosing Union Complaint and supporting documents | 0.20 | | 35.00 |
| 03/29/11 | AN | Finalize letter to Stanley Slavin enclosing Union Complaint and supporting documents | 0.10 | | 17.50 |
| 03/29/11 | AN | Review correspondence from Harlan Lazarus regarding Union Lawsuit | 0.10 | | 17.50 |
| 03/29/11 | AN | Scan and draft email correspondence to Robert D. Nosek enclosing United States Trustee checklist and sample Monthly Operating Report | 0.10 | | 17.50 |
| 03/29/11 | AN | Review email correspondence from Katina Brountzas regarding contact information for Mitchell Slavin; draft email correspondence to Katina Brountzas enclosing same | 0.10 | | 17.50 |
| 03/29/11 | KB | Further review and revise binders to be presented at committee of United States Trustee and finalize exhibits | 3.20 | | 1,040.00 |
| 03/29/11 | KB | Review emails from EOCC and respond regarding | 0.20 | | 65.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 47 |
|--------|------------------------|---|---|---|---|
| | | bar date | | | |
| 03/30/11 | GRL | Draft correspondence to Mitch Slavin responding to same | 0.10 | | 52.50 |
| 03/30/11 | GRL | Review correspondence from Gary Herwitz regarding Mitchell's call with creditor | 0.10 | | 52.50 |
| 03/30/11 | GRL | Draft correspondence to Gary Herwitz responding to same | 0.10 | | 52.50 |
| 03/30/11 | GRL | Review correspondence from Gary Herwitz regarding objection raised | 0.10 | | 52.50 |
| 03/30/11 | GRL | Review correspondence from Cindy Slavin regarding terminated CBRE agreement | 0.10 | | 52.50 |
| 03/30/11 | GRL | Review correspondence from Sean Southard regarding call to discuss status | 0.10 | | 52.50 |
| 03/30/11 | GRL | Draft correspondence to Sean Southard responding to same | 0.10 | | 52.50 |
| 03/30/11 | GRL | Telephone call from Sean Southard regarding status and CoMetrics retention | 0.20 | | 105.00 |
| 03/30/11 | GRL | Review correspondence from Katina Brountzas to Elisabetta Gasparini regarding documents produced | 0.10 | | 52.50 |
| 03/30/11 | RDN | Review correspondence and attached document productions from Trini Atanasio regarding insurance policies and Virginia apartments | 0.50 | | 197.50 |
| 03/30/11 | RDN | Review correspondence from John Lavin and revised chart regarding pre-petition debts paid first several days of the case | 0.20 | | 79.00 |
| 03/30/11 | RDN | Telephone calls with John Lavin regarding production of balance of information and documents in response to US Trustee and Creditors' Committee requests | 0.33 | | 130.35 |
| 03/30/11 | RDN | Confer with Andres Nunez regarding documents for United States Trustee document demand | 0.20 | | 79.00 |
| 03/30/11 | RDN | Correspond with Cindy Slavin Clayton regarding Union Fund claim breakdown, and review same | 0.20 | | 79.00 |
| 03/30/11 | RDN | Correspond with Gary Herwitz and John Lavin regarding remaining open issues on which to produce information and documents to US Trustee and Creditors' Committee | 0.25 | | 98.75 |
| 03/30/11 | RDN | Review comments of Gary Herwitz to letter responding to US Trustee and Creditors' Committee requests (.1), and discuss same with Katina Brountzas (.1) | 0.20 | | 79.00 |
| 03/30/11 | AN | Confer with Katina Brountzas regarding preparation of binders for United States Trustee document demand | 0.20 | | 35.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 48 |
|--------|-----------|-------------|------|------|------|

| 03/30/11 | AN | Prepare and assemble binders for United States Trustee document demand | 0.50 | 87.50 |
|---|---|---|---|---|
| 03/30/11 | AN | Confer with Robert D. Nosek regarding documents for United States Trustee document demand | 0.20 | 35.00 |
| 03/30/11 | AN | Revise letter to United States Trustee regarding document demand | 0.20 | 35.00 |
| 03/30/11 | AN | Confer with Katina Brountzas regarding revisions to United States Trustee response to document demand | 0.20 | 35.00 |
| 03/30/11 | AN | Further assemble binders for United States Trustee document demand | 0.50 | 87.50 |
| 03/30/11 | AN | Review PACER docket for Arrow Seafoods Inc bankruptcy for sale order in connection with United States Trustee document demand | 0.20 | 35.00 |
| 03/30/11 | AN | Confer with Katina Brountzas regarding sale order for Arrow Seafoods in connection with United States Trustee document demand | 0.20 | 35.00 |
| 03/30/11 | KB | Confer with Ronald J. Friedman regarding customer rebate programs (.2); confer with Gerard R. Luckman regarding Comdata (.1) | 0.30 | 97.50 |
| 03/30/11 | KB | Call to Tom Torto regarding pending cases against the Debtor | 0.30 | 97.50 |
| 03/30/11 | KB | Revise chart with respect to cases pending against the Debtor | 0.20 | 65.00 |
| 03/30/11 | KB | Review email of Herowitz for requested documents (.2) review response of Robert D. Nosek and compare with documents already received (.2) | 0.40 | 130.00 |
| 03/30/11 | KB | Further revise letter and prepare binder for delivery to the UST | 0.50 | 162.50 |
| 03/30/11 | KB | Review and revise letter to UST and further review and revise documents to be included to Committee and UST | 0.80 | 260.00 |
| 03/30/11 | KB | Further review and revise letter to UST providing additional | 1.80 | 585.00 |
| 03/31/11 | GRL | Telephone call from Gary Herwitz regarding meeting with the committee | 0.30 | 157.50 |
| 03/31/11 | GRL | Review correspondence from Gary Herwitz regarding supplemental agreement | 0.10 | 52.50 |
| 03/31/11 | GRL | Draft correspondence to Gary Herwitz regarding same | 0.10 | 52.50 |
| 03/31/11 | GRL | Review correspondence from Kenneth P. Silverman regarding Herwitz email | 0.10 | 52.50 |
| 03/31/11 | GRL | Draft correspondence to Kenneth P. Silverman regarding same | 0.10 | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 49 |
|---|---|---|---|---|---|
| 03/31/11 | GRL | Review correspondence from Gary Herwitz regarding master document list | 0.10 | | 52.50 |
| 03/31/11 | GRL | Review correspondence from Sean Kirk regarding assumption of contract | 0.10 | | 52.50 |
| 03/31/11 | GRL | Telephone call from Katina Brountzas regarding same | 0.10 | | 52.50 |
| 03/31/11 | GRL | Review correspondence from Mitchell Slavin responding to same | 0.10 | | 52.50 |
| 03/31/11 | RDN | Review correspondence between Gary Herwitz and Gerard R. Luckman regarding rebate contract issues | 0.30 | | 118.50 |
| 03/31/11 | RDN | Telephone call with Katina Brountzas regarding status of open issues, including rebate program motion, rejection motions, and related issues | 0.20 | | 79.00 |
| 03/31/11 | RDN | Telephone call with and review correspondence from Five Star Seafoods regarding notice issues (.2); confer with Andres Nunez regarding revising mailing matrix internally and with the Court and serving all documents served to date (.2) | 0.40 | | 158.00 |
| 03/31/11 | AN | Review email correspondence from Robert D. Nosek regarding change of address for Five Star Seafoods | 0.10 | | 17.50 |
| 03/31/11 | AN | Revise 1009 affidavit for change of address for Five Star Seafoods and update address in best case | 0.20 | | 35.00 |
| 03/31/11 | AN | Scan Notice of Filing and Notice of Meeting of Creditors; draft email correspondence to Adam Chu at Five Star Seafoods enclosing same | 0.20 | | 35.00 |
| 04/01/11 | KB | Review response from Mitch Slavin regarding Comdata | 0.10 | | 32.50 |
| 04/02/11 | BSS | Draft Customer Rebate Motion and proposed order for payment of Prepetition Claims | 3.10 | | 883.50 |
| 04/02/11 | KB | Review and respond to Comdata counsel relating to assumption of Comdata Agreement | 0.20 | | 65.00 |
| 04/04/11 | GRL | Conference with Kenneth P. Silverman regarding work needed to get done, meeting with the committee | 0.50 | | 262.50 |
| 04/04/11 | GRL | Review correspondence from Robert D. Nosek regarding no payments to creditors for pre-petition bills | 0.10 | | 52.50 |
| 04/04/11 | GRL | Conference with Robert D. Nosek regarding customer practices motion, bar date | 0.20 | | 105.00 |
| 04/04/11 | GRL | Review correspondence from Sean Southard regarding lease requests, bar date | 0.10 | | 52.50 |
| 04/04/11 | GRL | Telephone call from Herb Slavin regarding meeting with the creditors | 0.30 | | 157.50 |
| 04/04/11 | GRL | Review correspondence from Trini Atanasia | 0.10 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 50 |
|---|---|---|---|---|---|
| | | regarding Point Judith | | | |
| 04/04/11 | RDN | Follow up correspondence with John Clayton regarding creditor issues | 0.20 | | 79.00 |
| 04/04/11 | RDN | Correspond with John Lavin and John Clayton regarding co-op rent interest and parking tickets payments | 0.20 | | 79.00 |
| 04/04/11 | RDN | Review correspondence from Sean Southard regarding bar date motion and rejection of Virginia leases | 0.10 | | 39.50 |
| 04/04/11 | RDN | Conferences with Brett S. Silverman and Gerard R. Luckman regarding rebate program motion | 0.20 | | 79.00 |
| 04/04/11 | RDN | Conference with Gerard R. Luckman regarding Point Judith issues | 0.10 | | 39.50 |
| 04/04/11 | AN | Confer with Gerard R. Luckman regarding appraisal for Slavin Point Judith | 0.10 | | 17.50 |
| 04/04/11 | AN | Review file for appraisal for Slavin Point Judith; confer with Robert D. Nosek regarding same | 0.20 | | 35.00 |
| 04/04/11 | AN | Review email correspondence from Gerard R. Luckman regarding lease and sub lease for Slavin Point Judith; review file for same; draft email correspondence to Gerard R. Luckman regarding same | 0.20 | | 35.00 |
| 04/04/11 | BSS | Review correspondence from Katina Brountzas to richard Maltz regarding virginia properties | 0.10 | | 28.50 |
| 04/04/11 | KB | Email to and from Gerard R. Luckman regarding Maltz and case status and email to Maltz regarding same | 0.20 | | 65.00 |
| 04/05/11 | GRL | Conference with Robert D. Nosek regarding customer practices motion | 0.20 | | 105.00 |
| 04/05/11 | GRL | Review correspondence from Robert D. Nosek regarding rebate report | 0.10 | | 52.50 |
| 04/05/11 | GRL | Draft correspondence to Robert D. Nosek responding to same | 0.10 | | 52.50 |
| 04/05/11 | GRL | Conference with Kenneth P. Silverman and conference call with Sean Southard in part regarding meeting with the committee | 0.50 | | 262.50 |
| 04/05/11 | GRL | Review correspondence from Kenneth P. Silverman regarding email from Mitchell regarding fee statement | 0.10 | | 52.50 |
| 04/05/11 | GRL | Draft correspondence to Kenneth P. Silverman responding to same | 0.10 | | 52.50 |
| 04/05/11 | GRL | Review correspondence from Katina Brountzas to Sean Kirk regarding Comdata | 0.10 | | 52.50 |
| 04/05/11 | GRL | Review correspondence from Sean Kirk regarding | 0.10 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 51 |
|---|---|---|---|---|---|
| | | getting amounts fixed | | | |
| 04/05/11 | GRL | Review correspondence from Katina Brountzas to Mitchell Slavin regarding reconciling amounts owed | 0.10 | | 52.50 |
| 04/05/11 | RDN | Draft order approving customer rebate program | 0.30 | | 118.50 |
| 04/05/11 | AN | Confer with Katina Brountzas regarding Notice of Presentment for for Motion authorizing and approving assumption of Comdata Network (.1); draft Notice of Presentment for same (.2) | 0.30 | | 52.50 |
| 04/05/11 | AN | Review email correspondence regarding hearing on Debtor's Motion to Continue Certain Business Practices; update firm calendar for same | 0.20 | | 35.00 |
| 04/05/11 | AN | Review returned mail in anticipation of amendments to petition schedules | 0.20 | | 35.00 |
| 04/05/11 | AN | Draft list of returned mail for John Lavin in anticipation of filing amendments to schedules | 0.20 | | 35.00 |
| 04/05/11 | BSS | Draft correspondence to Sean Southard regarding and attaching contracts for customer practices motion | 0.20 | | 57.00 |
| 04/05/11 | BSS | Revise customer practices motion | 0.50 | | 142.50 |
| 04/05/11 | BSS | Draft scheduling order shortening hearing for customer practices motion | 0.80 | | 228.00 |
| 04/05/11 | BSS | Draft declaration in support of scheduling order (.7); confer with Robert D. Nosek regarding same (.10) | 0.80 | | 228.00 |
| 04/05/11 | BSS | Teleconference with chambers regarding hearing date for customer practices motion (.2); draft correspondence to chambers attaching and regarding same (.3) | 0.50 | | 142.50 |
| 04/05/11 | BSS | Review and respond to Sean Southard regarding declaration in support of scheduling order (.1); draft correspondence to same attaching same (.1) | 0.20 | | 57.00 |
| 04/05/11 | KB | Emails to and from maltz regarding auction expenses (.2); call with maltz regarding same (.1) | 0.30 | | 97.50 |
| 04/05/11 | KB | Confer with Robert D. Nosek regarding point judith properties and email to J.Lavin regarding same | 0.50 | | 162.50 |
| 04/05/11 | KB | Review documents related to sale properties and provide same to Maltz | 0.80 | | 260.00 |
| 04/05/11 | KB | Confer with Brett S. Silverman regarding customer practice motion, notice and email to court regarding same | 0.40 | | 130.00 |
| 04/05/11 | KB | Further revise to Amended proposed order expanding the scope of Maltz retention and email to Robert D. Nosek and Gerard R. Luckman regarding same | 0.50 | | 162.50 |
| 04/05/11 | KB | Further confer with Gerard R. Luckman regarding | 0.70 | | 227.50 |

059611    M. Slavin & Sons, Ltd.                                    Invoice # 81332        Page    52

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | comdata assumption, finalize motion, prepare for filing and service and email to Opposing counsel the same |  |  |
| 04/05/11 | KB | Review Financial Summary, email to Robert D. Nosek regarding same, review UST and Committee document production confirming turnover of same | 0.50 | 162.50 |
| 04/05/11 | KB | Emails to and from Gerard R. Luckman regarding status of case and COmdata request and email to M.Slavin regarding same | 0.50 | 162.50 |
| 04/05/11 | GMD | E-filed Motion to Authorize the assumption of Comdata Network, Inc. along with Notice of Presentment and exhibits; e-filed Affidavit of Service regarding same; letter to court regarding courtesy copy of same | 0.70 | 66.50 |
| 04/06/11 | KPS | Conference with Gerard R. Luckman regarding preparation for meeting with Creditor's Committee | 0.20 | 125.00 |
| 04/06/11 | RDN | Correspond with Cindy Slavin Clayton regarding closing of 341 meeting by US Trustee | 0.20 | 79.00 |
| 04/06/11 | RDN | Conference with Katina Brountzas regarding Virginia property lease and personal property issues | 0.20 | 79.00 |
| 04/06/11 | AN | Update firm calendar for Presentment of Debtor's Motion for an Order Authorizing and Approving the Assumption of the Comdata Network, Inc., and Related Relief | 0.10 | 17.50 |
| 04/06/11 | AN | Review Notice of Appearance on behalf of US Limousine Service; update master service list for same | 0.20 | 35.00 |
| 04/06/11 | AN | Confer with Katina Brountzas regarding Notice of Hearing on Debtor's Motion for an Order Authorizing Continuation of Certain Customer Practices | 0.10 | 17.50 |
| 04/06/11 | AN | Draft email correspondence to John Lavin regarding returned mail and addresses for same | 0.10 | 17.50 |
| 04/06/11 | AN | Review email correspondence from Robert D. Nosek regarding adjourned section 341 meeting | 0.10 | 17.50 |
| 04/06/11 | AN | Confer with Katina Brountzas regarding revisions to Notice of Presentment and Amended Retention Order for David R Maltz | 0.10 | 17.50 |
| 04/06/11 | AN | Prepare service of Debtor's Motion for Order Authorizing Continuation of Certain Customer Practices | 0.30 | 52.50 |
| 04/06/11 | AN | Scan and ECF Notice of Hearing on Debtor's Motion for Order Authorizing Continuation of Certain Customer Practices | 0.10 | 17.50 |
| 04/06/11 | CDA | Electronic filing of Debtor's Motion for Order Authorizing Continuation of Certain Customer | 0.20 | 19.00 |

059611   M. Slavin & Sons, Ltd.                                    Invoice # 81332          Page   53

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | Practices; Exhibit A (Chart of Customer Rebates Owed); and Exhibit B (proposed Order) | | |
| 04/06/11 | BSS | Teleconference with court regarding scheduling order for customer practices hearing (.2); review and respond to correspondence with same regarding same (.1); prepare motion for filing and service (.3) | 0.60 | 171.00 |
| 04/06/11 | KB | Draft motion to reject Virginia Lease | 0.70 | 227.50 |
| 04/06/11 | KB | Review and confirm affidavit of service | 0.20 | 65.00 |
| 04/06/11 | KB | Email to C.Lynch regarding Virginia Lease | 0.20 | 65.00 |
| 04/06/11 | KB | Review inventory of Virginia properties as provided by Gerard R. Luckman (.3); email to Robert D. Nosek and Andres Nunez regarding same (.2) | 0.50 | 162.50 |
| 04/06/11 | KB | Further revise Maltz retention documents (.2); confer with Gerard R. Luckman regarding same and revise (.2); | 0.40 | 130.00 |
| 04/06/11 | KB | Review email from Robert D. Nosek on closing of UST meeting | 0.10 | 32.50 |
| 04/06/11 | KB | Email to and from Ronald J. Friedman regarding terms of retention of RHK (.2); confer with Gerard R. Luckman regarding same (.2); research relating to retention of professionals (1.0); confer with UST regarding same (.2); confer with Robert D. Nosek regarding same (.2) | 1.80 | 585.00 |
| 04/07/11 | RDN | Conference with Gerard R. Luckman regarding status of open issues, including sale motions, rejection of agreements, and related issues | 0.20 | 79.00 |
| 04/07/11 | KB | Further review case law relating to retention of debt collection agencies in response to UST request for further information (.8); confer with Gerard R. Luckman regarding same (.2); draft correspondence relating to same (.2); conference call with Secured lender regarding same (.2) review response and further provide details (.2) | 1.60 | 520.00 |
| 04/08/11 | KB | Email to Committee to follow-up and further address the expanded retention of Maltz and review response (.3) | 0.30 | 97.50 |
| 04/08/11 | KB | Review draft of retention of Torto as special counsel and further revise the motion in particularly to represent provisions specific to the UST and 327(e) | 2.00 | 650.00 |
| 04/08/11 | KB | Review and revise notice of Motion to retain Torto | 0.40 | 130.00 |
| 04/08/11 | KB | Confer with maltz regarding decreasing cap on properties and email to committee regarding same | 0.40 | 130.00 |
| 04/08/11 | KB | Revise the proposed order to retain Torto as special counsel to the Trustee | 0.50 | 162.50 |
| 04/08/11 | KB | Confer with Gerard R. Luckman on case status and | 0.20 | 65.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 54 |
|--------|------------------------|--|----------------|------|-----|

| | | review email to Debtor relating to retention of RHK | | |
|--|--|--|--|--|
| 04/09/11 | KB | Review response from UST relating to Maltz retention | 0.10 | 32.50 |
| 04/11/11 | GRL | Review correspondence from Sean Southard regarding ComData agreement | 0.10 | 52.50 |
| 04/11/11 | GRL | Review correspondence from Katina Brountzas to Mitchell regarding ComData agreement | 0.10 | 52.50 |
| 04/11/11 | RDN | Review correspondence from Sean Southard regarding Comdata motion to assume | 0.10 | 39.50 |
| 04/11/11 | KB | Confer with Gerard R. Luckman regarding contested matters for hearing on April 13 | 0.20 | 65.00 |
| 04/11/11 | KB | Call with the law clerk to inform the court of the pending objections | 0.20 | 65.00 |
| 04/11/11 | KB | Participate in conference call with Committee counsel to discuss hearings scheduled for April 13th (.4); further confer with Gerard R. Luckman regarding same (.2); arrange for conference call amongst parties and call to court to update on contested matters scheduled for 4/13/2010 | 0.50 | 162.50 |
| 04/11/11 | KB | Review emails regarding notice of bar date and subsequent emails regarding same | 0.30 | 97.50 |
| 04/11/11 | KB | Review correspondence from S.Kirk of Comdata regarding objection deadline to Motion to assume Comdata contract (.1); confer with Gerard R. Luckman on discussion with Debtor (.1); email to Slavin regarding follow-up on Comdata (.2); | 0.40 | 130.00 |
| 04/11/11 | GMD | E-filed Notice of Presentment and Amended proposed Order extending Scope of Retention of David R. Maltz and Co., Inc. along with Affidavit of Service; prepare letter to Court regarding courtesy copy of same | 0.70 | 66.50 |
| 04/12/11 | GRL | Review declaration of Mitchell Slavin in support of customer practices | 0.20 | 105.00 |
| 04/12/11 | CG | Electronically file Declaration of Mitchell Slavin in Support of Debtor's Motion for Order Authorizing Continuation of Certain Practices Nunc Pro Tunc to the Petition Date | 0.10 | 9.50 |
| 04/12/11 | CG | Electronically file Rule 2016 Statement | 0.10 | 9.50 |
| 04/12/11 | CG | Electronically file Notice of Agenda of Matters Scheduled for Hearing on Tuesday, April 13, 2011 at 9:45 a.m. | 0.10 | 9.50 |
| 04/12/11 | AN | Review email correspondence from Gerard R. Luckman regarding information for Brooklyn Properties; draft email correspondence to Robert D. Nosek regarding same | 0.10 | 17.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 55 |
|---|---|---|---|---|---|
| 04/12/11 | AN | Review email correspondence from Robert D. Nosek regarding Brooklyn Properties information; review sale motion for Brooklyn Properties information | 0.20 | | 35.00 |
| 04/12/11 | AN | Draft email correspondence to Richard Maltz enclosing Brooklyn Properties information | 0.10 | | 17.50 |
| 04/12/11 | AN | Review email correspondence from Robert D. Nosek regarding list of Brooklyn Properties; review file for 39 Belmont Ave Property information | 0.20 | | 35.00 |
| 04/12/11 | AN | Confer with Katina Brountzas regarding Notice of Agenda for matters scheduled for 4/13/11 | 0.10 | | 17.50 |
| 04/12/11 | AN | Review PACER docket for matter scheduled for hearings on 4/13/11 | 0.30 | | 52.50 |
| 04/12/11 | AN | Review email correspondence from Gerard R. Luckman regarding property information for South Street Properties | 0.10 | | 17.50 |
| 04/12/11 | AN | Review 105 South Street documents for properties information | 0.20 | | 35.00 |
| 04/12/11 | AN | Draft email correspondence to Richard Maltz enclosing property information for 105 South Street | 0.10 | | 17.50 |
| 04/12/11 | AN | Draft Notice of Agenda for matters scheduled for 4/13/11 | 0.30 | | 52.50 |
| 04/12/11 | AN | Review file for documents scheduled for hearings on 4/13/11 and assemble folders for same in anticipation for hearings | 1.00 | | 175.00 |
| 04/12/11 | AN | Telephone call from Carl Neddermeyer from Frendel Brown Weissman regarding corporate tax work on behalf of the Debtor | 0.10 | | 17.50 |
| 04/12/11 | AN | Draft email correspondence to Gerard R. Luckman regarding telephone call from Carl Neddermeyer from Frendel Brown Weissman | 0.10 | | 17.50 |
| 04/12/11 | AN | Confer with Robert D. Nosek regarding claims bar date motion | 0.10 | | 17.50 |
| 04/12/11 | AN | Revise Bar Date Motion, Order and Notice of Deadlines | 0.20 | | 35.00 |
| 04/12/11 | AN | Confer with Katina Brountzas regarding revisions to Agenda; revise Agenda for hearings scheduled for 4/13/11 in anticipation of filing | 0.20 | | 35.00 |
| 04/12/11 | AN | Confer with Katina Brountzas regarding email service of Notice of Agenda For Matters Scheduled for 4/13/11 Hearings | 0.10 | | 17.50 |
| 04/12/11 | AN | Draft email correspondence to Debtor, United States Trustee, Committee, and Notice of Appearance | 0.20 | | 35.00 |
| 04/12/11 | AN | Confer with Katina Brountzas and Robert D. Nosek regarding service of Notice of Agenda to Herbert | 0.20 | | 35.00 |

059611    M. Slavin & Sons, Ltd.                                    Invoice # 81332        Page    56
          Slavin

| Date | | Description | | |
|------|----|-------------|------|--------|
| 04/12/11 | AN | Confer with Katina Brountzas regarding PACER Docket; print and forward to Gerard R. Luckman | 0.20 | 35.00 |
| 04/12/11 | AN | Confer with Robert D. Nosek regarding filing of Bar Date Notice | 0.20 | 35.00 |
| 04/12/11 | AN | Scan and ECF Bar Date Motion and supporting documents | 0.20 · | 35.00 |
| 04/12/11 | KB | Meet and confer with Andres Nunez to prepare initial draft of Agenda | 0.30 | 97.50 |
| 04/12/11 | KB | Revise the propose Agenda and review responses received and direct preparation of file for court | 0.50 | 162.50 |
| 04/12/11 | KB | Confer with Gerard R. Luckman regarding motions prepared for hearing. | 0.30 | 97.50 |
| 04/12/11 | KB | Confer with Gerard R. Luckman regarding Committee discussion on analysis of liabilities considered pre or post-petition liabilities | 0.10 | 32.50 |
| 04/12/11 | KB | Call with Court to notify of proposed agenda and update on status of matters for hearing on april 13 | 0.20 | 65.00 |
| 04/12/11 | KB | Further call with the court regarding court hearings | 0.10 | 32.50 |
| 04/12/11 | KB | Call with S.kirk regarding Comdata contracts | 0.20 | 65.00 |
| 04/12/11 | KB | Revise 2016(b), confer with Gerard R. Luckman and direct filing | 0.20 | 65.00 |
| 04/12/11 | KB | Confer with Robert D. Nosek and Andres Nunez on form for claims chart and notice pursuant to bar date motion | 0.20 | 65.00 |
| 04/12/11 | KB | Revise the customer practice motion and email to Robert D. Nosek , Gerard R. Luckman and Andres Nunez regarding same | 0.20 | 65.00 |
| 04/12/11 | KB | Revise the proposed wage motion | 0.10 | 32.50 |
| 04/12/11 | KB | Email to Robert D. Nosek regarding customer rebate proposed order (.1); confer and discuss with Robert D. Nosek regarding customer rebate program (.2); review declaration in support (.2) | 0.50 | 162.50 |
| 04/12/11 | KB | Further confer with Gerard R. Luckman regarding in preparation for all motions before the court | 0.20 | 65.00 |
| 04/13/11 | AN | Draft letter to Chambers enclosing Bar Date Motion | 0.20 | 35.00 |
| 04/13/11 | AN | Confer with Robert D. Nosek regarding access for Richard Maltz to South Street Properties; draft email correspondence to Richard Maltz regarding same | 0.20 | 35.00 |
| 04/13/11 | AN | Draft Affidavit of Service of Claims Bar Date Motion | 0.20 | 35.00 |
| 04/13/11 | KB | Confer with Gerard R. Luckman regarding outcome of hearings | 0.20 | 65.00 |
| 04/13/11 | KB | Confer with Gerard R. Luckman and revise | 0.20 | 65.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 57 |
|---|---|---|---|---|---|
| | | cometrics order | | | |
| 04/13/11 | KB | Revise proposed order approving Cometrics | 0.20 | | 65.00 |
| 04/13/11 | KB | Circulate Cometrics proposed order (.2); review response from UST (.1); circulate blackline version of Cometrics proposed order (.3) | 0.60 | | 195.00 |
| 04/14/11 | KB | Email to Comdata attorney regarding adjournment | 0.10 | | 32.50 |
| 04/15/11 | GRL | Review and revised notice of presentment of bar date application and order | 0.40 | | 210.00 |
| 04/15/11 | GRL | Review form letters to rebate customers | 0.10 | | 52.50 |
| 04/15/11 | GRL | Draft correspondence to Trini Atanasia regarding same | 0.10 | | 52.50 |
| 04/15/11 | GRL | Review correspondence from Robert D. Nosek to United States Trustee regarding operating reports | 0.10 | | 52.50 |
| 04/15/11 | RDN | Correspond with Trini Atanasio regarding revisions letters to rebate customers | 0.10 | | 39.50 |
| 04/15/11 | RDN | Review objection filed to motion to assume Comdata agreement | 0.20 | | 79.00 |
| 04/15/11 | RDN | Correspondence to Elisabetta Gasparini regarding operating statement issue | 0.10 | | 39.50 |
| 04/15/11 | RDN | Review orders entered in case for possible changes by the Court approving wage payments, customer rebates and retention of CoMetrics | 0.20 | | 79.00 |
| 04/15/11 | KB | Email to Gerard R. Luckman regarding transcription services | 0.10 | | 32.50 |
| 04/15/11 | KB | Review response from Gerard R. Luckman regarding transcription services, review information on transcription services, and respond to Gerard R. Luckman | 0.30 | | 97.50 |
| 04/15/11 | KB | Revise notice of presentment and prepare for filing | 0.20 | | 65.00 |
| 04/15/11 | KB | Confer with Gerard R. Luckman regarding notice of presentment | 0.20 | | 65.00 |
| 04/15/11 | KB | Draft notice of adjournment and email to Comdata regarding adjournment of Notice of presentment | 0.50 | | 162.50 |
| 04/15/11 | GMD | E-filed Notice of Presentment in connection with Bankruptcy Procedure Establishing deadline for filing proofs of claim; e-filed Affidavit of Service for same; letter to Court regarding courtesy copy of same | 1.00 | | 95.00 |
| 04/18/11 | GRL | Review correspondence from Katina Brountzas to Sean Kirk regarding adjourning notice of presentment | 0.10 | | 52.50 |
| 04/18/11 | GRL | Review correspondence from Sean Kirk regarding same | 0.10 | | 52.50 |
| 04/18/11 | GRL | Review sales projection and book balances | 0.20 | | 105.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 58 |
|---|---|---|---|---|---|
| 04/18/11 | GRL | Review letter from Insurance Company regarding Hickory Salmon complaint | 0.20 | | 105.00 |
| 04/18/11 | GRL | Conference with Katina Brountzas regarding operating reports | 0.10 | | 52.50 |
| 04/18/11 | AN | Telephone call to Karl Neddermeyer from Frendel Brown Weissman LLP regarding Affidavit in Support of retention | 0.20 | | 35.00 |
| 04/18/11 | AN | Draft email correspondence to Karl Neddermeyer regarding retention of Frendel Brown Weissman LLP | 0.20 | | 35.00 |
| 04/18/11 | GMD | E-filed Notice of Adjournment of Motion to Authorize and Approve Unexpired Executory Contract from April 19 to May 11 at 12:00 p.m. | 0.30 | | 28.50 |
| 04/19/11 | GRL | Review April sales report | 0.30 | | 157.50 |
| 04/20/11 | RDN | Correspond with John Lavin regarding monthly operating report | 0.20 | | 79.00 |
| 04/20/11 | RDN | Review file and update case status memo regarding open legal issues, including sale motions, rejection motions, professional retentions, settlement approvals, and related issues | 0.20 | | 79.00 |
| 04/20/11 | AN | Draft and ECF Affidavit of Service to United States Trustee for Amended Order Expanding Scope of David R Maltz and Co retention | 0.30 | | 52.50 |
| 04/20/11 | KB | Review entry of maltz order and provide to Maltz via correspondence | 0.10 | | 32.50 |
| 04/21/11 | GRL | Review correspondence from Katina Brountzas to Mitchell Slavin regarding objection filed by ComData | 0.10 | | 52.50 |
| 04/21/11 | GRL | Review correspondence from Gary Herwitz regarding monthly accrual forecast and review of forecast | 0.40 | | 210.00 |
| 04/21/11 | KB | Review correspondence  from Gerard R. Luckman relating to Torto application (.1); email to Mitch Slavin updating with respect to Torto and Comdata (.3) | 0.40 | | 130.00 |
| 04/22/11 | GRL | Review correspondence from Sean Southard responding to CoMetrics inquiry | 0.10 | | 52.50 |
| 04/22/11 | KB | Review draft of transcript and circulate to parties | 0.20 | | 65.00 |
| 04/22/11 | KB | Review revisions to torto application and declaration and correspondence to Torto regarding same | 0.50 | | 162.50 |
| 04/25/11 | GRL | Review correspondence from Cindy Slavin regarding correspondence for Rhode Island | 0.10 | | 52.50 |
| 04/25/11 | GRL | Review correspondence from Gary Herwitz regarding agenda for conference call | 0.10 | | 52.50 |
| 04/25/11 | GRL | Review correspondence from Gary Herwitz regarding operating report | 0.25 | | 131.25 |
| 04/25/11 | GRL | Review correspondence from Gary Herwitz regarding | 0.10 | | 52.50 |

059611    M. Slavin & Sons, Ltd.                              Invoice # 81332         Page    59
                         update of case status

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/25/11 | KPS | Telephone call to Gary Herwitz regarding conference call agenda and related topics | 0.10 | 62.50 |
| 04/26/11 | GRL | Conference with Kenneth P. Silverman; conference call with debtor at CoMetrics regarding case issues, asset sales | 2.00 | 1,050.00 |
| 04/26/11 | GRL | Review correspondence from Ivan Zubin regarding sales report | 0.20 | 105.00 |
| 04/26/11 | GRL | Review correspondence from Adam L. Rosen regarding monthly compensation order | 0.10 | 52.50 |
| 04/26/11 | KPS | Conference with Gerard R. Luckman regarding case administration; DIP financing issues; ComData and landlord rejection motions and related issues | 0.30 | 187.50 |
| 04/26/11 | KPS | Prepare for and participate in teleconference with Gerard R. Luckman, Herb, and Cindy & Mitchell Slavin regarding case administration and related issues concerning sale of Point Judith, Virginia, Brooklyn properties, use of cash collateral etc. | 2.00 | 1,250.00 |
| 04/26/11 | KB | Review application as filed (.2); confer with United States Trustee regarding application to retain torto (.2); confer with Committee counsel regarding retention of torto (.2); confer with Gerard R. Luckman regarding same (.2) | 0.80 | 260.00 |
| 04/26/11 | GMD | E-filed Debtor's Application for authorization to employ the law office of Thomas Torto as special counsel; along with Affidavit of Service and notice of presentment | 0.50 | 47.50 |
| 04/27/11 | GRL | Telephone call from Pat Carew regarding payment of pre petition invoices | 0.10 | 52.50 |
| 04/27/11 | GRL | Draft correspondence to Karen Wang regarding MFL invoices | 0.10 | 52.50 |
| 04/27/11 | KB | Review email from UST regarding outstanding fees post-petition to torto (.1); Call to Tom Torto's office regarding services up through present (.2); review email from Torto's office regarding same (.2); email to UST regarding update on tom torto (.1) | 0.60 | 195.00 |
| 04/27/11 | KB | Review response from UST regarding Torto | 0.10 | 32.50 |
| 04/27/11 | KB | Confer with Gerard R. Luckman regarding bar date (.2); call to Clerks office regarding same (.2) | 0.40 | 130.00 |
| 04/28/11 | GRL | Telephone call from Sean Southard regarding discovery issues | 0.30 | 157.50 |
| 04/28/11 | CDA | Electronic filing of Monthly Operating Report for period February 14, 2011 through March 31, 2011, along with Cash Disbursement Reports, Accounts Payable Ledgers and Cover Sheet for Accounts | 0.50 | 47.50 |

059611    M. Slavin & Sons, Ltd.                                    Invoice # 81332        Page    60

| | | | | |
|---|---|---|---|---|
| | | Receivable Aging Reports and Bank Statements. Preparation of draft of correspondence to Elisabettta Gasparini, Esq. of US Trustee's Office enclosing courtesy copies of bank statements and accountants receivable aging reports, as well as copies to Sean Southard, Esq. of Klestadt & Winters, LLP | | |
| 04/28/11 | TMM | Review case management procedures order | 1.00 | 165.00 |
| 04/29/11 | GRL | Conference with Sean Southard regarding case issues, confirmation of plan | 0.40 | 210.00 |
| 04/29/11 | RDN | Review correspondence from Sean Southard regarding Committee's second request for information | 0.20 | 79.00 |
| | **Subtotal** | **Case Administration** | 309.78 | $104,949.60 |

**Claims Admin/Ob**

| | | | | |
|---|---|---|---|---|
| 02/14/11 | KPS | Conference with Gerard R. Luckman regarding first day orders and use of cash collateral; replacement liens | 0.20 | 125.00 |
| 02/16/11 | RDN | Telephone call with Robert Bogosian regarding case status | 0.30 | 118.50 |
| 02/16/11 | RDN | Telephone calls with Jill Leiman, CFO of Great Ocean, regarding shipping post petition to Debtor | 0.30 | 118.50 |
| 02/17/11 | KPS | Conference with Robert D. Nosek regarding executing lease issues | 0.20 | 125.00 |
| 02/17/11 | RDN | Review letter from counsel to AA Trucking regarding repossession of trucks (.2); telephone call with David Garelick regarding same (.2); begin drafting 362 letter (.2) | 0.60 | 237.00 |
| 02/18/11 | RDN | Conference with Katina Brountzas regarding reclamation issues | 0.20 | 79.00 |
| 02/18/11 | RDN | Telephone call to Sidney Platzer regarding AA Trucking - left message | 0.10 | 39.50 |
| 02/18/11 | RDN | Correspond with Burton Weston regarding Garfunkel Wild being a creditor in the top twenty | 0.20 | 79.00 |
| 02/22/11 | RDN | Review correspondence from Paul Piazza & Sons regarding reclamation and reply to John Lavin correspondence regarding same | 0.30 | 118.50 |
| 02/22/11 | RDN | Correspond with John Lavin regarding Virginia sales tax (.2); review sales tax return (.1) | 0.30 | 118.50 |
| 02/22/11 | RDN | Telephone call with Fred Stevens regarding status of case | 0.30 | 118.50 |
| 02/23/11 | RDN | Telephone call with Jim Duran of Fleming Trucks regarding return of trucks and winding down contract relationship | 0.30 | 118.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 61 |
|---|---|---|---|---|---|
| 02/23/11 | RDN | Telephone call with Robert Spielman at Marcum regarding Slavin bankruptcy filing and top twenty creditors | 0.20 | | 79.00 |
| 02/23/11 | RDN | Review proof of claim from Pacific Seafood | 0.10 | | 39.50 |
| 02/24/11 | GRL | Telephone call from Gaul at Rapid Access Communication regarding claim | 0.20 | | 105.00 |
| 02/24/11 | RDN | Telephone call and review email from John Lavin regarding Contessa unsecured claim (.2); telephone call to Contessa regarding contacting US Trustee regarding possible 20 twenty creditor | 0.40 | | 158.00 |
| 02/25/11 | RDN | Review proofs of claim filed against Debtor | 0.20 | | 79.00 |
| 02/25/11 | AN | Telephone call from Margaret Donally at Keywest Specialty regarding unpaid invoice; telephone call to Margaret Donally regarding same | 0.20 | | 35.00 |
| 02/25/11 | AN | Review invoice for Key West Specialty Co | 0.10 | | 17.50 |
| 02/25/11 | AN | Telephone call from Jeremey Mortoff regarding claim for A Santini Moving and Storage (.1); review email correspondence from Jeremey Mortoff enclosing invoice for same (.1); review schedules in Best Case for claim (.1); draft email correspondence to Jeremy Mortoff regarding same (.1) | 0.40 | | 70.00 |
| 02/25/11 | AN | Telephone call from Vernia Madison regarding claim for Unifirst Corp (.1); draft email correspondence to Vernia Madison enclosing Notice of Commencement (.2) | 0.30 | | 52.50 |
| 02/28/11 | RDN | Telephone call with Craig Ciback regarding Fleming truck lease and related issues | 0.20 | | 79.00 |
| 02/28/11 | RDN | Review correspondence from Jeff Swyers regarding Pension and Benefit Fund non-payment post-petition (.1); reply to same (.1); telephone call with same regarding Debtor's intentions (.2); correspondence to John Lavin and Cindy Slavin regarding same (.1) | 0.50 | | 197.50 |
| 02/28/11 | RDN | Review correspondence from Tim Ahearns at Chicken of the Sea regarding 503(b)(9) | 0.10 | | 39.50 |
| 03/01/11 | RDN | Review proofs of claim filed on March 1, 2011 | 0.20 | | 79.00 |
| 03/01/11 | RDN | Correspondence to John Lavin and Cindy Lavin regarding Union Fund issues (.1); telephone call with Cindy Slavin regarding same (.2); review correspondence from John Lavin (.1) and Cindy Slavin (.1) regarding response and status of Union Fund issues (.1) | 0.50 | | 197.50 |
| 03/01/11 | RDN | Review reclamation claim received and confer with Katina Brountzas  to discuss effectiveness of 503(b)(9) procedures | 0.20 | | 79.00 |
| 03/02/11 | KPS | Conference with Gerard R. Luckman regarding | 0.20 | | 125.00 |

059611   M. Slavin & Sons, Ltd.                          Invoice # 81332          Page      62

termination of and executory contract regarding truck
leases and an assumption of new contract

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/11 | RDN | Review proof of claim filed on March 2, 2011 | 0.10 | 39.50 |
| 03/02/11 | AN | Telephone call from Select Exterminating regarding claim; Telephone call to Select Exterminating regarding same | 0.20 | 35.00 |
| 03/02/11 | AN | Telephone call from Select Exterminating regarding post petition services | 0.10 | 17.50 |
| 03/03/11 | RDN | Correspondence to Tim Ahearn regarding 503(b)(9) claims | 0.10 | 39.50 |
| 03/03/11 | RDN | Review proofs of claim filed on March 3, 2011 | 0.20 | 79.00 |
| 03/04/11 | RDN | Review proofs of claim filed | 0.30 | 118.50 |
| 03/07/11 | GRL | Telephone call from Stanley Slavin regarding claim | 0.10 | 52.50 |
| 03/07/11 | GRL | Telephone call with Amy Aram regarding Paramunt Cavier regarding claims | 0.10 | 52.50 |
| 03/07/11 | RDN | Telephone calls with Nicko at Ruby Pacific regarding claim issues (.2); review invoices faxed from same regarding same (.2) | 0.40 | 158.00 |
| 03/07/11 | RDN | Telephone call with Nicko at Ruby Pacific regarding pre-petition claim | 0.20 | 79.00 |
| 03/07/11 | RDN | Review proofs of claim filed on March 7, 2011 | 0.10 | 39.50 |
| 03/07/11 | AN | Review Proof of Claim filed on behalf of Refridgiwear, Inc | 0.10 | 17.50 |
| 03/07/11 | AN | Review Proof of Claim filed on behalf of OK Laboratories | 0.10 | 17.50 |
| 03/07/11 | AN | Review NYS Unliquidated Claim for Unemployment Insurance Taxes Due | 0.10 | 17.50 |
| 03/09/11 | RDN | Correspond with Sid Platzer regarding interim accommodation regarding partial return of leased trucks from AA Trucking | 0.40 | 158.00 |
| 03/09/11 | RDN | Review proofs of claim filed on March 9, 2011 | 0.40 | 158.00 |
| 03/09/11 | RDN | Draft interim agreement language regarding AA Trucking and surrender of half of trucks (.3); conferences with Gerard R. Luckman regarding comments (.2) | 0.50 | 197.50 |
| 03/10/11 | RDN | Review proofs of claim filed on March 10, 2011 | 0.30 | 118.50 |
| 03/10/11 | RDN | Review correspondence from Sid Platzer regarding AA Trucking issues | 0.10 | 39.50 |
| 03/10/11 | RDN | Correspond with Mitchell Slavin regarding AA Trucking | 0.20 | 79.00 |
| 03/10/11 | AN | Draft Motion to Establish Deadline for Filing Proofs of Claim | 0.50 | 87.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 63 |
|---|---|---|---|---|---|
| 03/10/11 | AN | Draft Order for Motion to Establish Deadline for Filing Proofs of Claim | 0.40 | | 70.00 |
| 03/10/11 | AN | Draft Notice of Deadlines for filing Proofs of Claims | 0.40 | | 70.00 |
| 03/10/11 | AN | Draft Proof of Claim form for Motion Fixing Deadline for Filing Proofs of Claims | 0.25 | | 43.75 |
| 03/10/11 | AN | Draft Notice of Presentment for Motion Fixing Last Day to file Proofs of Claims | 0.25 | | 43.75 |
| 03/11/11 | GRL | Conference with Robert D. Nosek regarding Fisherman claims and priority | 0.30 | | 157.50 |
| 03/11/11 | RDN | Correspond with Gary Herwitz regarding wage claim order and employee issues raised by counsel to the Committee | 0.20 | | 79.00 |
| 03/11/11 | RDN | Correspond with Sean Southard regarding wage claim order and Debtor's employees | 0.20 | | 79.00 |
| 03/11/11 | RDN | Conference with Gerard R. Luckman regarding counsel to the committee inquiry into wage order and covered employees | 0.10 | | 39.50 |
| 03/11/11 | RDN | Legal research regarding whether fishermen claimants have priority standing in case | 0.50 | | 197.50 |
| 03/11/11 | AN | Review proof of claim for Business Forms Inc | 0.10 | | 17.50 |
| 03/11/11 | AN | Draft letter to Business Forms Inc enclosing original proof of claim | 0.20 | | 35.00 |
| 03/14/11 | RDN | Review proofs of claim filed on March 14, 2011 | 0.30 | | 118.50 |
| 03/15/11 | GRL | Telephone call from Carmela of Slavin regarding cell phone carrier bill | 0.10 | | 52.50 |
| 03/15/11 | RDN | Correspond with Jill Leiman regarding cash collateral usage | 0.20 | | 79.00 |
| 03/16/11 | RDN | Review proofs of claim filled in case on March 16, 2011 | 0.30 | | 118.50 |
| 03/16/11 | AN | Review Proof of Claim filed on behalf of Pitney Bowes Global Financial | 0.10 | | 17.50 |
| 03/17/11 | RDN | Telephone call to Greg Barrow regarding General Capital Partners - left message | 0.10 | | 39.50 |
| 03/17/11 | RDN | Review proofs of claim filed on March 17, 2011 | 0.20 | | 79.00 |
| 03/17/11 | RDN | Correspondence to John Lavin regarding Comdata | 0.10 | | 39.50 |
| 03/18/11 | RDN | Telephone call from Pat Callahan at Petro Oil regarding Point Judith oil bill | 0.20 | | 79.00 |
| 03/18/11 | RDN | Review proofs of claim filed on March 18, 2011 | 0.20 | | 79.00 |
| 03/23/11 | GRL | Conference with Katina Brountzas regarding claim requesting of bar date | 0.10 | | 52.50 |
| 03/23/11 | RDN | Correspond with Tim Ahearn regarding 503(b)(9) claim issues | 0.20 | | 79.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | | Page | 64 |
|--------|------|------|------|------|------|------|
| 03/27/11 | RDN | Review proofs of claim filed between March 22 and March 25, 2011 | 0.40 | | | 158.00 |
| 03/29/11 | RDN | review proof of claim | 0.10 | | | 39.50 |
| 03/29/11 | AN | Scan and draft email correspondence to Daubers, Inc enclosing Notice  of Commencement and Proof of Claim form | 0.20 | | | 35.00 |
| 03/29/11 | AN | Telephone call to Kwame at Daubers Inc regarding claims against Debtor and notice for same | 0.20 | | | 35.00 |
| 03/30/11 | RDN | Conference with Katina Brountzas regarding 503(b)(9) requests | 0.20 | | | 79.00 |
| 03/30/11 | RDN | Correspond with Allen Perlstein regarding Marcum and whether they are still in possession of any books and records of the Debtor | 0.20 | | | 79.00 |
| 03/31/11 | RDN | Review filed proofs of claim | 0.20 | | | 79.00 |
| 03/31/11 | AN | Confer with Katina Brountzas regarding preparation of claims analysis chart | 0.20 | | | 35.00 |
| 03/31/11 | AN | Print and review claims register for filed claims | 0.20 | | | 35.00 |
| 03/31/11 | AN | Prepare Claims Analysis chart | 0.50 | | | 87.50 |
| 03/31/11 | AN | Draft email correspondence to Katina Brountzas enclosing claims analysis chart | 0.10 | | | 17.50 |
| 04/01/11 | RDN | Review proof of claim filed by Phillips Foods | 0.10 | | | 39.50 |
| 04/01/11 | AN | Further draft Claims Analysis Chart for filed claims | 2.50 | | | 437.50 |
| 04/04/11 | RDN | Review correspondence from Cindy Slavin Clayton and attached document regarding Aventura regarding customer rebate issues | 0.20 | | | 79.00 |
| 04/04/11 | RDN | Telephone call with John Clayton regarding creditor issues, including limo company, pension plan consultant, and related issues | 0.20 | | | 79.00 |
| 04/04/11 | AN | Review Proof of Claim filed on behalf of Marcum LLP | 0.10 | | | 17.50 |
| 04/05/11 | GRL | Review correspondence from Sean Kirk regarding Comdata issues | 0.10 | | | 52.50 |
| 04/05/11 | RDN | Telephone call with Cindy Slavin Clayton and John Lavin regarding customer rebate program questions for additional information for motion to approve | 0.20 | | | 79.00 |
| 04/05/11 | RDN | Conferences with Brett S. Silverman regarding comments to motion documents to approve customer rebate programs and hearing and service issues | 0.30 | | | 118.50 |
| 04/05/11 | RDN | Telephone call from Bruce Bekritsky, counsel to US Limo, regarding case status | 0.20 | | | 79.00 |
| 04/05/11 | RDN | Revise and finalize order approving customer rebate program | 0.20 | | | 79.00 |
| 04/05/11 | RDN | Correspond with Cindy Slavin Clayton regarding customer rebates issues | 0.40 | | | 158.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 65 |
|---|---|---|---|---|---|

| 04/05/11 | RDN | Review spreadsheet from Cindy Slavin Clayton regarding amounts owed on pre-petition customer rebates and compare to prior spreadsheet of monies inadvertently paid post-petition on pre-petition rebates for Avendra and LSG | 0.30 | 118.50 |
|---|---|---|---|---|
| 04/05/11 | RDN | Review and revise motion to approve continuation of customer rebate program | 0.60 | 237.00 |
| 04/05/11 | RDN | Telephone call with John Clayton regarding creditor issues | 0.20 | 79.00 |
| 04/05/11 | RDN | Further detailed revisions to motion to approve continuation of customer rebate programs | 1.50 | 592.50 |
| 04/05/11 | RDN | Additional correspondence with Cindy Slavin Clayton regarding percentage of sales and related information regarding customer rebate programs in related to finalizing motion to continue rebate programs | 0.30 | 118.50 |
| 04/05/11 | RDN | Review correspondence from John Lavin regarding sales figures for use in motion to approve customer rebate programs | 0.10 | 39.50 |
| 04/05/11 | RDN | Conference with Katina Brountzas regarding Virginia lease issues | 0.20 | 79.00 |
| 04/05/11 | RDN | Conference with Katina Brountzas regarding ComData assumption motion (.2); review correspondence from Sean Kirk regarding same (.2) | 0.40 | 158.00 |
| 04/06/11 | RDN | Review five rebate contracts in preparation for drafting declaration of Mitchell Slavin in support of motion to continue customer rebate programs | 1.00 | 395.00 |
| 04/06/11 | RDN | Draft declaration of Mitchell Slavin in support of Debtor's motion to continue customer rebate practices | 2.50 | 987.50 |
| 04/06/11 | RDN | Telephone call with Elisabetta Gasparini regarding comments to motion to continue customer rebate programs | 0.20 | 79.00 |
| 04/06/11 | AN | Telephone call from Sea Trek Enterprises regarding proof of claim and scheduled claim amounts | 0.10 | 17.50 |
| 04/06/11 | AN | Review fax correspondence from Tesco Resources, Inc enclosing outstanding invoices | 0.10 | 17.50 |
| 04/06/11 | AN | Update creditor information in Best Case for Tesco Resources Inc | 0.10 | 17.50 |
| 04/07/11 | RDN | Correspondence to Mitchell Slavin regarding Sea-Trek claim and issues raised by principal of that company | 0.20 | 79.00 |
| 04/11/11 | RDN | Correspond with Elisabetta Gasparini regarding supporting declaration for customer rebate motion | 0.20 | 79.00 |