| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 66 |
|--------|------------------------|---|------|------|-----|
| 04/11/11 | RDN | Revise declaration of Mitchell Slavin in support of customer rebate program | 0.20 | | 79.00 |
| 04/11/11 | RDN | Final revisions to proposed bar date order | 0.30 | | 118.50 |
| 04/11/11 | RDN | Correspondence to Sean Southard and Harvey Stricken regarding proposed bar date order (.1); review responses of no objections from same (.1) | 0.20 | | 79.00 |
| 04/11/11 | RDN | Correspondence to Cindy Slavin Clayton, John Lavin and Mitchell Slavin regarding declaration in support of customer rebate motion | 0.10 | | 39.50 |
| 04/12/11 | RDN | Correspond with Jill at Great Oceans regarding continued use of cash collateral | 0.20 | | 79.00 |
| 04/12/11 | RDN | Correspond with Gary Herwitz regarding customer rebate program and Creditor Committee concern | 0.20 | | 79.00 |
| 04/12/11 | KB | Review and revise claims chart | 0.40 | | 130.00 |
| 04/13/11 | RDN | Correspond with Sean Southard and Gerard R. Luckman regarding final order for wage motion | 0.20 | | 79.00 |
| 04/13/11 | RDN | Review correspondence from Cindy Slavin Clayton regarding language for advising rebate customers of Court authority to pay rebates (.2); correspond with same regarding response to proposed language (.1) | 0.30 | | 118.50 |
| 04/14/11 | RDN | Review correspondence from Sean Southard and Gerard R. Luckman regarding form of final wage order issues concerning non-payment of pre-petition Union Fund claim | 0.20 | | 79.00 |
| 04/14/11 | AN | Review email correspondence from Jeremy Mortoff regarding claim for Sanatini Moving Company; draft email correspondence to Jeremy Mortoff regarding same | 0.20 | | 35.00 |
| 04/15/11 | KB | Confer with Robert D. Nosek regarding bar date motion and service to creditors | 0.20 | | 65.00 |
| 04/18/11 | AN | Telephone call from Eastern Lift Truck Co regarding proof of claim and scheduled claim for invoices | 0.10 | | 17.50 |
| 04/18/11 | AN | Revise Claims Analysis Chart for scheduled claim amounts and update chart for filed and amended claims | 1.00 | | 175.00 |
| 04/19/11 | AN | Telephone call from Alaskan Feast Inc regarding invoice from Debtor and returned check for same and invoice to Debtor from Alaskan Feast for pre petition debt | 0.20 | | 35.00 |
| 04/19/11 | AN | Further revise Claims Analysis Chart for scheduled claim amounts and update chart for filed and amended claims | 1.50 | | 262.50 |
| 04/21/11 | BSS | Review correspondence to Mitch Slavin regarding Comdata; confer with Katina Brountzas regarding same | 0.20 | | 57.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 67 |
|---|---|---|---|---|---|

| 04/27/11 | GRL | Telephone call from Stephanie of Slavin regarding 503(b) 9 claim | 0.10 | 52.50 |
|---|---|---|---|---|
| 04/27/11 | GRL | Review correspondence from Stephanie Coles regarding claims filed | 0.20 | 105.00 |
| 04/27/11 | GRL | Draft correspondence responding to Stephanie Coles | 0.10 | 52.50 |
| 04/29/11 | RDN | Telephone call with Carmine at Alaskan Feast regarding possible ability to set off mutual balances owing between the parties | 0.20 | 79.00 |
| 04/29/11 | RDN | Telephone call with Annette at National Grid responding to inquiry whether Slavin Point Judith National Grid account was part of the M. Slavin bankruptcy case | 0.20 | 79.00 |
| 04/29/11 | RDN | Telephone call with Diane Krebs regarding seeking additional information on insurance policy coverage, and related issues | 0.30 | 118.50 |
| | | **Subtotal**    **Claims Admin/Ob** | 38.70 | $13,100.50 |

**Creditors Meeting**

| 04/06/11 | GRL | Conference with Kenneth P. Silverman regarding meeting on 4/7 | 0.20 | 105.00 |
|---|---|---|---|---|
| 04/06/11 | GRL | Conference call with Harlan Lazarus and Walter Jones regarding meeting with committee | 0.70 | 367.50 |
| 04/06/11 | GRL | Telephone call from Sean Southard regarding meeting and February numbers | 0.10 | 52.50 |
| 04/06/11 | GRL | Draft correspondence to Sean Southard regarding same | 0.10 | 52.50 |
| 04/06/11 | GRL | Review correspondence from Walter Jones regarding meeting | 0.10 | 52.50 |
| 04/06/11 | GRL | Draft correspondence to Walter Jones responding to same | 0.10 | 52.50 |
| 04/06/11 | GRL | Conference call with debtor & CoMetrics regarding meeting 4/7 | 1.10 | 577.50 |
| 04/06/11 | GRL | Telephone call from Walter Jones regarding additional information needed | 0.20 | 105.00 |
| 04/06/11 | GRL | Review correspondence from Kenneth P. Silverman regarding call with Slavin | 0.10 | 52.50 |
| 04/06/11 | GRL | Draft correspondence to Kenneth P. Silverman responding to same | 0.10 | 52.50 |
| 04/07/11 | GRL | Prepare for and attend meeting with the committee at Klestadt & Winters, related conference with Mitchell and Cindy Slavin regarding same | 5.30 | 2,782.50 |
| 04/07/11 | GRL | Telephone call from Sean Southard regarding meeting | 0.20 | 105.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page 68 |
|---|---|---|---|---|
| 04/08/11 | GRL | Review correspondence from Sean Southard regarding committee call | 0.10 | 52.50 |
| 04/08/11 | GRL | Draft correspondence to Gary & Walter Jones regarding same | 0.10 | 52.50 |
| 04/14/11 | GRL | Telephone call from Beth Gideon CEFAX regarding status of case, cash collateral | 0.10 | 52.50 |
| | **Subtotal** | **Creditors Meeting** | 8.60 | $4,515.00 |

**Fee Application**

| 03/08/11 | GRL | Review Pre bill for compliance with United States Trustee guidelines | 0.30 | 157.50 |
|---|---|---|---|---|
| | **Subtotal** | **Fee Application** | 0.30 | $157.50 |

**Financing**

| 02/14/11 | GRL | Review correspondence from Robert D. Nosek to Harvey Strickon regarding budgets | 0.10 | 52.50 |
|---|---|---|---|---|
| 02/14/11 | GRL | Telephone call from Robert D. Nosek to United States Trustee regarding same | 0.10 | 52.50 |
| 02/14/11 | GRL | Draft correspondence to United States Trustee regarding revised interim order | 0.10 | 52.50 |
| 02/14/11 | GRL | Draft correspondence to Harvey Strickon regarding same | 0.10 | 52.50 |
| 02/14/11 | GRL | Review correspondence from United States Trustee regarding continued objections | 0.10 | 52.50 |
| 02/14/11 | GRL | Telephone call from Gary Herwitz regarding cash collateral | 0.20 | 105.00 |
| 02/14/11 | CG | Electronically file Emergency Motion in Support of the Entry of an Interim Order Authorizing the Use of Cash Collateral by the Debtor and Scheduling a Final Hearing | 0.10 | 9.50 |
| 02/14/11 | RDN | Review interim budget for use of cash collateral | 0.30 | 118.50 |
| 02/14/11 | RDN | Revisions to proposed interim cash collateral order | 0.80 | 316.00 |
| 02/14/11 | RDN | Conferences with Gerard R. Luckman regarding cash collateral issues and comments to proposed interim order | 0.40 | 158.00 |
| 02/14/11 | RDN | Review revised budget for interim cash collateral motion | 0.20 | 79.00 |
| 02/14/11 | RDN | Further revisions to cash collateral motion (.8); finalize same to incorporate comments from Gerard R. Luckman for execution and service (.5) | 1.30 | 513.50 |
| 02/14/11 | RDN | Review correspondence from Gary Herwitz regarding interim budget (.2); discuss same with Gerard R. Luckman (.1) | 0.30 | 118.50 |
| 02/15/11 | GRL | Telephone call from chambers regarding cash | 0.10 | 52.50 |

059611    M. Slavin & Sons, Ltd.                          Invoice # 81332        Page    69

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | collateral hearing | | |
| 02/15/11 | GRL | Prepare for and attend first day hearing on cash collateral | 5.20 | 2,730.00 |
| 02/15/11 | KPS | Conference with Gerard R. Luckman regarding preparation for cash collateral hearing and entry of first day orders | 0.30 | 187.50 |
| 02/15/11 | RDN | Review correspondence from Harvey Strickon regarding comments to cash collateral order | 0.20 | 79.00 |
| 02/16/11 | GRL | Telephone call from creditors regarding cash collateral hearing | 0.30 | 157.50 |
| 02/16/11 | GRL | Telephone call from creditor regarding cash collateral order | 0.30 | 157.50 |
| 02/16/11 | GRL | Review budgets, reports submitted by Cometrics | 0.50 | 262.50 |
| 02/16/11 | GRL | Review correspondence from Gary Herwitz to Mitchell regarding financing | 0.10 | 52.50 |
| 02/16/11 | GRL | Telephone call from Joe Sarachek regarding debt restructure | 0.25 | 131.25 |
| 02/16/11 | GRL | Review and revised cash collateral offer | 0.90 | 472.50 |
| 02/16/11 | KPS | Telephone call to Gary Herwitz regarding sales, marketing and financing issues | 0.30 | 187.50 |
| 02/16/11 | RDN | Telephone call with Jim Wexler (cold call) regarding possible transaction to bolster Debtor's balance sheet or collateralize DIP loans with Seahvn Ltd. assets (.3); Internet research and review information sent by Wexler regarding previous examples of assistance his company has provided to others (.2) | 0.50 | 197.50 |
| 02/17/11 | GRL | Review correspondence from Harvey Strickon regarding checks returned | 0.10 | 52.50 |
| 02/17/11 | GRL | Draft correspondence to Harvey Strickon responding to same | 0.10 | 52.50 |
| 02/17/11 | GRL | Review correspondence from Elisabetta regarding comments to the cash collateral motion | 0.10 | 52.50 |
| 02/17/11 | GRL | Draft correspondence to Elisabetta responding to same | 0.10 | 52.50 |
| 02/17/11 | KPS | Telephone call from Mitchell Slavin regarding restructuring in Chapter 11; sales and marketing | 0.50 | 312.50 |
| 02/17/11 | TMM | Review motion to approve use of cash collateral | 0.30 | 49.50 |
| 02/18/11 | GRL | Prepare for and attend conference call with Gary Herwitz and lender | 0.50 | 262.50 |
| 02/18/11 | GRL | Review correspondence from Jane Sullivan regarding financing | 0.10 | 52.50 |
| 02/18/11 | GRL | Draft correspondence to Gary Herwitz regarding same | 0.10 | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 70 |
|---|---|---|---|---|---|

| Date | Init. | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 02/18/11 | RDN | Review email from James Sullivan regarding possible party willing to finance DIP | 0.10 | | 39.50 |
| 02/22/11 | GRL | Review correspondence from Gary Herwitz regarding closing documents | 0.10 | | 52.50 |
| 02/22/11 | GRL | Review correspondence from Todd Pollack regarding DIP documents | 0.10 | | 52.50 |
| 02/22/11 | GRL | Review correspondence from Gary Herwitz regarding bankruptcy documents | 0.10 | | 52.50 |
| 02/22/11 | GRL | Draft correspondence to Andres Nunez regarding transmitting to DIP lender's counsel | 0.10 | | 52.50 |
| 02/22/11 | GRL | Review correspondence from proposed lender regarding DIP financing | 0.10 | | 52.50 |
| 02/22/11 | GRL | Review correspondence from Todd Pollack regarding DIP loan documents | 0.50 | | 262.50 |
| 02/24/11 | GRL | Review flash report | 0.30 | | 157.50 |
| 02/24/11 | GRL | Review and revised cash collateral order | 0.70 | | 367.50 |
| 02/24/11 | GRL | Review agenda for call | 0.10 | | 52.50 |
| 02/24/11 | GRL | Draft correspondence to Harvey Strickon and Elizabetta Gasparini regarding flash report | 0.10 | | 52.50 |
| 02/24/11 | GRL | Telephone call to David Mannon regarding same | 0.10 | | 52.50 |
| 02/24/11 | GRL | Draft correspondence to Elisabetta Gasparini and Harvey Strickon regarding cash collateral order | 0.10 | | 52.50 |
| 02/28/11 | GRL | Review correspondence from Sean Southard regarding cash collateral objection | 0.10 | | 52.50 |
| 02/28/11 | GRL | Review correspondence from James Sullvan regarding financing | 0.10 | | 52.50 |
| 02/28/11 | GRL | Review correspondence from Robert D. Nosek regarding same | 0.10 | | 52.50 |
| 02/28/11 | GRL | Review correspondence from Sean Southard regarding loan documents | 0.10 | | 52.50 |
| 02/28/11 | KPS | Telephone call to Gerard R. Luckman regarding status of use of cash collateral | 0.20 | | 125.00 |
| 02/28/11 | RDN | Correspond with Gerard R. Luckman and James Sullivan regarding party interested in providing DIP financing | 0.20 | | 79.00 |
| 03/01/11 | GRL | Telephone call from Gary Herwitz regarding financing and retention application | 0.30 | | 157.50 |
| 03/01/11 | GRL | Review correspondence from Elizabetta Gasparini regarding comments to cash collateral | 0.10 | | 52.50 |
| 03/01/11 | GRL | Review correspondence from Sean Southard regarding cash collateral objections | 0.10 | | 52.50 |
| 03/01/11 | GRL | Conference with Kenneth P. Silverman regarding | 0.10 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 71 |
|---|---|---|---|---|---|
| | | cash collateral | | | |
| 03/01/11 | GRL | Review correspondence from Sean Southard regarding cash collateral order and adjournment | 0.10 | | 52.50 |
| 03/01/11 | GRL | Review revisions to cash collateral order | 0.20 | | 105.00 |
| 03/01/11 | GRL | Draft correspondence to Sean Southard regarding cash collateral revisions | 0.10 | | 52.50 |
| 03/01/11 | GRL | Review correspondence from Sean Southard regarding calling Harvey Strickon | 0.10 | | 52.50 |
| 03/01/11 | GRL | Review correspondence from Harvey Strickon regarding cash collateral | 0.10 | | 52.50 |
| 03/01/11 | GRL | Review correspondence from Gary Herwitz regarding conference call | 0.10 | | 52.50 |
| 03/01/11 | GRL | Review correspondence from Christina Chiu regarding weekly memo | 0.10 | | 52.50 |
| 03/01/11 | GRL | Draft correspondence to Sean Southard regarding same | 0.10 | | 52.50 |
| 03/01/11 | KPS | Conference with Gerard R. Luckman regarding cash collateral order; DIP financing sale of real property | 0.30 | | 187.50 |
| 03/01/11 | RDN | Correspondence to Sean Southard regarding cash collateral order (.1); review correspondence from same and Gerard R. Luckman regarding comments (.1) | 0.20 | | 79.00 |
| 03/01/11 | PM | Review DIP Loan Agreement .4 | 0.40 | | 210.00 |
| 03/02/11 | GRL | Review correspondence from Sean Southard regarding objection to use of cash collateral | 0.30 | | 157.50 |
| 03/02/11 | GRL | Conference with Peter Marullo regarding title request | 0.20 | | 105.00 |
| 03/02/11 | GRL | Telephone call from Sean Southard regarding cash collateral | 0.30 | | 157.50 |
| 03/02/11 | GRL | Review correspondence from Gary Herwitz regarding DIP Accounts | 0.10 | | 52.50 |
| 03/02/11 | GRL | Review correspondence from Gary Herwitz regarding DIP accounts | 0.10 | | 52.50 |
| 03/02/11 | RDN | Review objection by Committee to cash collateral usage (.2) and discuss with Gerard R. Luckman (.2) | 0.40 | | 158.00 |
| 03/02/11 | RDN | Review response of Gary Herwitz regarding testifying on cash collateral as necessary | 0.10 | | 39.50 |
| 03/02/11 | RDN | Review correspondence from Harvey Stricken regarding cash collateral issues | 0.10 | | 39.50 |
| 03/02/11 | RDN | Review Debtor's flash report (.2); review correspondence from Gary Herwitz, Gerard R. Luckman and Harvey Stricken regarding same (.2) | 0.40 | | 158.00 |
| 03/02/11 | PM | Review loan agreement (.9); review title report and recorded documents/ exhibits (1.4); discuss loan | 2.80 | | 1,470.00 |

059611    M. Slavin & Sons, Ltd.                            Invoice # 81332        Page    72

|  |  | agreement with Gerard Luckman (.2) |  |  |
| --- | --- | --- | --- | --- |
| 03/03/11 | GRL | Review Gary's comments to DIP Agreement | 0.30 | 157.50 |
| 03/03/11 | GRL | Review correspondence from Harvey Strickon regarding Flash report | 0.10 | 52.50 |
| 03/03/11 | GRL | Telephone call to Harvey Strickon regarding same | 0.10 | 52.50 |
| 03/03/11 | GRL | Draft correspondence to Sean Southard, Elizabetta Gasparini regarding adjournment | 0.10 | 52.50 |
| 03/03/11 | GRL | Conference call with Sean Southard and Harvey Strickon in part regarding objection | 0.10 | 52.50 |
| 03/03/11 | GRL | Draft correspondence to parties in interest regarding adjournment | 0.10 | 52.50 |
| 03/03/11 | GRL | Review correspondence from Gary Herwitz regarding loan documents | 0.10 | 52.50 |
| 03/03/11 | GRL | Review loan documents | 0.30 | 157.50 |
| 03/03/11 | GRL | Draft correspondence to Gary Herwitz regarding same | 0.10 | 52.50 |
| 03/03/11 | GRL | Conference with Peter Marullo regarding DIP agreement and call into lenders counsel regarding same | 0.90 | 472.50 |
| 03/03/11 | GRL | Review correspondence from Gary Herwitz regarding comments to DIP Agreement | 0.10 | 52.50 |
| 03/03/11 | GRL | Review correspondence from Gary Herwitz regarding flash request | 0.10 | 52.50 |
| 03/03/11 | GRL | Review correspondence from Harvey Strickon regarding adjournment | 0.10 | 52.50 |
| 03/03/11 | GRL | Draft correspondence to parties in interest regarding adjournment of cash collateral hearing | 0.10 | 52.50 |
| 03/03/11 | GRL | Review correspondence from Harvey Strickon regarding adjourned hearing | 0.10 | 52.50 |
| 03/03/11 | KPS | Conference with Gerard R. Luckman regarding cash collateral financial materials | 0.20 | 125.00 |
| 03/03/11 | RDN | Review comments from Gary Herwitz to cash collateral order | 0.10 | 39.50 |
| 03/03/11 | PM | Conference call with attorneys for DIP Lender to discuss loan transaction and due diligence (.4); review ECB and violations search (.4); meeting with Gerard Luckman to review loan agreement (.9) | 1.70 | 892.50 |
| 03/04/11 | GRL | Conference with Katina Brountzas regarding DIP motion | 0.30 | 157.50 |
| 03/04/11 | GRL | Review correspondence from Gary Herwitz regarding interest calculation | 0.10 | 52.50 |
| 03/04/11 | GRL | Review correspondence from Gary Herwitz regarding lenders discoveries | 0.10 | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 73 |
|---|---|---|---|---|---|
| 03/04/11 | RDN | Review correspondence and information from Gary Herwitz regarding Debtor's efforts to obtain DIP funding | 0.20 | | 79.00 |
| 03/04/11 | KB | Review terms of proposed DIP financing | 0.50 | | 162.50 |
| 03/04/11 | PM | Call to DIP Lender atty to discuss loan agreement | 0.20 | | 105.00 |
| 03/07/11 | GRL | Review correspondence from Harvey Strickon regarding no agreement to Committee change | 0.10 | | 52.50 |
| 03/07/11 | GRL | Review correspondence from Sean Southard regarding same | 0.10 | | 52.50 |
| 03/07/11 | GRL | Telephone call from Gary Herwitz regarding bank documents | 0.10 | | 52.50 |
| 03/07/11 | GRL | Conference call with Peter Marullo, Todd Pollack regarding DIP loan | 0.50 | | 262.50 |
| 03/07/11 | KPS | Conference with Gerard R. Luckman regarding preparation of DIP financing documents | 0.20 | | 125.00 |
| 03/07/11 | RDN | Review correspondence from Harvey Stricken and Sean Southard regarding Committee's proposed interim cash collateral order comments | 0.20 | | 79.00 |
| 03/07/11 | RDN | Review correspondence from Harvey Stricken and Sean Southard regarding interim cash collateral order | 0.10 | | 39.50 |
| 03/07/11 | PM | Conference call with Glachman and Pollack to discuss loan agreement (.5); review due diligence, title review list from lender (.2) review title report (.2) | 0.90 | | 472.50 |
| 03/08/11 | GRL | Review correspondence from James Sullivan regarding call to Herwitz regarding DIP financing | 0.10 | | 52.50 |
| 03/08/11 | GRL | Review correspondence from Todd Pollack regarding subordination lien issues | 0.10 | | 52.50 |
| 03/08/11 | GRL | Draft correspondence to Todd Pollack responding to same | 0.10 | | 52.50 |
| 03/08/11 | GRL | Draft correspondence to Gary Herwitz regarding lender's position | 0.10 | | 52.50 |
| 03/08/11 | GRL | Review correspondence from Gary Herwitz regarding bank documents | 0.10 | | 52.50 |
| 03/08/11 | GRL | Review correspondence from Robert D. Nosek responding to same | 0.10 | | 52.50 |
| 03/08/11 | KPS | Conference with Gerard R. Luckman regarding proposed DIP financing and related cash flow activities | 0.20 | | 125.00 |
| 03/08/11 | RDN | Correspond with James Sullivan regarding possible debtor interest in post-petition funding | 0.20 | | 79.00 |
| 03/08/11 | PM | Call from Todd Pollack regarding subordinate liens (.2); discuss with Gerard Luckman (.1) | 0.30 | | 157.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 74 |
|--------|------------|-------------|------|------|------|
| 03/09/11 | GRL | Review correspondence from Katina Brountzas regarding DIP motion | 0.10 | | 52.50 |
| 03/09/11 | GRL | Draft correspondence to Katina Brountzas responding to DIP motion | 0.10 | | 52.50 |
| 03/09/11 | GRL | Review correspondence from Katina Brountzas regarding DIP terms | 0.10 | | 52.50 |
| 03/09/11 | GRL | Draft correspondence to Gary Herwitz responding to same | 0.30 | | 157.50 |
| 03/09/11 | GRL | Telephone call to Todd Pollack regarding Junior liens | 0.10 | | 52.50 |
| 03/09/11 | GRL | Review correspondence from Gary Herwitz regarding same | 0.10 | | 52.50 |
| 03/09/11 | GRL | Draft correspondence to Gary Herwitz regarding calling Morris Massry | 0.10 | | 52.50 |
| 03/09/11 | GRL | Conference with Kenneth P. Silverman regarding cash collateral, email from Mitchell | 0.20 | | 105.00 |
| 03/09/11 | GRL | Review correspondence from Gary Herwitz regarding Middlegate loan | 0.10 | | 52.50 |
| 03/09/11 | GRL | Review correspondence from Morris Massry regarding same | 0.10 | | 52.50 |
| 03/09/11 | GRL | Telephone call from Gary Herwitz regarding projection | 0.20 | | 105.00 |
| 03/09/11 | GRL | Review correspondence from Gary Herwitz regarding junior position | 0.10 | | 52.50 |
| 03/09/11 | KPS | Conference with Robert D. Nosek and Gerard R. Luckman regarding cash collateral; DIP financing; forensic analysis | 0.40 | | 250.00 |
| 03/09/11 | RDN | Review correspondence from Gary Herwitz and Morris Missry regarding Middlegate DIP financing proposal | 0.20 | | 79.00 |
| 03/09/11 | RDN | Review correspondence and interim DIP budget related to cash collateral usage | 0.30 | | 118.50 |
| 03/09/11 | KB | Confer with Gerard R. Luckman (.3) , review proposed loan documents and draft motion for Interim DIP financing | 4.20 | | 1,365.00 |
| 03/10/11 | GRL | Review correspondence from Harvey Strickon regarding source of returns | 0.10 | | 52.50 |
| 03/10/11 | GRL | Draft correspondence to Harvey Strickon responding to same | 0.10 | | 52.50 |
| 03/10/11 | GRL | Review projections | 0.40 | | 210.00 |
| 03/10/11 | GRL | Review correspondence from Harvey Strickon regarding retainer paid | 0.10 | | 52.50 |
| 03/10/11 | GRL | Conference with Katina Brountzas regarding DIP motion | 0.10 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 75 |
|--------|------------------------|--|-----------------|------|-----|
| 03/10/11 | GRL | Review correspondence from Gary Herwitz regarding DIP filing | 0.10 | | 52.50 |
| 03/10/11 | GRL | Draft correspondence to Gary Herwitz responding to same | 0.10 | | 52.50 |
| 03/10/11 | GRL | Review correspondence from Gary Herwitz regarding financial forecast | 0.30 | | 157.50 |
| 03/10/11 | RDN | Review correspondence from James Wexler regarding offer of pledging assets to secured loans | 0.20 | | 79.00 |
| 03/10/11 | KB | Further review and revise motion for DIP lending (1.5); | 0.10 | | 32.50 |
| 03/10/11 | KB | Further revise caselaw with respect to DIP motion | 0.70 | | 227.50 |
| 03/11/11 | GRL | Review correspondence from Gary Herwitz regarding flash report | 0.10 | | 52.50 |
| 03/11/11 | GRL | Review flash report | 0.10 | | 52.50 |
| 03/11/11 | GRL | Draft correspondence to counsel to Bank and Committee regarding same | 0.10 | | 52.50 |
| 03/11/11 | KPS | Conference with Gerard R. Luckman regarding Debtor-in-Possession financing and subordinating liens | 0.30 | | 187.50 |
| 03/12/11 | GRL | Review committee objection to cash collateral use | 0.30 | | 157.50 |
| 03/14/11 | GRL | Review objection filed by Harvey Strickon to request cash collateral | 0.30 | | 157.50 |
| 03/14/11 | GRL | Conference with Katina Brountzas regarding collateral and agenda | 0.20 | | 105.00 |
| 03/14/11 | GRL | Review and revised agenda for hearing on 3/15 | 0.10 | | 52.50 |
| 03/14/11 | GRL | Review correspondence from Harvey Strickon regarding agenda | 0.10 | | 52.50 |
| 03/14/11 | GRL | Draft correspondence to Harvey Strickon responding to same | 0.10 | | 52.50 |
| 03/14/11 | GRL | Telephone call from Mitchell Slavin regarding status | 0.20 | | 105.00 |
| 03/14/11 | KPS | Telephone call from Gary Herwitz regarding hearing on continued use of cash collateral | 0.20 | | 125.00 |
| 03/14/11 | KB | Draft proposed final order to approve debtor's use of cash collateral (.7); confer with Gerard R. Luckman regarding same (.1); | 0.80 | | 260.00 |
| 03/14/11 | KB | Review objection to use of cash collateral and email Robert D. Nosek and Gerard R. Luckman | 0.20 | | 65.00 |
| 03/15/11 | GRL | Conference with Katina Brountzas regarding cash collateral order | 0.30 | | 157.50 |
| 03/15/11 | GRL | Prepared for and attend hearing on cash collateral and ISI; related conference with Gary Herwitz and John Lavin regarding same | 5.20 | | 2,730.00 |

059611    M. Slavin & Sons, Ltd.                                    Invoice # 81332        Page    76

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/15/11 | GRL | Review correspondence from Harvey Strickon regarding interest payment | 0.10 | 52.50 |
| 03/15/11 | GRL | Draft correspondence to Harvey Strickon responding to same | 0.10 | 52.50 |
| 03/15/11 | GRL | Telephone call from counsel to CED regarding DIP financing | 0.20 | 105.00 |
| 03/15/11 | GRL | Review correspondence from Harvey Strickon regarding February interest | 0.10 | 52.50 |
| 03/15/11 | KPS | Prepare for and attend hearing on continued use of cash collateral with Gerard R. Luckman; confer with Gary Herwitz, John Lavin and Gerard R. Luckman in preparation of hearing; confer with committee counsel regarding continued operations, business plan and prospects for reorganization; confer with bank counsel over continued use of cash collateral | 4.00 | 2,500.00 |
| 03/15/11 | RDN | Review correspondence from Sean Southard regarding interim cash collateral order, and review draft order | 0.20 | 79.00 |
| 03/16/11 | RDN | Review correspondence from Harvey Stricken, Sean Southard, Ronald Clifford, and Elisabetta Gasparini regarding comments to interim cash collateral order | 0.30 | 118.50 |
| 03/16/11 | KB | Review proposed order as provided by United States Trustee and committee | 0.20 | 65.00 |
| 03/17/11 | RDN | Review correspondence from Sean Southard regarding interim cash collateral order | 0.10 | 39.50 |
| 03/17/11 | KB | Review revised DIP agreement | 0.30 | 97.50 |
| 03/18/11 | RDN | Review correspondence between Sean Southard, Elisabetta Gasparini, and Harvey Stricken regarding form of interim cash collateral order | 0.30 | 118.50 |
| 03/18/11 | RDN | Review interim cash collateral order entered by the Court | 0.20 | 79.00 |
| 03/21/11 | GRL | Conference call with Gary Herwitz and Ron Clifford regarding DIP financing | 0.10 | 52.50 |
| 03/21/11 | GRL | Review sales balances by date | 0.10 | 52.50 |
| 03/21/11 | PM | Review title report (.3); call to title company regarding survey quotes (.2) | 0.50 | 262.50 |
| 03/22/11 | GRL | Review correspondence from Gary Herwitz regarding loan documents | 0.10 | 52.50 |
| 03/22/11 | GRL | Review correspondence from Gary Herwitz to John Lavin regarding documents requested | 0.10 | 52.50 |
| 03/22/11 | GRL | Review correspondence from Harvey Strickon regarding payments due | 0.10 | 52.50 |
| 03/22/11 | GRL | Review order approving use of cash collateral | 0.40 | 210.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 77 |
|---|---|---|---|---|---|
| 03/22/11 | GRL | Draft correspondence to Harvey Strickon responding to same | 0.10 | | 52.50 |
| 03/22/11 | GRL | Review correspondence from John Lavin regarding making interest payment | 0.10 | | 52.50 |
| 03/22/11 | GRL | Draft correspondence to John Lavin responding to same | 0.10 | | 52.50 |
| 03/22/11 | GRL | Conference call with counsel to EDC, Gary Herwitz regarding financing | 0.30 | | 157.50 |
| 03/22/11 | GRL | Telephone call to Gary Herwitz regarding same | 0.20 | | 105.00 |
| 03/22/11 | GRL | Review correspondence from Gary Herwitz regarding interest payments | 0.10 | | 52.50 |
| 03/22/11 | AN | Review Interim Order signed on 3/18/2011 Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying The Automatic Stay And (D) Scheduling A Final Hearing (.1); update firm calendar for hearing date (.1) | 0.20 | | 35.00 |
| 03/22/11 | PM | Review changes to loan documents (.3); call to title company regarding surveys (.2) | 0.50 | | 262.50 |
| 03/23/11 | GRL | Review correspondence from Ron Clifford regarding loan documents | 0.10 | | 52.50 |
| 03/23/11 | GRL | Telephone call to Ron Clifford regarding proposal for filing | 0.10 | | 52.50 |
| 03/23/11 | GRL | Review correspondence from Ron Clifford regarding meeting with his client | 0.10 | | 52.50 |
| 03/23/11 | KPS | Conference with Gerard R. Luckman regarding DIP financing; cash flow projections; cash collateral issues; creditor rebates; accounts receivable collections | 0.50 | | 312.50 |
| 03/23/11 | PM | Review and revise Surrender Agreement, Guaranties and Note; call to title company | 1.30 | | 682.50 |
| 03/24/11 | GRL | Review correspondence from Gary Herwitz regarding conversation with lender | 0.10 | | 52.50 |
| 03/24/11 | GRL | Draft correspondence to Gary Herwitz responding to same | 0.10 | | 52.50 |
| 03/24/11 | PM | Review and comment on Mortgage | 3.00 | | 1,575.00 |
| 03/25/11 | GRL | Review correspondence from Gary Herwitz regarding flash report | 0.30 | | 157.50 |
| 03/25/11 | GRL | Review correspondence from Fred Ringel regarding form of order | 0.10 | | 52.50 |
| 03/25/11 | GRL | Review correspondence from Gary Herwitz regarding DIP documents | 0.10 | | 52.50 |
| 03/25/11 | GRL | Review correspondence from Kenneth P. Silverman regarding same | 0.10 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | | Page | 78 |
|--------|------|------|------|------|------|------|
| 03/25/11 | GRL | Draft correspondence to Kenneth P. Silverman regarding review of agreements | 0.10 | | | 52.50 |
| 03/25/11 | GRL | Review correspondence from Gary Herwitz regarding possible other lenders | 0.10 | | | 52.50 |
| 03/25/11 | GRL | Draft correspondence to Gary Herwitz responding to same | 0.10 | | | 52.50 |
| 03/25/11 | GRL | Draft DIP loan agreement | 0.50 | | | 262.50 |
| 03/25/11 | GRL | Review correspondence from Gary Herwitz regarding conditions to closing | 0.10 | | | 52.50 |
| 03/25/11 | GRL | Draft correspondence to Gary Herwitz regarding same | 0.10 | | | 52.50 |
| 03/25/11 | GRL | Draft correspondence to Harvey Strickon regarding South Street properties appraisal | 0.10 | | | 52.50 |
| 03/25/11 | GRL | Review correspondence from Gary Herwitz regarding financing | 0.10 | | | 52.50 |
| 03/25/11 | GRL | Draft correspondence to Gary Herwitz responding to same | 0.10 | | | 52.50 |
| 03/25/11 | GRL | Review correspondence from Ron Clifford regarding response from CED | 0.10 | | | 52.50 |
| 03/25/11 | GRL | Review security agreement and guaranty | 0.40 | | | 210.00 |
| 03/25/11 | GRL | Conference with Peter Marullo regarding financing | 0.20 | | | 105.00 |
| 03/25/11 | GRL | Review correspondence from Gary Herwitz regarding subordination issues | 0.10 | | | 52.50 |
| 03/25/11 | GRL | Draft correspondence to Kenneth P. Silverman regarding deal issues and appraisal of non-debtor entities | 0.10 | | | 52.50 |
| 03/25/11 | GRL | Review correspondence from Gary Herwitz regarding conditions of financing | 0.10 | | | 52.50 |
| 03/25/11 | KPS | Review numerous emails concerning use of cash collateral, DIP financing and management issues; confer with Gerard R. Luckman | 0.80 | | | 500.00 |
| 03/25/11 | PM | Revise Mortgage (1.2); discuss Mortgage issues with Gerald Luckman (.3) | 1.50 | | | 787.50 |
| 03/27/11 | GRL | Draft motion to approve DIP financing | 0.80 | | | 420.00 |
| 03/28/11 | GRL | Conference with Robert D. Nosek regarding DIP financing and call with Cometrics | 0.10 | | | 52.50 |
| 03/28/11 | GRL | Review correspondence from Ron Clifford regarding DIP financing | 0.10 | | | 52.50 |
| 03/28/11 | GRL | Draft correspondence to Ron Clifford regarding same | 0.10 | | | 52.50 |
| 03/28/11 | PM | Review comments to Mortgage (.2); discuss mortgage issues with H. Slavin (.2); discuss client objection to DIP financing with Kenneth P. Silverman and Gerard Luckman (.2) | 0.60 | | | 315.00 |

059611    M. Slavin & Sons, Ltd.                              Invoice # 81332        Page    79

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 03/30/11 | GRL | Review correspondence from Gary Herwitz regarding cash flow | 0.10 | 52.50 |
| 03/30/11 | GRL | Draft correspondence to Gary Herwitz responding to same | 0.10 | 52.50 |
| 03/30/11 | GRL | Review correspondence from Gary Herwitz regarding accrued expenses | 0.10 | 52.50 |
| 03/30/11 | GRL | Draft correspondence to Gary Herwitz responding to same | 0.10 | 52.50 |
| 04/05/11 | GRL | Telephone call from Joe Sarachek regarding financing business | 0.20 | 105.00 |
| 04/05/11 | GRL | Review correspondence from Yofete regarding sales by date | 0.10 | 52.50 |
| 04/05/11 | GRL | Review correspondence from Yofete regarding sales report | 0.10 | 52.50 |
| 04/05/11 | GRL | Review correspondence from Gary Herwitz regarding DIP documents | 0.10 | 52.50 |
| 04/05/11 | GRL | Draft correspondence to Gary Herwitz responding to same | 0.20 | 105.00 |
| 04/05/11 | KPS | Review Middlegate DIP finance issue and confer with Gerard R. Luckman regarding status | 0.20 | 125.00 |
| 04/05/11 | RDN | Review correspondence from Gary Herwitz and Gerard R. Luckman regarding status of Middlegate DIP financing proposal | 0.20 | 79.00 |
| 04/07/11 | GRL | Review correspondence from Harvey Strickon regarding budget items | 0.10 | 52.50 |
| 04/07/11 | GRL | Telephone call to Walter Jones regarding budget item | 0.10 | 52.50 |
| 04/07/11 | GRL | Telephone call to Harvey Strickon regarding same | 0.10 | 52.50 |
| 04/07/11 | GRL | Telephone call from Harvey Strickon regarding cash collateral | 0.20 | 105.00 |
| 04/08/11 | KPS | Conference with Gerard R. Luckman regarding finalization of cash collateral order | 0.20 | 125.00 |
| 04/08/11 | RDN | Review limited objection of Committee to final cash collateral order | 0.30 | 118.50 |
| 04/11/11 | GRL | Review banks response to committee objection | 0.20 | 105.00 |
| 04/11/11 | GRL | Review correspondence from Sean Southard regarding appraisal on other properties | 0.10 | 52.50 |
| 04/11/11 | GRL | Review correspondence from Sean Southard regarding South Street proposals | 0.10 | 52.50 |
| 04/11/11 | GRL | Telephone call from Sean Southard regarding meeting | 0.30 | 157.50 |
| 04/11/11 | GRL | Review correspondence from Harvey Strickon regarding appraisals | 0.10 | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 80 |
|---|---|---|---|---|---|
| 04/11/11 | GRL | Review correspondence from Sean Southard regarding South Street appraisal | 0.10 | | 52.50 |
| 04/11/11 | RDN | Review objection of Capital One to use of cash collateral | 0.20 | | 79.00 |
| 04/11/11 | KB | Call with Counsel to the committee to discuss pending objection to cash collateral, objection of Export, comdata and financial reporting of the Debtor | 0.30 | | 97.50 |
| 04/11/11 | KB | Review objections filed to use of cash collateral | 0.50 | | 162.50 |
| 04/12/11 | GRL | Review correspondence from Gary Herwitz regarding budget issues | 0.10 | | 52.50 |
| 04/12/11 | GRL | Draft correspondence to Gary Herwitz responding to same | 0.10 | | 52.50 |
| 04/12/11 | GRL | Review correspondence from Harvey Strickon regarding appraisals | 0.10 | | 52.50 |
| 04/12/11 | GRL | Review correspondence from Harvey Strickon regarding fees | 0.10 | | 52.50 |
| 04/12/11 | GRL | Conference call with committee and CoMetrics regarding cash collateral budgets | 1.00 | | 525.00 |
| 04/12/11 | GRL | Conference with Kenneth P. Silverman regarding cash collateral | 0.50 | | 262.50 |
| 04/12/11 | GRL | Review correspondence from Sean Southard regarding appraisal | 0.10 | | 52.50 |
| 04/12/11 | GRL | Draft correspondence to Sean Southard responding to same | 0.10 | | 52.50 |
| 04/12/11 | GRL | Review 7 week flash report | 0.40 | | 210.00 |
| 04/12/11 | KPS | Conference with Gerard R. Luckman regarding preparation for cash collateral hearing | 0.20 | | 125.00 |
| 04/12/11 | KPS | Conference with Gerard R. Luckman regarding preparation for hearing on final cash collateral order and related issues | 0.50 | | 312.50 |
| 04/12/11 | KB | Conference call with Committee Counsel, Committee Counsel Financial Advisor, Cometrics and Gerard R. Luckman  to discuss the proposed budget, cash collateral and status of the case | 1.00 | | 325.00 |
| 04/12/11 | KB | Prepare and review documents in connection with conference call with committee and financial advisors | 0.30 | | 97.50 |
| 04/12/11 | KB | Review budgets provided by the Debtors in preparation for hearing before the Court tomorrow. | 0.30 | | 97.50 |
| 04/12/11 | KB | Further review and revise agenda, including revisions to Cash Collateral motion section and declaration in support of rebate motion | 0.50 | | 162.50 |
| 04/13/11 | GRL | Prepare for and attend hearing on cash collateral customer practices and CoMetrix retention | 5.60 | | 2,940.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 81 |
|---|---|---|---|---|---|
| 04/13/11 | GRL | Telephone call from Kenneth P. Silverman regarding cash collateral | 0.20 | | 105.00 |
| 04/13/11 | GRL | Telephone call to Katina Brountzas regarding finalizing orders & submitting to chambers | 0.20 | | 105.00 |
| 04/13/11 | GRL | Telephone call from Cindy Slavin regarding hearing results | 0.10 | | 52.50 |
| 04/13/11 | KPS | Conference with Robert D. Nosek regarding valuation of real property for cash collateral hearing | 0.20 | | 125.00 |
| 04/13/11 | KPS | Telephone call from Gerard R. Luckman regarding status report on hearing final cash collateral hearing | 0.20 | | 125.00 |
| 04/14/11 | GRL | Review correspondence from Sean Southard regarding form of order | 0.10 | | 52.50 |
| 04/14/11 | GRL | Draft correspondence to Sean Southard responding to same | 0.10 | | 52.50 |
| 04/14/11 | GRL | Review correspondence from Sean Southard regarding confirming agreement on order | 0.10 | | 52.50 |
| 04/14/11 | GRL | Draft correspondence to Sean Southard responding to same | 0.10 | | 52.50 |
| 04/14/11 | GRL | Review correspondence from Richard Maltz regarding valuation | 0.10 | | 52.50 |
| 04/14/11 | GRL | Draft correspondence to Richard Maltz responding to same | 0.10 | | 52.50 |
| 04/15/11 | GRL | Review correspondence from Sean Southard regarding cash collected | 0.10 | | 52.50 |
| 04/15/11 | GRL | Conference with Katina Brountzas regarding same | 0.20 | | 105.00 |
| 04/15/11 | GRL | Review correspondence from Sean Southard regarding cash collateral order | 0.10 | | 52.50 |
| 04/15/11 | GRL | Review correspondence from Harvey Strickon regarding cash collateral order | 0.10 | | 52.50 |
| 04/15/11 | GRL | Review correspondence from Ivan Zubin regarding April sales | 0.10 | | 52.50 |
| 04/15/11 | GRL | Review correspondence from Katina Brountzas regarding transcript ordered | 0.10 | | 52.50 |
| 04/15/11 | GRL | Review cash collateral order | 0.30 | | 157.50 |
| 04/15/11 | KB | Review email from Creditors' Committee regarding cash collateral (.1); review cash collateral (.3) | 0.40 | | 130.00 |
| 04/15/11 | KB | Confer with Gerard R. Luckman  regarding draft of Cash collateral order (.2) | 0.20 | | 65.00 |
| 04/15/11 | KB | Draft correspondence  to Secured lender and Counsel to the Committee regarding proposed order relating of cash collateral. | 0.20 | | 65.00 |
| 04/15/11 | KB | Review email from UCC regarding hearing on cash collateral order and respond (.2); | 0.20 | | 65.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 82 |
|---|---|---|---|---|---|
| 04/15/11 | KB | Email from Secured lender discussing revisions to proposed order approving cash collateral and review response from UCC | 0.30 | | 97.50 |
| 04/18/11 | GRL | Review correspondence from Katina Brountzas regarding transcript of cash collateral hearing | 0.10 | | 52.50 |
| 04/19/11 | GRL | Draft correspondence to Gary Herwitz regarding budget issues | 0.10 | | 52.50 |
| 04/19/11 | GRL | Review correspondence from Gary Herwitz regarding budget | 0.10 | | 52.50 |
| 04/19/11 | GRL | Review correspondence from Gary Herwitz regarding Signature bank accounts | 0.10 | | 52.50 |
| 04/19/11 | GRL | Review correspondence from Gary Herwitz regarding budget | 0.10 | | 52.50 |
| 04/20/11 | GRL | Conference with Kenneth P. Silverman regarding DIP loan | 0.40 | | 210.00 |
| 04/20/11 | GRL | Review correspondence from Harvey Strickon regarding April interest payment | 0.10 | | 52.50 |
| 04/20/11 | GRL | Draft correspondence to Gary Herwitz and Mitchell Slavin regarding same | 0.10 | | 52.50 |
| 04/20/11 | KPS | Conference with Gerard R. Luckman regarding voluntary use of funds to support cash flow projections; authorized loan to company | 0.40 | | 250.00 |
| 04/20/11 | KPS | Telephone call from Gary Herwitz regarding DIP financing; voluntary loans; restructuring plan | 0.40 | | 250.00 |
| 04/20/11 | KPS | Conference with Gerard R. Luckman regarding preparation of application for approval of DIP loan by principals | 0.20 | | 125.00 |
| 04/21/11 | GRL | Review correspondence from Gary Herwitz regarding monthly budget and review of budget | 0.50 | | 262.50 |
| 04/22/11 | GRL | Review correspondence from Katina Brountzas to counsel regarding transcript of hearing | 0.10 | | 52.50 |
| 04/22/11 | GRL | Review transcript | 0.40 | | 210.00 |
| 04/25/11 | GRL | Review transcript of hearing on cash collected | 0.50 | | 262.50 |
| 04/25/11 | GRL | Review correspondence from Sean Southard regarding proposed fees | 0.10 | | 52.50 |
| 04/25/11 | GRL | Review correspondence from Sean Southard regarding cash collateral transcript | 0.10 | | 52.50 |
| 04/25/11 | KPS | Telephone call to Gerard R. Luckman regarding cash flow and DIP financing issues | 0.20 | | 125.00 |
| 04/26/11 | GRL | Telephone call from Kenneth P. Silverman regarding cash collateral | 0.20 | | 105.00 |
| 04/26/11 | GRL | Review correspondence from Sean Southard regarding attorney's fees | 0.10 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 83 |
|---|---|---|---|---|---|
| 04/26/11 | GRL | Review correspondence from Sean Southard regarding financing | 0.10 | | 52.50 |
| 04/26/11 | GRL | Draft correspondence to Sean Southard responding to same | 0.10 | | 52.50 |
| 04/26/11 | GRL | Review correspondence from Gary Herwitz regarding DIP loan | 0.10 | | 52.50 |
| 04/26/11 | GRL | Draft correspondence to Gary Herwitz responding to same | 0.10 | | 52.50 |
| 04/26/11 | GRL | Review correspondence from Kenneth P. Silverman regarding DIP loan | 0.10 | | 52.50 |
| 04/26/11 | GRL | Draft correspondence to Kenneth P. Silverman responding to same | 0.10 | | 52.50 |
| 04/26/11 | KPS | Conference with Gerard R. Luckman regarding preparation and filing of cash collateral order; negotiation of terms with Capital One | 0.20 | | 125.00 |
| 04/27/11 | GRL | Review correspondence from Kenneth P. Silverman regarding DIP plan | 0.10 | | 52.50 |
| 04/27/11 | GRL | Review correspondence from Harlan Lazarus regarding loan from insider | 0.10 | | 52.50 |
| 04/27/11 | GRL | Review correspondence from Sean Southard regarding officers loans | 0.10 | | 52.50 |
| 04/28/11 | KPS | Conference with Gerard R. Luckman regarding resolution of Capital One security position; final cash collateral order; Point Judith property | 0.20 | | 125.00 |
| | | **Subtotal**        **Financing** | 98.65 | | $49,336.25 |

Litigation

| 02/14/11 | GRL | Review correspondence from John Lavin regarding complaint filed | 0.10 | | 52.50 |
|---|---|---|---|---|---|
| 02/14/11 | GRL | Review complaint from Hickory Smoked Salmon | 0.20 | | 105.00 |
| 02/14/11 | KPS | Conference with Gerard R. Luckman regarding cash collateral budget issues | 0.20 | | 125.00 |
| 02/15/11 | KPS | Telephone call to Gerard R. Luckman regarding results of cash collateral hearing and use of cash collateral and first day orders | 0.30 | | 187.50 |
| 02/22/11 | GRL | Review correspondence from O'connor and Mangan P.C. regarding litigation | 0.10 | | 52.50 |
| 02/22/11 | RDN | Telephone calls to Jeffrey Swyers and Andrew Monteleone regarding complaint filed against Slavin regarding unpaid union benefits dues - left messages (.1); conferences with Gerard R. Luckman regarding same (.2); telephone calls from Jeffrey Swyers regarding bankruptcy filing and method of proceeding (.2); review complaint and accompanying | 0.90 | | 355.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 84 |
|---|---|---|---|---|---|
| | | documents (.4) | | | |
| 03/07/11 | RDN | Draft letter to Harlan Lazarus regarding pending Union Fund action | 0.20 | | 79.00 |
| 03/08/11 | RDN | Telephone call from Gregg Rioli, Esq. regarding EOC action settlement | 0.40 | | 158.00 |
| 03/08/11 | RDN | Telephone call with Tom Torto regarding open legal matters, both as plaintiff and defendant | 0.20 | | 79.00 |
| 03/14/11 | GRL | Review correspondence from Trini Atanasia regarding litigation matter | 0.10 | | 52.50 |
| 03/14/11 | GRL | Draft correspondence to Trini Atanasia responding to same | 0.10 | | 52.50 |
| 03/14/11 | GRL | Review correspondence from Trini Atanasia regarding Mitchell needing counsel | 0.10 | | 52.50 |
| 03/14/11 | GRL | Draft correspondence to Trini Atanasia responding to same | 0.10 | | 52.50 |
| 03/14/11 | GRL | Multiple emails with Mitchell Slavin regarding litigation | 0.40 | | 210.00 |
| 03/14/11 | KPS | Telephone call from Steve Levitt regarding preparation of responsive papers to order to show cause enjoining Trust Administrator from performing job | 0.40 | | 250.00 |
| 03/14/11 | KPS | Telephone call to Scott Mandalup regarding preparation of opposition to order to show cause enjoining trustee | 0.50 | | 312.50 |
| 03/16/11 | RDN | Telephone call with John Lavin regarding Hickory Smokehouse lawsuit in Florida against the Debtor and Mitchell Slavin | 0.20 | | 79.00 |
| 03/25/11 | GRL | Review correspondence from Trini Atanasia regarding Julio Pereira layoff | 0.10 | | 52.50 |
| 03/29/11 | KB | Review Committee objection to Cometrics (.3) confer with Robert D. Nosek and Gerard R. Luckman | 0.50 | | 162.50 |
| 04/04/11 | GRL | Review correspondence from Harlan Lazarus regarding insurance defense coverage | 0.10 | | 52.50 |
| 04/05/11 | KPS | Conference with Gerard R. Luckman regarding preparation for committee meeting; prepare an agenda | 0.20 | | 125.00 |
| 04/05/11 | KPS | Telephone call from Sean Southard regarding preparation for committee meeting | 0.40 | | 250.00 |
| 04/05/11 | KPS | Conference with Robert D. Nosek and Gerard R. Luckman regarding preparation for committee meetings | 0.30 | | 187.50 |
| 04/06/11 | KPS | Preparation for creditors committee meeting; review agenda and review Cometrix financial information | 0.20 | | 125.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 85 |
|---|---|---|---|---|---|
| 04/07/11 | KPS | Telephone call from Gerard R. Luckman regarding preparation for conference with creditors' committee | 0.40 | | 250.00 |
| 04/07/11 | KPS | Telephone call from Gerard R. Luckman regarding preparation for final cash collateral hearing; evidentiary hearing on value | 0.20 | | 125.00 |
| 04/08/11 | KPS | Review financials and related materials; confer with Gerard R. Luckman regarding preparation for final cash collateral hearing | 0.20 | | 125.00 |
| 04/08/11 | KPS | Telephone call from Robert Rosenberg and Jonathan Berman regarding litigation strategy | 0.50 | | 312.50 |
| 04/12/11 | GRL | Telephone call from Rick Weiss of Konigsburg regarding personal injury action | 0.10 | | 52.50 |
| 04/15/11 | RDN | Telephone call with Diane Krebs regarding action by Union benefit fund against Debtor and its principals regarding strategy and background | 0.50 | | 197.50 |
| 04/19/11 | GRL | Conference with Robert D. Nosek regarding litigation claims and defense costs | 0.20 | | 105.00 |
| 04/26/11 | GRL | Telephone call from counsel to Stanley Slavin regarding pension litigation | 0.10 | | 52.50 |
| 04/26/11 | KPS | Conference with Richard Klein regarding collection of accounts receivable | 0.20 | | 125.00 |
| 04/27/11 | RDN | Telephone call with Sunu Chandy at the EEOC regarding settlement of action and bankruptcy court approval process | 0.25 | | 98.75 |
| 04/28/11 | RDN | Telephone call with Sunu Chandy at the EEOC regarding draft consent decree in litigation and seeking bankruptcy court approval | 0.20 | | 79.00 |
| 04/28/11 | RDN | Review draft consent decree in EEOC litigation and strategize manner in which agreement should be submitted to the Court for approval under 9019 | 0.40 | | 158.00 |
| | **Subtotal** | **Litigation** | 9.55 | | $4,891.25 |
| | **Plan/Disclose** | | | | |
| 03/08/11 | GRL | Telephone call from Mitch Slavin regarding projections | 0.25 | | 131.25 |
| 03/11/11 | GRL | Telephone call from Sean Southare regarding plan issues | 0.50 | | 262.50 |
| 03/30/11 | GRL | Review correspondence from Mitchell Slavin regarding plan provisions | 0.10 | | 52.50 |
| 03/30/11 | GRL | Draft correspondence to Mitchell Slavin responding to same | 0.10 | | 52.50 |
| 04/19/11 | GRL | Telephone call from Sean Southard regarding budget, plan prospects | 0.30 | | 157.50 |
| 04/20/11 | GRL | Telephone call from Gary Herwitz regarding plan | 0.30 | | 157.50 |

| 059611 | M. Slavin & Sons, Ltd. | structure | Invoice # 81332 | Page | 86 |

| 04/27/11 | KPS | Conference with Gerard R. Luckman regarding structuring plan process and related issues | 0.20 | 125.00 |

| | **Subtotal** | **Plan/Disclose** | 1.75 | $938.75 |

#### Ret Objection

| 02/22/11 | KB | Work with Andres Nunez regarding creditor matrix | 1.00 | 325.00 |
| 02/22/11 | KB | Call with United States Trustee regarding retention motion | 0.20 | 65.00 |
| 02/22/11 | KB | Review documents received from client and confer with Robert D. Nosek regarding retentions | 0.50 | 162.50 |
| 03/09/11 | KB | Conferences with Robert D. Nosek and further revise retention of Cometrics as per UST revisions | 1.50 | 487.50 |
| 03/09/11 | KB | Review email from Robert D. Nosek and United States Trustee regarding SA retention | 0.20 | 65.00 |
| 03/09/11 | GMD | E-filed Notice of Presentment, proposed order, Application and Affidavit in Support of same authorizing employment of SA LLP; e-filed Affidavit of Service regarding same | 0.80 | 76.00 |
| 03/10/11 | KB | Emails to and from United States Trustee regarding CoMetrics | 0.20 | 65.00 |
| 03/14/11 | KB | Revise proposed order for final approval of employment wages (.2); confer and further revise with Gerard R. Luckman (.2); review email from United States Trustee regarding same and confer with Gerard R. Luckman (.2); blackline and email to elisabetta (.2); review response of UST regarding employee wages (.1); confer with Robert D. Nosek regarding wages (.1); respond to United States Trustee regarding wages (.1); | 1.10 | 357.50 |
| 03/15/11 | KB | EMail Maltz retention to Gerard R. Luckman (.1); prepare and email to UST (.2); review email from UST (.1); further revise the proposed order and subsequently provide to UST for signature and prepare new order to be sent to court (.7) | 1.10 | 357.50 |
| 03/17/11 | KB | Confer with Andres Nunez and Robert Nosek and Andres Nunez regarding revisions for Cometrics retention application | 0.10 | 32.50 |
| 03/17/11 | KB | Review further revisions by United States Trustee to Cometrics applications and email to Gerard R. Luckman and Robert D. Nosek suggested resolution | 0.50 | 162.50 |
| 03/22/11 | KB | Review declaration executed by Herwitz and draft email to UST containing CoMetrics Application and discussing revisions | 0.40 | 130.00 |