| 059611 | | M. Slavin & Sons, Ltd. | Invoice # 81332 | Page | 87 |
|---|---|---|---|---|---|
| 03/22/11 | KB | Further address email from UST and work to compare prior versions (.5); email to and from United States Trustee regarding e signature to documents (.4); further review and revise final documents including revisions to notice of presentment (.4); revise addresses to service list and prepare service list (.5) | | 1.80 | 585.00 |
| 04/06/11 | KB | Email to Committee Counsel regarding Malz retention | | 0.30 | 97.50 |
| 04/08/11 | GRL | Review correspondence from Katina Brountzas regarding Maltz retention | | 0.10 | 52.50 |
| 04/08/11 | KB | Review response from the Committee with respect to the retention of Maltz (.2) confer with Gerard R. Luckman regarding same (.2) and email to R. Maltz regarding cap on expenses for the properties expanding its scope (.2) | | 0.60 | 195.00 |
| 04/12/11 | KB | Review and further revise the motion to retain special counsel (1.2); further review and revise the declaration of torto (.4); | | 1.60 | 520.00 |
| 04/12/11 | KB | Confer with Andres Nunez regarding 2016 statement (.2), review invoice printed on March 8th reflecting the balance pre-petition (.1), revise the 2016(b) statement and email to Gerard R. Luckman discussing the same (.3) | | 0.60 | 195.00 |
| | | **Subtotal** | **Ret Objection** | 12.60 | $3,931.00 |

**Ret Orders**

| 02/04/11 | KPS | Telephone call from Mitchell Slavin regarding sale of Brooklyn property; closure of Virginia; turnover of trucks | 0.25 | 156.25 |
|---|---|---|---|---|
| 02/15/11 | GRL | Conference with Katina Brountzas regarding retention application | 0.25 | 131.25 |
| 02/15/11 | KB | Draft initial Motion for retention of SilvermanAcampora as counsel to the Debtor. | 0.70 | 227.50 |
| 02/16/11 | KPS | Telephone call to David Maltz regarding sell and market Brooklyn properties | 0.20 | 125.00 |
| 02/17/11 | KPS | Conference with Gerard R. Luckman regarding retention of broker and sale of real property | 0.30 | 187.50 |
| 02/17/11 | AN | Telephone call to Debra Donovan at David Maltz and Co regarding Affidavit of Disinterestedness for broker retention | 0.10 | 17.50 |
| 02/17/11 | AN | Review email correspondence from Debra Donovan at David Malt and Co enclosing Affidavit of Disinterestedness | 0.10 | 17.50 |
| 02/17/11 | AN | Revise broker retention application for David R Maltz | 0.20 | 35.00 |

| 059611 | | M. Slavin & Sons, Ltd. and Co | Invoice # 81332 | Page | 88 |
|---|---|---|---|---|---|
| 02/17/11 | AN  | Draft broker retention application for David R Maltz and Co | 0.30 | | 52.50 |
| 02/17/11 | AN  | Draft broker retention order for David R Maltz and Co | 0.20 | | 35.00 |
| 02/18/11 | GRL | Review correspondence from Katina Brountzas regarding retention papers | 0.10 | | 52.50 |
| 02/18/11 | AN  | Confer with Robert D. Nosek regarding revisions to Broker retention application and order (.1); revise same (.30) | 0.40 | | 70.00 |
| 02/18/11 | KB  | Further revise retention of SA and provide to Robert D. Nosek | 0.50 | | 162.50 |
| 02/22/11 | GRL | Review and revised Maltz retention application | 0.30 | | 157.50 |
| 02/22/11 | GRL | Review and revised SilvermanAcampora LLP retention and application | 0.40 | | 210.00 |
| 02/22/11 | GRL | Conference with Katina Brountzas regarding same | 0.20 | | 105.00 |
| 02/22/11 | TMM | Revise application to retain CoMetrics Partners as financial advisors for the Debtor | 1.00 | | 165.00 |
| 02/22/11 | TMM | Review documents and emails in connection with application to retain CoMetrics Partners | 0.20 | | 33.00 |
| 02/22/11 | TMM | Draft order authorizing the retention of CoMetrics Partners for the Debtor's estate | 0.20 | | 33.00 |
| 02/22/11 | TMM | Draft application to retain CoMetrics Partners as financial advisors for the Debtor's estate | 0.80 | | 132.00 |
| 02/23/11 | RDN | Review and revise SilvermanAcampora retention application documents | 0.30 | | 118.50 |
| 02/23/11 | AN  | Telephone call to David Maltz regarding compensation in preparation of broker retention application | 0.10 | | 17.50 |
| 02/23/11 | TMM | Further revise application to retain CoMetrics Partners as financial advisors for the Debtor | 0.80 | | 132.00 |
| 02/23/11 | TMM | Revise order to retain CoMetrics Partners as financial advisors to the Debtor | 0.60 | | 99.00 |
| 02/24/11 | GRL | Review correspondence from Andres Nunez to Kenneth P. Silverman regarding Maltz retention | 0.10 | | 52.50 |
| 02/24/11 | RDN | Review and revise Maltz retention application (.3); Conference with Andres Nunez regarding terms of retention for Maltz and comments to application (.2); review correspondence with Kenneth P. Silverman and Andres Nunez regarding final retention terms (.1) | 0.60 | | 237.00 |
| 02/24/11 | AN  | Telephone call from Richard Maltz regarding commissions for broker retention application | 0.10 | | 17.50 |
| 02/24/11 | KB  | Review proposed revisions to SA retention by UST | 0.50 | | 162.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 89 |
|---|---|---|---|---|---|
| | | and confer with Gerard R. Luckman (.5) | | | |
| 02/25/11 | GRL | Conference with Katina Brountzas regarding retention applications | 0.20 | | 105.00 |
| 02/25/11 | GRL | Conference with Robert D. Nosek regarding schedules, SOFA | 0.20 | | 105.00 |
| 02/25/11 | RDN | Confer with Katina Brountzas regarding US Trustee revisions to retention of SilvermanAcampora | 0.20 | | 79.00 |
| 02/25/11 | AN | Revise Maltz Retention Application and Order | 0.20 | | 35.00 |
| 02/25/11 | KB | Confer with Robert D. Nosek regarding UST revisions to retention (.2); review and revise, motion, Gerard R. Luckman affidavit and proposed order (.5); confer with UST regarding same (.2); | 0.90 | | 292.50 |
| 02/25/11 | TMM | Draft declaration of Gary Herwitz in support of application to retain CoMetrics Partners as financial advisors (.50); review and revise declaration (1.00) | 1.50 | | 247.50 |
| 02/28/11 | GRL | Review correspondence from Gary Herwitz regarding engagement letter | 0.20 | | 105.00 |
| 02/28/11 | RDN | Confer with Katina Brountzas regarding CoMetrics retention order, including review of pre-petition engagement letter during meeting | 0.20 | | 79.00 |
| 02/28/11 | KB | Review and revise Application to retain Cometrics (.4), confer with Robert D. Nosek regarding same (.2); email to Cometrics for further information (.2) | 0.80 | | 260.00 |
| 02/28/11 | TMM | Further revise Declaration of Gary Herwitz in support of Application to retain CoMetrics Partners | 1.00 | | 165.00 |
| 02/28/11 | TMM | Review engagement letter in connection with retention of CoMetrics Partners | 0.20 | | 33.00 |
| 03/01/11 | GRL | Review correspondence from Elisabetta Gasparini to Katina Brountzas regarding revisions to documents | 0.10 | | 52.50 |
| 03/02/11 | GRL | Review correspondence from Gary Herwitz regarding retention orders | 0.10 | | 52.50 |
| 03/02/11 | RDN | Correspond with Katina Brountzas regarding Cometrics retention application | 0.20 | | 79.00 |
| 03/04/11 | KB | Review draft of Cometrics application and redraft to take into consideration the Jay Alix protocol including research on the same and discussion with Robert D. Nosek | 3.50 | | 1,137.50 |
| 03/04/11 | KB | Further revise the SA retention | 0.50 | | 162.50 |
| 03/05/11 | GRL | Review and revise Cometrics retention application | 0.40 | | 210.00 |
| 03/07/11 | GRL | Review correspondence from Debra Donovan regarding retention order | 0.10 | | 52.50 |
| 03/07/11 | GRL | Review correspondence from Robert D. Nosek regarding CoMetrics retention | 0.10 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 90 |
|---|---|---|---|---|---|
| 03/07/11 | GRL | Review correspondence from Sean Southard regarding retention of financial advisors | 0.10 | | 52.50 |
| 03/07/11 | KPS | Conference with Gerard R. Luckman regarding retention of broker to market and sale property | 0.20 | | 125.00 |
| 03/07/11 | RDN | Revise Herwitz affidavit in support of CoMetrics' retention | 0.20 | | 79.00 |
| 03/07/11 | RDN | Review application to retain SilvermanAcampora as counsel | 0.50 | | 197.50 |
| 03/07/11 | RDN | Conference with Gerard R. Luckman regarding retention documents, including Malz, CoMetrics, and SilvermanAcampora | 0.10 | | 39.50 |
| 03/07/11 | RDN | Review correspondence from Elisabetta Gasparini regarding status of retention applications | 0.10 | | 39.50 |
| 03/07/11 | RDN | Correspond with Gary Herwitz regarding CoMetrics' retention | 0.20 | | 79.00 |
| 03/07/11 | RDN | Conference with Gerard R. Luckman regarding Maltz retention issues on selling Brooklyn properties | 0.20 | | 79.00 |
| 03/07/11 | AN | Draft Notice of Presentment for Debtor's Application to Employ SilvermanAcampora LLP | 0.20 | | 35.00 |
| 03/08/11 | GRL | Review correspondence from Elizabetta Gasparini regarding comments to Maltz retention | 0.10 | | 52.50 |
| 03/08/11 | GRL | Review correspondence from Elizabetta Gasparini regarding comments to Cometrics retention | 0.10 | | 52.50 |
| 03/08/11 | GRL | Review correspondence from Robert D. Nosek to R. Maltz regarding retention order | 0.10 | | 52.50 |
| 03/08/11 | GRL | Review correspondence from R. Maltz responding to questions from United States Trustee | 0.10 | | 52.50 |
| 03/08/11 | RDN | Review comments to Maltz application from US Trustee and discuss with Katina Brountzas | 0.30 | | 118.50 |
| 03/08/11 | RDN | Correspond with David Maltz and Richard Maltz regarding US Trustee comments | 0.20 | | 79.00 |
| 03/08/11 | AN | Prepare retention documents for SilvermanAcampora, CoMetrics and David R Maltz and Co in anticipation of filing | 0.40 | | 70.00 |
| 03/08/11 | AN | Revise David R Maltz and Co retention application and proposed order | 0.20 | | 35.00 |
| 03/08/11 | AN | Revise SilvermanAcampora LLP Retention Application and proposed Order | 0.20 | | 35.00 |
| 03/08/11 | AN | Revise Cometrics Partners Retention Application and proposed Order | 0.20 | | 35.00 |
| 03/08/11 | AN | Confer with Robert D. Nosek and Gerard R. Luckman regarding retention applications for SilvermanAcampora LLP, Cometrics and David R | 0.20 | | 35.00 |

| 059611 | M. Slavin & Sons, Ltd.<br>Maltz and Co, Inc | | Invoice # 81332 | Page | 91 |
|---|---|---|---|---|---|
| 03/08/11 | KB | Review comments of United States Trustee regarding jay alix protocol and revise application to reflect similar provisions (1.8); confer and meet with Robert D. Nosek on two separate occasions to discuss the same (.5); review comments relating to Maltz application and review emails from RDN to Maltz regarding same (.3); call with United States Trustee regarding same (.1) | 2.70 | | 877.50 |
| 03/08/11 | KB | Revise Maltz Application | 0.20 | | 65.00 |
| 03/09/11 | GRL | Review correspondence from Robert D. Nosek to Elizabetta Gasparini regarding Cometrics | 0.10 | | 52.50 |
| 03/09/11 | GRL | Review correspondence from Elisabetta Gasparini regarding same | 0.10 | | 52.50 |
| 03/09/11 | GRL | Review correspondence from Robert D. Nosek regarding retention issues | 0.10 | | 52.50 |
| 03/09/11 | GRL | Review correspondence from Elisabeth regarding Jay Alix protocol | 0.10 | | 52.50 |
| 03/09/11 | GRL | Review correspondence from Robert D. Nosek regarding Jay Alix protocol | 0.10 | | 52.50 |
| 03/09/11 | RDN | Conferences with Katina Brountzas regarding Silverman retention papers and filing of same | 0.20 | | 79.00 |
| 03/09/11 | RDN | Correspond with John Lavin regarding Silverman retention documents and Herb Slavin execution of same | 0.20 | | 79.00 |
| 03/09/11 | RDN | Correspond with Gary Herwitz regarding CoMetrics retention application | 0.20 | | 79.00 |
| 03/09/11 | RDN | Telephone call with Elisabetta Gasparini regarding CoMetrics retention (.2); conference with Katina Brountzas regarding comments (.2) | 0.40 | | 158.00 |
| 03/09/11 | RDN | Correspond with Elisabetta Gasparini regarding CoMetrics retention issues | 0.20 | | 79.00 |
| 03/09/11 | AN | Review email correspondence from Katina Brountzas regarding David R Maltz and Cometrics Retention Documents | 0.10 | | 17.50 |
| 03/09/11 | AN | Review file for David R Maltz and Co and Cometrics retention documents | 0.10 | | 17.50 |
| 03/09/11 | AN | confer with Katina Brountzas regarding David R Maltz and Co and Cometrics retention documents | 0.10 | | 17.50 |
| 03/09/11 | AN | Confer with Katina Brountzas regarding case citations for Cometrics retention application | 0.20 | | 35.00 |
| 03/09/11 | AN | Confer with Katina Brountzas regarding Notice of Hearing for Application to Employ SilvermanAcampora LLP | 0.10 | | 17.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 92 |
|---|---|---|---|---|---|
| 03/10/11 | GRL | Review correspondence from Katina Brountzas to Elisabetta Gasparini regarding retainer paid | 0.10 | | 52.50 |
| 03/10/11 | GRL | Review correspondence from Katina Brountzas regarding Jay Alix issues | 0.10 | | 52.50 |
| 03/10/11 | GRL | Draft correspondence to Katina Brountzas regarding same | 0.10 | | 52.50 |
| 03/10/11 | GRL | Review correspondence from Robert D. Nosek to Maltz regarding affidavit | 0.10 | | 52.50 |
| 03/10/11 | RDN | Review correspondence from Katina Brountzas regarding Silverman retention and CoMetrics and discuss US Trustee comments | 0.30 | | 118.50 |
| 03/10/11 | RDN | Correspond with Elisabetta Gasparini regarding Maltz and Silverman retentions | 0.20 | | 79.00 |
| 03/10/11 | RDN | Review CoMetrics retention application (.4); conference with Katina Brountzas regarding comments (.1) | 0.50 | | 197.50 |
| 03/10/11 | RDN | Revise retention language for Maltz regarding terms of compensation (.2); correspond with Richard Maltz regarding same (.2) | 0.40 | | 158.00 |
| 03/10/11 | AN | Draft letter to Elisabetta Gasparini at United States Trustee enclosing SilvermanAcampora LLP retention application and supporting documents | 0.20 | | 35.00 |
| 03/10/11 | AN | Finalize letter to Elisabetta Gasparini at United States Trustee enclosing SilvermanAcampora LLP retention application and supporting documents | 0.10 | | 17.50 |
| 03/10/11 | KB | Review email from United States Trustee regarding CoMetrics (.2); revise pleadings (.5) respond to UST in email (.1) | 0.80 | | 260.00 |
| 03/11/11 | AN | Draft letter to Elisabetta Gasparini at United States Trustee enclosing David Maltz and Co Inc retention application | 0.20 | | 35.00 |
| 03/14/11 | RDN | Correspond with Elisabetta Gasparaini regarding Maltz retention | 0.20 | | 79.00 |
| 03/15/11 | GRL | Review correspondence from Elisabetta Gasparini CoMetrics retention | 0.10 | | 52.50 |
| 03/15/11 | GRL | Telephone call to Elisabetta Gasparini regarding same | 0.10 | | 52.50 |
| 03/15/11 | RDN | Review and final revisions retention documents for CoMetrics | 0.30 | | 118.50 |
| 03/15/11 | RDN | Correspondence to Gary Herwitz regarding revised retention documents for CoMetrics | 0.10 | | 39.50 |
| 03/16/11 | RDN | Review Gary Herwitz affidavit in support of CoMetrics' retention and confer with Katina Brountzas regarding finalizing retention documents | 0.20 | | 79.00 |

| 059611 | | M. Slavin & Sons, Ltd. | Invoice # 81332 | Page | 93 |
|---|---|---|---|---|---|
| 03/17/11 | KPS | Conference with Robert D. Nosek regarding notice of presentment of order retaining auctioneer to sell property | 0.20 | | 125.00 |
| 03/17/11 | KPS | Telephone call to David Maltz regarding retention and sale and marketing of property | 0.20 | | 125.00 |
| 03/17/11 | RDN | Review correspondence from Katina Brountzas regarding comments of the US Trustee to the CoMetrics proposed application | 0.30 | | 118.50 |
| 03/17/11 | RDN | Confer with Katina Brountzas and Andres Nunez regarding revisions for Cometrics retention application | 0.20 | | 79.00 |
| 03/17/11 | KB | Confer with United States Trustee on Cometrics and revise application (.7); emails to and from Gerard R. Luckman and Robert D. Nosek regarding same (.4) | 1.10 | | 357.50 |
| 03/18/11 | RDN | Correspondence to Richard and David Maltz regarding court-approved retention to sell Brooklyn, including review of conformed order for any changes (none found). | 0.20 | | 79.00 |
| 03/21/11 | GRL | Review correspondence from Katina Brountzas to Gary Herwitz regarding retention | 0.10 | | 52.50 |
| 03/21/11 | RDN | Review correspondence from Katina Brountzas regarding revised CoMetrics' retention documents | 0.10 | | 39.50 |
| 03/22/11 | AN | Confer with Katina Brountzas regarding filing of Cometrics Retention Application and United States Trustee response to retention order for same | 0.20 | | 35.00 |
| 03/22/11 | AN | Revise Cometrics retention application and affidavit of Gary Herwitz | 0.20 | | 35.00 |
| 03/22/11 | AN | Prepare and ECF Cometrics retention application | 0.20 | | 35.00 |
| 03/22/11 | AN | Draft letter to Chambers enclosing Cometrics retention application | 0.20 | | 35.00 |
| 03/22/11 | AN | Finalize letter to Chambers enclosing Cometrics retention application | 0.10 | | 17.50 |
| 03/22/11 | KB | Confer with Andres Nunez regarding filing of Cometrics Retention Application and United States Trustee response to retention order for same | 0.20 | | 65.00 |
| 03/23/11 | AN | Prepare service for Cometrics retention application | 0.20 | | 35.00 |
| 03/23/11 | AN | Confer with Katina Brountzas regarding filing of Cometrics retention documents | 0.20 | | 35.00 |
| 03/23/11 | AN | Confer with Katina Brountzas regarding Cometrics retention application and service of same | 0.20 | | 35.00 |
| 03/23/11 | KB | Further revise Amended scope of Maltz retention | 0.30 | | 97.50 |
| 03/24/11 | GRL | Review correspondence from Katina Brountzas regarding Maltz retention | 0.10 | | 52.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 94 |
|---|---|---|---|---|---|
| 03/24/11 | GRL | Draft correspondence to Katina Brountzas responding to same | 0.10 | | 52.50 |
| 03/24/11 | KPS | Conference with Gerard R. Luckman regarding expansion of Maltz application to sell real property | 0.20 | | 125.00 |
| 03/24/11 | KB | Review and revise maltz retention to include additional sales and email to Gerard R. Luckman | 0.30 | | 97.50 |
| 03/28/11 | KPS | Review motion objecting to retention of CoMetrix | 0.40 | | 250.00 |
| 03/28/11 | KPS | Telephone call from Gary Herwitz regarding retention of CoMetrix | 0.30 | | 187.50 |
| 03/28/11 | KPS | Telephone call from Mitchell Slavin regarding continuation of CoMetrix as financial advisors; employment of new CFO | 0.30 | | 187.50 |
| 03/29/11 | GRL | Review correspondence from committee regarding objection to Cometrics | 0.10 | | 52.50 |
| 03/29/11 | GRL | Draft correspondence to Gary Herwitz regarding objection | 0.10 | | 52.50 |
| 03/29/11 | GRL | Telephone call from Gary Herwitz regarding retention | 0.10 | | 52.50 |
| 03/29/11 | GRL | Conference call with Cindy, Mitchell and chambers regarding restructuring, Cometrics | 0.60 | | 315.00 |
| 03/29/11 | GRL | Telephone call from Kenneth P. Silverman regarding his conversation with Cometrics, action items for the company | 0.50 | | 262.50 |
| 03/29/11 | RDN | Review objection by the Creditors' Committee to CoMetrics' retention | 0.20 | | 79.00 |
| 03/29/11 | AN | Review Objection of the Official Committee of Unsecured Creditors To Debtor's Application To Employ Cometrics Partners LLC as Financial Advisors For the Debtor | 0.10 | | 17.50 |
| 03/30/11 | GRL | Telephone call from Gary Herwitz regarding retention objection | 0.30 | | 157.50 |
| 03/31/11 | GRL | Review correspondence from Gary Herwitz regarding CoMetrics retention | 0.10 | | 52.50 |
| 04/04/11 | GRL | Draft correspondence to Katina Brountzas regarding Maltz retention | 0.10 | | 52.50 |
| 04/04/11 | GRL | Review correspondence from Katina Brountzas regarding same | 0.10 | | 52.50 |
| 04/04/11 | GRL | Draft correspondence to Katina Brountzas regarding expanding scope of retention | 0.10 | | 52.50 |
| 04/04/11 | GRL | Review correspondence from Katina Brountzas regarding Maltz retention | 0.10 | | 52.50 |
| 04/04/11 | KPS | Conference with Gerard R. Luckman regarding creditor committee objection to Cometrix | 0.20 | | 125.00 |
| 04/04/11 | KPS | Conference with Gerard R. Luckman regarding | 0.50 | | 312.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 95 |
|---|---|---|---|---|---|
| | | retention of RHK to collect receivables; status of expansion of Maltz retention; preparation for meeting with creditors committee | | | |
| 04/05/11 | GRL | Review correspondence from Katina Brountzas regarding Maltz retention | 0.10 | | 52.50 |
| 04/05/11 | GRL | Review revised Maltz retention | 0.20 | | 105.00 |
| 04/05/11 | GRL | Draft correspondence to Katina Brountzas regarding revisions | 0.10 | | 52.50 |
| 04/06/11 | GRL | Review and revised Maltz retention and notice | 0.40 | | 210.00 |
| 04/06/11 | GRL | Conference with Katina Brountzas regarding same | 0.10 | | 52.50 |
| 04/06/11 | KPS | Review and execute stipulation extending time to object to discharge | 0.20 | | 125.00 |
| 04/06/11 | AN | Confer with Katina Brountzas regarding retention application for Thomas Torto as special litigation counsel | 0.10 | | 17.50 |
| 04/06/11 | AN | Draft retention application for Thomas Torto as special litigation counsel for the Debtor Nunc Pro Tunc as of the petition date | 0.40 | | 70.00 |
| 04/06/11 | AN | Draft retention order fro the Law Office of Thomas Torto as special litigation counsel for the Debtor | 0.20 | | 35.00 |
| 04/06/11 | AN | Draft Declaration of Thomas Torto in support of retention of Law Office of Thomas Torto as special litigation counsel | 0.30 | | 52.50 |
| 04/06/11 | AN | Draft Notice of Hearing on Debtor's Motion for an Order Authorizing Continuation of Certain Customer Practices | 0.20 | | 35.00 |
| 04/06/11 | AN | Draft Notice of Presentment of Debtor's Application for the Retention of Thomas Torto as Special Litigation Counsel | 0.20 | | 35.00 |
| 04/06/11 | AN | Revise Notice of Presentment of Amended Order for retention of David R Maltz | 0.10 | | 17.50 |
| 04/06/11 | AN | Revise Amended David R Maltz and Co retention order | 0.10 | | 17.50 |
| 04/07/11 | RDN | Telephone call with Richard Maltz regarding limitations on expenses and commission terms to expand retention to include other assets | 0.20 | | 79.00 |
| 04/07/11 | RDN | Conferences with Katina Brountzas regarding revising proposed order expanding Maltz retention and limitations on expenses and commission terms for other assets | 0.30 | | 118.50 |
| 04/08/11 | GRL | Telephone call from Walter Jones regarding same | 0.30 | | 157.50 |
| 04/08/11 | GRL | Telephone call from Cindy Slavin regarding CoMetrix retention | 0.30 | | 157.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 96 |
|---|---|---|---|---|---|
| 04/08/11 | GRL | Review correspondence from Walter Jones regarding retention | 0.10 | | 52.50 |
| 04/08/11 | GRL | Review correspondence from Walter Jones regarding offer to the title company | 0.10 | | 52.50 |
| 04/08/11 | GRL | Review correspondence from Walter Jones regarding budget items | 0.10 | | 52.50 |
| 04/08/11 | GRL | Draft correspondence to Walter Jones responding to same | 0.10 | | 52.50 |
| 04/08/11 | GRL | Review correspondence from Harvey Strickon regarding RHK retention | 0.10 | | 52.50 |
| 04/08/11 | GRL | Draft correspondence to Mitchell Slavin regarding same | 0.10 | | 52.50 |
| 04/08/11 | GRL | Review correspondence from Walter Jones regarding retention proposal | 0.10 | | 52.50 |
| 04/08/11 | GRL | Telephone call from Cindy Slavin regarding settlement of objection | 0.20 | | 105.00 |
| 04/08/11 | GRL | Telephone call from Walter Jones regarding settlement | 1.00 | | 525.00 |
| 04/08/11 | GRL | Draft correspondence to Sean Southard regarding same | 0.10 | | 52.50 |
| 04/08/11 | GRL | Review limited objection | 0.10 | | 52.50 |
| 04/08/11 | GRL | Review correspondence from Katina Brountzas to committee regarding Maltz retention | 0.10 | | 52.50 |
| 04/08/11 | GRL | Review correspondence from Sean Southard regarding same | 0.10 | | 52.50 |
| 04/08/11 | GRL | Telephone call from Sean Southard regarding CoMetrix retention | 0.60 | | 315.00 |
| 04/08/11 | KPS | Review email from Walter Jones regarding finalization of negotiation of CoMetrix retention | 0.20 | | 125.00 |
| 04/08/11 | KPS | Conference with Gerard R. Luckman regarding negotiation of CoMetrix retention and hearing on creditors committee objection to CoMetrix retention | 0.20 | | 125.00 |
| 04/08/11 | RDN | telephone call with Richard Maltz regarding further adjustments of requested expenses in light of comments from Committee counsel | 0.20 | | 79.00 |
| 04/08/11 | RDN | Review correspondence from Sean Southard regarding Maltz retention expenses (.1); conference with Katina Brountzas regarding Maltz agreement to further reduce (.1) | 0.20 | | 79.00 |
| 04/08/11 | RDN | Review correspondence between Katina Brountzas and Sean Southard regarding revisions to Maltz expenses | 0.10 | | 39.50 |
| 04/08/11 | RDN | review correspondence from Katina Brountzas to | 0.10 | | 39.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page | 97 |
|---|---|---|---|---|---|
| | | Elisabetta Gasparini regarding expanded Maltz retention | | | |
| 04/11/11 | GRL | Telephone call from Gary Herwitz regarding CoMetrics retention | 0.20 | | 105.00 |
| 04/11/11 | GRL | Telephone call from Sean Southard regarding committees retention | 0.10 | | 52.50 |
| 04/11/11 | GRL | Review correspondence from Elisabetta Gasparini regarding Maltz retention | 0.10 | | 52.50 |
| 04/11/11 | GRL | Telephone call to Sean Southard regarding same | 0.10 | | 52.50 |
| 04/11/11 | RDN | Review correspondence from Elisabetta Gasparini regarding no objection to modified retention of Maltz to sell Brooklyn, unit 37, and personal property in Virginia | 0.10 | | 39.50 |
| 04/11/11 | KB | Review correspondence from E. Gasparini regarding amended maltz retention order (.1); Confer with Gerard R. Luckman regarding Amended maltz retention and service list (.1) confer with E. Gasparini regarding same (.2); review and revise maltz notice and proposed order (.2) | 0.60 | | 195.00 |
| 04/12/11 | KPS | Conference with Gerard R. Luckman regarding settlement of CoMetrix application for retention | 0.20 | | 125.00 |
| 04/13/11 | RDN | Review correspondence and proposed order regarding CoMetrics' retention from Katina Brountzas | 0.10 | | 39.50 |
| 04/14/11 | GRL | Draft correspondence to Andres Nunez regarding same | 0.10 | | 52.50 |
| 04/14/11 | GRL | Telephone call from Carl Neidemeyer regarding tax returns | 0.10 | | 52.50 |
| 04/14/11 | RDN | Review responses from Sean Southard, Elizabetta Gasparini, and Harvey Stricken to proposed CoMetrics' retention order | 0.20 | | 79.00 |
| 04/14/11 | AN | Review email correspondence from Gerard R. Luckman regarding retention application for Frendel Brown Weissman to prepare corporate tax returns; draft email correspondence to Gerard R. Luckman regarding same | 0.10 | | 17.50 |
| 04/14/11 | KB | Review emails for UST, UCC, and lenders consenting to form of Cometrics Order (.3); prepare email to Chambers and finalize Cometrics Order (.4); review response from S.Southard regarding wage order relating to Union payments (.1); confer with Gerard R. Luckman regarding same and review correspondence relating to same topic (.3) | 1.10 | | 357.50 |
| 04/15/11 | GRL | Review correspondence from Gary Herwitz regarding CoMetrics retention | 0.10 | | 52.50 |
| 04/15/11 | GRL | Draft correspondence to Gary Herwitz responding to | 0.10 | | 52.50 |

| | | | | |
|---|---|---|---|---|
| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page 98 |
| | | same | | |
| 04/18/11 | GRL | Conference with Katina Brountzas regarding special counsel retention | 0.10 | 52.50 |
| 04/18/11 | GRL | Review correspondence from Andres Nunez to Mr. Neddinger regarding retention | 0.10 | 52.50 |
| 04/18/11 | GRL | Review and revised Torto retention papers | 0.40 | 210.00 |
| 04/18/11 | GRL | Review correspondence from Andres Nunez to accountant regarding affidavit | 0.10 | 52.50 |
| 04/18/11 | RDN | Review correspondence from Andres Nunez to Neddermeyer regarding accountant retention issues | 0.10 | 39.50 |
| 04/18/11 | AN | Draft retention application for Frendel Brown Weissman LLP to prepare the Debtor's corporate tax returns and extensions | 0.40 | 70.00 |
| 04/18/11 | AN | Draft Affidavit in Support of retention of Frendel Brown Weissman LLP as accountant for the Debtor to prepare Corporate tax returns | 0.30 | 52.50 |
| 04/18/11 | AN | Draft Order for retention of Frendel Brown Weissman LLP | 0.30 | 52.50 |
| 04/18/11 | KB | Confer with Attorney for Comdata and prepare adjournment and circulate same | 0.50 | 162.50 |
| 04/20/11 | GRL | Review order expanding Maltz retention | 0.10 | 52.50 |
| 04/20/11 | RDN | Review correspondence between Gerard R. Luckman and Mitchell Slavin regarding selling Virginia personal property | 0.20 | 79.00 |
| 04/20/11 | AN | Telephone call from Karl Neddermyer regarding information required to complete retention application for Frendel Brown & Weissman | 0.10 | 17.50 |
| 04/20/11 | KB | Review and revise notice of presentment to retain Torto (.3); further review and revise the application to retain torto (.8); r | 1.10 | 357.50 |
| 04/20/11 | KB | Review and revise declaration of Torto seeking retention as special counsel (.5); review and revise proposed order to retain Torto (.3) | 0.80 | 260.00 |
| 04/20/11 | KB | Email to Torto regarding application to retain torto law firm as Special Counsel inclusive of Draft of Application | 0.20 | 65.00 |
| 04/20/11 | KB | Revise Exhibit providing list of all pending actions with Torto relating to Application to Retain Torto as special Counsel | 0.30 | 97.50 |
| 04/20/11 | KB | Confer with Gerard R. Luckman regarding Torto retention application | 0.20 | 65.00 |
| 04/21/11 | GRL | Review correspondence from Mitch Slavin regarding Torto retention | 0.10 | 52.50 |

| | | | | | |
|---|---|---|---|---|---|
| 059611 | | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page  99 |
| 04/21/11 | GRL | Draft correspondence to Katina Brountzas regarding Torto retention | | 0.10 | 52.50 |
| 04/21/11 | GRL | Review correspondence from Mitchell Slavin regarding Torto retention | | 0.10 | 52.50 |
| 04/21/11 | GRL | Draft correspondence to Mitchell Slavin responding to same | | 0.10 | 52.50 |
| 04/21/11 | GRL | Review correspondence from Katina Brountzas to Mitch Slavin regarding Torto retention | | 0.10 | 52.50 |
| 04/21/11 | KB | Review and confirm revisions to Torto application and draft email to Torto relating to same | | 0.30 | 97.50 |
| 04/22/11 | GRL | Review correspondence from Katina Brountzas to Tom Torto regarding retention | | 0.10 | 52.50 |
| 04/25/11 | GRL | Conference with Katina Brountzas regarding Torto retention | | 0.20 | 105.00 |
| 04/25/11 | KB | Confer with Gerard R. Luckman regarding retention of Tom Torto and transcript on cash collateral hearing (.2); review and finalize torto application (.2) | | 0.40 | 130.00 |
| 04/27/11 | GRL | Review correspondence from Elisabetta Gasparini regarding Torno services | | 0.10 | 52.50 |
| | | **Subtotal** | **Ret Orders** | 60.80 | $22,112.00 |

For professional services rendered    578.93    $218,846.85

### Atty/Para Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brountzas, Katina | 1.20 | 0.00 | $0.00 |
| Brountzas, Katina | 124.50 | 325.00 | $40,462.50 |
| Damoulis, Gina Maria | 4.60 | 95.00 | $437.00 |
| D'Aquila, Christine | 1.50 | 95.00 | $142.50 |
| Flint, Edward M | 0.20 | 525.00 | $105.00 |
| Friedman, Ronald J | 0.30 | 525.00 | $157.50 |
| Gallo-Russo, Carol Ann | 0.10 | 95.00 | $9.50 |
| Giardino, Christine | 0.50 | 95.00 | $47.50 |
| Jolly, Andrew | 0.80 | 75.00 | $60.00 |
| Krell, Justin | 0.20 | 285.00 | $57.00 |
| Luckman, Gerard R | 141.90 | 525.00 | $74,497.50 |
| Marullo, Peter | 13.70 | 525.00 | $7,192.50 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | | Page | 100 |
|---|---|---|---|---|---|---|
| McKelvey, Terence M. | | | 26.70 | 165.00 | | $4,405.50 |
| Nosek, Robert D | | | 123.83 | 395.00 | | $48,912.85 |
| Nunez, Andres | | | 93.05 | 175.00 | | $16,283.75 |
| Rosen, Adam L | | | 0.30 | 525.00 | | $157.50 |
| Silverman, Brett S. | | | 7.50 | 285.00 | | $2,137.50 |
| Silverman, Kenneth P | | | 38.05 | 625.00 | | $23,781.25 |
| | | | 578.93 | | | $218,846.85 |

Disbursements

| Date | Description | Amount |
|---|---|---|
| 03/31/2011 | Pacer charges | 15.28 |
| 03/31/2011 | Pacer charges | 10.56 |
| 02/14/2011 | Filing Fee | 1,039.00 |
| 02/15/2011 | Parking | 38.00 |
| 02/15/2011 | Parking | 19.00 |
| 02/25/2011 | Parking | 25.00 |
| 03/17/2011 | Parking | 39.00 |
| 04/13/2011 | Parking | 25.00 |
| 02/14/2011 | PHOTOCOPIES | 39.00 |
| 02/14/2011 | PHOTOCOPIES | 99.00 |
| 02/15/2011 | PHOTOCOPIES | 0.60 |
| 02/15/2011 | PHOTOCOPIES | 0.20 |
| 02/15/2011 | PHOTOCOPIES | 0.60 |
| 02/15/2011 | PHOTOCOPIES | 0.80 |
| 02/15/2011 | PHOTOCOPIES | 1.80 |
| 02/15/2011 | PHOTOCOPIES | 0.20 |
| 02/15/2011 | PHOTOCOPIES | 2.40 |
| 02/15/2011 | PHOTOCOPIES | 3.20 |
| 02/15/2011 | PHOTOCOPIES | 0.20 |
| 02/15/2011 | PHOTOCOPIES | 1.20 |
| 02/15/2011 | PHOTOCOPIES | 0.80 |
| 02/16/2011 | PHOTOCOPIES | 0.20 |
| 02/22/2011 | PHOTOCOPIES | 0.20 |
| 02/22/2011 | PHOTOCOPIES | 3.80 |
| 02/22/2011 | PHOTOCOPIES | 36.00 |
| 02/22/2011 | PHOTOCOPIES | 0.20 |
| 02/28/2011 | PHOTOCOPIES | 1.00 |
| 03/07/2011 | PHOTOCOPIES | 2.20 |
| 03/07/2011 | PHOTOCOPIES | 3.00 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page 101 |
|---|---|---|---|---|
| | 03/07/2011 | PHOTOCOPIES | | 0.20 |
| | 03/07/2011 | PHOTOCOPIES | | 1.20 |
| | 03/09/2011 | PHOTOCOPIES | | 0.20 |
| | 03/09/2011 | PHOTOCOPIES | | 35.20 |
| | 03/10/2011 | PHOTOCOPIES | | 34.00 |
| | 03/11/2011 | PHOTOCOPIES | | 5.00 |
| | 03/11/2011 | PHOTOCOPIES | | 0.40 |
| | 03/11/2011 | PHOTOCOPIES | | 0.20 |
| | 03/11/2011 | PHOTOCOPIES | | 0.40 |
| | 03/14/2011 | PHOTOCOPIES | | 0.20 |
| | 03/14/2011 | PHOTOCOPIES | | 47.20 |
| | 03/14/2011 | PHOTOCOPIES | | 0.20 |
| | 03/15/2011 | PHOTOCOPIES | | 0.60 |
| | 03/15/2011 | PHOTOCOPIES | | 0.20 |
| | 03/21/2011 | PHOTOCOPIES | | 1.40 |
| | 03/22/2011 | PHOTOCOPIES | | 15.20 |
| | 03/22/2011 | PHOTOCOPIES | | 70.40 |
| | 03/23/2011 | PHOTOCOPIES | | 53.20 |
| | 03/23/2011 | PHOTOCOPIES | | 0.80 |
| | 03/25/2011 | PHOTOCOPIES | | 0.60 |
| | 03/28/2011 | PHOTOCOPIES | | 41.20 |
| | 03/30/2011 | PHOTOCOPIES | | 76.60 |
| | 03/30/2011 | PHOTOCOPIES | | 3.40 |
| | 03/31/2011 | PHOTOCOPIES | | 138.60 |
| | 03/31/2011 | PHOTOCOPIES | | 1.40 |
| | 03/31/2011 | PHOTOCOPIES | | 0.40 |
| | 03/31/2011 | PHOTOCOPIES | | 230.80 |
| | 03/31/2011 | PHOTOCOPIES | | 1.60 |
| | 03/31/2011 | Photocopies | | 64.40 |
| | 04/06/2011 | PHOTOCOPIES | | 64.60 |
| | 04/06/2011 | PHOTOCOPIES | | 3.40 |
| | 04/11/2011 | PHOTOCOPIES | | 0.20 |
| | 04/11/2011 | PHOTOCOPIES | | 25.80 |
| | 04/12/2011 | PHOTOCOPIES | | 5.40 |
| | 04/12/2011 | PHOTOCOPIES | | 1.60 |
| | 04/12/2011 | PHOTOCOPIES | | 91.20 |
| | 04/12/2011 | PHOTOCOPIES | | 4.80 |
| | 04/15/2011 | PHOTOCOPIES | | 48.00 |
| | 04/19/2011 | PHOTOCOPIES | | 2.00 |
| | 04/25/2011 | PHOTOCOPIES | | 3.60 |

| | | | | |
|---|---|---|---|---|
| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page 102 |
| | 04/25/2011 | PHOTOCOPIES | | 90.80 |
| | 04/26/2011 | PHOTOCOPIES | | 0.20 |
| | 04/28/2011 | PHOTOCOPIES | | 67.20 |
| | 02/15/2011 | FAX | | 3.00 |
| | 02/15/2011 | FAX | | 3.00 |
| | 02/15/2011 | FAX | | 1.50 |
| | 02/15/2011 | FAX | | 3.00 |
| | 02/15/2011 | FAX | | 3.00 |
| | 02/15/2011 | FAX | | 3.00 |
| | 02/15/2011 | FAX | | 3.00 |
| | 02/15/2011 | FAX | | 3.00 |
| | 02/15/2011 | FAX | | 3.00 |
| | 02/15/2011 | FAX | | 2.25 |
| | 02/16/2011 | FAX | | 1.50 |
| | 03/11/2011 | FAX | | 0.75 |
| | 04/04/2011 | FAX | | 0.75 |
| | 04/04/2011 | FAX | | 2.25 |
| | 02/15/2011 | Federal Express to Office of the Clerk, US District Court | | 14.03 |
| | 02/16/2011 | Federal Express to Office of the Clerk, US District Court | | 14.03 |
| | 02/22/2011 | Federal Express to US Bankruptcy Court | | 14.03 |
| | 03/04/2011 | Federal Express to United States Bankruptcy Court | | 14.03 |
| | 02/22/2011 | Postage | | 1.39 |
| | 02/22/2011 | Postage | | 12.02 |
| | 03/07/2011 | Postage | | 6.60 |
| | 03/07/2011 | Postage | | 4.68 |
| | 03/08/2011 | FEDX to:Harlan M. Lazarus | | 17.19 |
| | 03/08/2011 | Postage | | 0.88 |
| | 03/10/2011 | FEDX to:Elisabetta G. Gasparini | | 17.19 |
| | 03/10/2011 | Postage | | 21.96 |
| | 03/11/2011 | FEDX to:Office of the United States Trustee | | 17.19 |
| | 03/11/2011 | FEDX to:Elisabetta G. Gasparini | | 17.19 |
| | 03/22/2011 | FEDX to:Lazarus & Lazarus | | 17.19 |
| | 03/23/2011 | FEDX to:Honorable Robert E. Gerber | | 17.19 |
| | 03/23/2011 | Postage | | 10.98 |
| | 03/30/2011 | FEDX to:Sean Southard | | 17.19 |
| | 03/30/2011 | FEDX to:Elisabetta Gasparini | | 17.19 |
| | 03/31/2011 | FEDX to:Ira Spiegel | | 28.87 |
| | 03/31/2011 | FEDX to:Gary D. Herwitz | | 28.87 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page 103 |
|---|---|---|---|---|
| | 04/06/2011 | Postage | | 19.00 |
| | 04/11/2011 | Postage | | 8.80 |
| | 04/12/2011 | Postage | | 24.06 |
| | 04/13/2011 | FEDX to:Honorable Robert E. Gerber | | 17.44 |
| | 04/13/2011 | Postage | | 2.00 |
| | 04/15/2011 | Postage | | 24.40 |
| | 04/15/2011 | Postage | | 1.73 |
| | 04/19/2011 | FEDX to:Honorable Robert E. Gerber | | 17.44 |
| | 04/19/2011 | Postage | | 0.44 |
| | 04/25/2011 | FEDX to:Elisabetta G. Gasparini | | 17.44 |
| | 04/25/2011 | Postage | | 32.36 |
| | 02/14/2011 | Mileage | | 64.70 |
| | 02/15/2011 | Mileage | | 33.50 |
| | 03/17/2011 | Mileage | | 28.90 |
| | 02/14/2011 | Tolls | | 9.14 |
| | 02/15/2011 | Tolls | | 13.00 |
| | 02/15/2011 | Tolls | | 9.60 |
| | 03/17/2011 | Tolls | | 9.14 |
| | 04/13/2011 | Tolls | | 9.60 |
| | 03/28/2011 | InterCall Conferece Service | | 17.30 |
| | 04/13/2011 | Veritext/New York Reporting Co. | | 441.60 |
| | 02/28/2011 | Westlaw charges | | 7.62 |
| | 03/31/2011 | Westlaw charges | | 112.65 |
| | 03/31/2011 | Westlaw charges | | 3.35 |
| | | | TOTAL | $3,909.54 |

## Disbursement Summary

| 001 | Pacer charges | $25.84 |
|---|---|---|
| 002 | Filing Fee | $1,039.00 |
| 004 | Parking | $146.00 |
| 007 | Photocopies | $1,430.60 |
| 010 | Fax | $33.00 |
| 011 | FedEx | $56.12 |
| 015 | Postage | $418.88 |
| 020 | Mileage | $127.10 |
| 033 | Tolls | $50.48 |
| IC | InterCall -Conference Call | $17.30 |
| VER | Veritext/NY Reporting Co. | $441.60 |

| 059611 | M. Slavin & Sons, Ltd. | | Invoice # 81332 | Page 104 |
|---|---|---|---|---|
| | WEST | Westlaw charges | | $123.62 |
| | | | | $3,909.54 |

| | |
|---|---|
| Prepaid applied | $20,584.70 |
| Balance due | $202,171.69 |