SILVERMANACAMPORA LLP
Proposed Attorneys for M. Slavin & Sons, Ltd.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Gerard R. Luckman
Robert Nosek

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| M. SLAVIN & SONS, LTD., | Case No. 11-10589 (REG) |
| Debtor. | |

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NASSAU      )

**ANDRES NUNEZ**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Westbury, New York.

On June 16, 2011 deponent served the document(s) known as:

- **NOTICE OF HEARING ON THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING BIDDING PROCEDURES**

- **ORDER ESTABLISHING SALE PROCEDURES AND NOTICING GUIDELINES IN CONNECTION WITH DEBTOR'S PROPOSED SALE OF THE DEBTOR'S INTERESTS IN ITS NON-RESIDENTIAL REAL PROPERTY LOCATED IN BROOKLYN, NEW YORK, SUBJECT TO HIGHER OR BETTER OFFERS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**

- **AMENDED ORDER (I) PURSUANT TO 11 U.S.C. §502(B)(9) AND RULE 3003(C)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM, AND (II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

by regular mail delivery to the address(es) listed below, said address designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:   John Rudikoff, Assistant District Attorney
        Kings County
        350 Adams Street
        Brooklyn, NY 11201

AN/937424.1/059611

PB Empire, Inc.
c/o Pudding Stone Café
635 Amsterdam Avenue
New York, NY 10024-1214

                                                                                      s/ Andres Nunez
                                                                                      **ANDRES NUNEZ**

Sworn to before me this
16th day of June, 2011

*s/ Christine D'Aquila*
Notary Public

Christine D'Aquila
Notary Public, State of New York
No. 30-4875643
Qualified in Nassau County
Commission Expires November 3, 2014

AN/937424.1/059611