| | |
|---|---|
| **SILVERMANACAMPORA LLP** | Hearing Date: June 21, 2011 |
| Attorneys for M. Slavin & Sons, Ltd. | Time: 10:30 a.m. |
| 100 Jericho Quadrangle, Suite 300 | |
| Jericho, New York 11753 | |
| (516) 479-6300 | |
| Kenneth P. Silverman | |
| Gerard R. Luckman | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| M. SLAVIN & SONS, LTD., | Case No. 11-10589 (REG) |
| Debtor. | |

-----------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON TUESDAY JUNE 21, 2011 AT 10:30 A.M.

**Time and Date of Hearing:** June 21, 2011 at 10:30 A.M.

**Location of Hearing:** Courtroom of the Honorable Robert E. Gerber United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, Courtroom 621, New York, New York 10004

### CONTESTED MATTERS

1. Debtor's Notice of Settlement of Proposed Second Interim Order (a) Authorizing Use of Cash Collateral; (b) Granting Adequate Protection, (c) Modifying the Automatic Stay and (d) Scheduling a Final Hearing (ECF Doc. No. 142)

   Procedural History: Originally scheduled for Presentment on June 6, 2011 and scheduled to be heard before the Court on June 21, 2011 (ECF Doc. No. 182)

   Response Deadline: June 3, 2011

   Responses Received:
   (i) Capital One, N.A.'s Objection (ECF Doc. Nos. 156 & 157)
   (ii) Statement of the Committee of Unsecured Creditors in Support of Entry of the Second Interim Cash Collateral Order (ECF Doc. No. 175)
   (iii) Capital One, N.A.'s Supplemental Objection (ECF Doc. Nos. 176)

Prior Related Order:
(i) Interim Order, dated March 18, 2011, Authorizing Use Of Cash Collateral, (B) Granting Adequate Protection, (C) Modifying The Automatic Stay And (D) Scheduling A Final Hearing (ECF Doc. No. 62)

Related Documents:
(i) Debtor's Emergency Motion Seeking Interim Order Authorizing the Use of Cash Collateral (ECF Doc. No. 2)

(ii) Limited Objection Of the Committee Of Unsecured Creditors To Debtor's Emergency Motion To Use Cash Collateral (ECF Doc. No. 27)

(iii) Statement of Capital One, N.A. in Reply to the Limited Objection of the Committee of Unsecured Creditors (ECF Doc. No. 46)

(iv) Joinder of Export Development Canada to Limited Objection of the Committee of Unsecured Creditors (ECF Doc. No. 50)

(v) Limited Objection Of the Committee Of Unsecured Creditors To Debtor's Motion In Support of the Entry of A Final Order Authorizing the Use of Cash Collateral (ECF Doc. No. 78)

(vi) Statement of Capital One, N.A. in Reply to the Limited Objection of the Committee of Unsecured Creditors (ECF Doc. No. 79)

Status: This matter is going forward.

2. Applications for Interim Compensation (ECF Doc. No. 143)

A. Application of SilvermanAcampora LLP as Counsel to the Debtor for Interim Compensation and Reimbursement of Expenses incurred for the Period of February 14, 2011 through April 30, 2011 (ECF Doc. No. 152)

B. Application of CoMetrics Partners LLP's for Interim Compensation as Financial Advisor to the Debtor (ECF Doc. No. 151)

C. Application of Klestadt & Winters, LLP for Interim Compensation and Reimbursement of Expenses as Counsel to the Committee of Unsecured Creditors (ECF Doc. No. 146)

D. Application for Interim Compensation of EisnerAmper LLP as Accountants to the Committee of Unsecured Creditors (ECF Doc. No. 147, 164)

Response Deadline: June 6, 2011

Responses Received:
(i) Statement of the United States Trustee (ECF Doc. No. 191)

(ii) Capital One, N.A.'s Limited Objection (ECF Doc. No. 188)

(iii) Statement and Reservation of Rights By the Committee of Unsecured Creditors With Respect to First Interim Fee Applications of Debtor's Professionals (ECF Doc. No. 190)

Status: These matters are going forward.

3. Debtor's Motion for Entry of Order Approving Procedures for Monthly Compensation of Professionals (ECF Doc. No. 125)

    Procedural History: Originally scheduled for Presentment on June 2, 2011 and scheduled to be heard before the Court on June 21, 2011 (ECF Doc. No. 182)

    Response Deadline: June 2, 2011

    Response Received:
    (i) Objection to Motion for Entry of Order Approving Procedures for Monthly Compensation of Professionals on behalf of Capital One, N.A. (ECF Doc. No. 155)

    Status: This matter is going forward.

**UNCONTESTED MATTER**

4. Debtor's Motion for the Entry of (I) One or More Orders Pursuant to Bankruptcy Code Sections 105 and 363 Authorizing and Approving Sale of the Debtor's Interests in it's Non-Residential Real Property Located in Brooklyn, New York, In Bulk or By Parcel, To the Highest or Best Offerors, Free and Clear of All Liens, Claims and Encumbrances, Granting Related Relief and Waiver of Stay Under Bankruptcy Rule 6004 (the "Auction Sale"); (II) Order Establishing Sale Procedures (ECF Doc. No. 111, 112)

    Related Documents:
    (i) Order Establishing Sale Procedures, entered on May 25, 2011(ECF Doc. No. 133)

    Response Deadline: June 14, 2011[1]

    Response Received: None

    Status: This matter is going forward as an uncontested matter.

Dated: Jericho, New York
June 17, 2011

**SILVERMANACAMPORA LLP**
Attorneys for M. Slavin & Sons, Ltd.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300

---

[1] Debtor's counsel agreed to extend the time to object to the motion approving the Auction Sale to Capital One, N.A. and the Committee of Unsecured Creditors up through and including June 17, 2011.

KB/936796.1/059611