# EXHIBIT B

## MEMORANDUM OF SALE

The undersigned has this 16th day of June, 2011, agreed to purchase the real property located at 31-39 Belmont Avenue, Brooklyn, New York 11212, a/k/a Block 3523, Lots: 34, 35, & 36 and identified as Assemblage 1(the "Real Property"), of M. Slavin & Sons, LTD, Case No. 11-10589-REG, Chapter 11 Debtor and Debtor in Possession for the sum of $ 225,000 00 DOLLARS and hereby promise and agree to comply with the terms and conditions of the sale of said property, as set forth in the annexed Terms of Sale.

_[signed]_
PURCHASER (Signature) Russell Fedele

129 LLC
PRINT NAME OF PURCHASER

215-44 23rd Rd
Bayside NY 11360
ADDRESS

ADDRESS

347 234-8158
TELEPHONE NUMBER

718-385-3931
FAX NUMBER

PURCHASER (Signature)

PRINT NAME OF PURCHASER

ADDRESS

ADDRESS

TELEPHONE NUMBER

FAX NUMBER

Received from Russell Fedele the sum of $ 50,000 - DOLLARS, as a non-refundable deposit for the purchase of the Real Property pursuant to the Terms of Sale.

SILVERMANACAMPORA LLP
Attorney for the Chapter 11 Debtor and Debtor in Possession
100 Jericho Quadrangle Suite 300
Jericho, NY 11753
(516) 479-6300
(516) 479-6301 Fax

This is to verify that the successful bid in the above sale was for the sum of
$ 225,000 00

_[signed]_
DAVID R. MALTZ & CO., INC.

### ATTORNEY INFORMATION

Name _____

Address _____

_____

Phone _____